(Official Form 1) (9/01)

FORM B1, Page 1

| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Northern District of Illinois**<br>**Eastern Division** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Wickes Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**36-3554758** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**706 North Deerpath Drive**<br>**Vernon Hills, IL  60061** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date
of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)  ☐ Railroad<br>☑ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other | | ☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☑ Business | | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b) |

**Statistical/Administrative Information**  (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,00<br>$100 milli |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001<br>$100 milli |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/20/2004
Time: 18:43:39
Debtor: WICKES INC
Case: 04-02221      Fee : 839
Chapter: 11 Rec. # : 3057247
Judge: Bruce Black

1:04BK02221-BK001

(Official Form 1) (12/02)                                                                          FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Wickes Inc. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *Richard M. Bendix*
   Signature of Attorney for Debtor(s)
     **Richard M. Bendix Jr., 0168130**
Printed Name of Attorney for Debtor(s)
   **Schwartz, Cooper, Greenberger & Krauss**
Firm Name
     **180 N. LaSalle Street Suite 2700**
Address
     **Chicago, IL 60601**
  **312-346-1300**      **312-782-8416**
Telephone Number
*1-20-04*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
     **James J. O'Grady**
Printed Name of Authorized Individual
   **President and Chief Executive Officer**
Title of Authorized Individual
*1-20-04*
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

[✓] Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

[ ] Yes, and Exhibit C is attached and made a part of this petition.
[✓] No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form B4
(11/92)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re:  Wickes Inc.
36-3554758

Case No.

Chapter  **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HSBC Bank USA<br>452 Fifth Avenue<br>New York, NY 10018-0200<br>NY | Frank Godino<br>212-525-1316<br>Vice President<br>452 Fifth Avenue<br>New York, NY 10018-0200 | Bondholder | | $21,123,000.00 |
| Owens Corning<br>One Owens Corning Parkway<br>Toledo, OH 43659 | Jim Drew    Dave Brown<br>Jim Drew 419-248-725<br>VP Sales    President-CEO<br>One Owens Corning Parkway<br>Toledo, OH 43659 | Trade Debt | | $1,681,539.00 |
| Georgia Pacific Corporation<br>4300 Wildwood Parkway<br>Atlanta, GA 30348 | David Morris, VP Finance<br>770-221-2668<br>Georgia Pacific Corporation<br>4300 Wildwood Parkway<br>Atlanta, GA 30348 | Trade Debt | | $1,165,677.00 |
| Iowa Industrial Erectors Corp.<br>c/o Steven Moore<br>Rasmussen, Willis, Dickey & Moore<br>9200 Ward Parkway, Suite 310<br>Kansas City, MO 64114 | Steven Moore<br>816-960-1611<br>Rasmussen, Willis, Dickey & Moore<br>9200 Ward Parkway, Suite 310<br>Kansas City, MO 64114 | Lawsuit | DISPUTED | $552,314.00 |
| Paris-Ballys Hotel & Casino<br>3645 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | Drew Varga, VP<br>702-946-4281<br>Paris-Ballys Hotel & Casino<br>3645 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | Services (Hotel) | | $495,072.00 |
| Bailey's Lumber & Supply Co.<br>813 E. Pass Road<br>Gulfport, MS 39507 | Richard Kostal<br>228-896-6014<br>Bailey's Lumber & Supply Co.<br>813 E. Pass Road<br>Gulfport, MS 39507 | Trade Debt | | $471,504.00 |

Form B4
(11/92)

In re:    **Wickes Inc.**
         **36-3554758**

Case No.

Chapter    11

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **MI Home Products**<br>**650 W. Market Street**<br>**Gratz, PA  17030-0370** | **Kirby Brosius, CFO**<br>**717-365-3300**<br>**MI Home Products**<br>**650 W. Market Street**<br>**Gratz, PA  17030-0370** | **Trade Debt** | | $356,507.00 |
| **Buildscape Inc.**<br>**7751 Belfort Parkway**<br>**Suite 200**<br>**Jacksonville, FL  32256** | **Mr. Carlo Guarino, Global Dev. Dir.**<br>**989-636-0860**<br>**The Dow Chemical Company**<br>**2020 Dow Center**<br>**Midland, MI  48674** | **Contract Dispute** | **DISPUTED** | $333,332.00 |
| **AW Hastings of Ct. Inc.**<br>**P.O. Box 15500**<br>**Worcester, MA  01615** | **Mike Dunn**<br>**860-745-2424**<br>**2 Pearson Way.**<br>**Enfield, CT  06082** | **Trade Debt** | | $255,800.00 |
| **Merillat Industries**<br>**5353 West US 223**<br>**Adrian, MI  49221** | **Jay Potter, CFO**<br>**517-263-0771**<br>**Merillat Industries**<br>**5353 West US 223**<br>**Adrian, MI  49221** | **Trade Debt** | | $240,268.00 |
| **Schrock Cabinet Co.**<br>**217 South Oak Street**<br>**Arthur, IL  61911** | **Rich Forbes, President**<br>**812-634-0202**<br>**217 South Oak Street**<br>**Arthur, IL  61911** | **Trade Debt** | | $202,068.00 |
| **Prime Source Inc.**<br>**2115 E. Beltine Road**<br>**Carrollton, TX  75006** | **Kenneth Fishbein**<br>**972-417-3785**<br>**Prime Source Inc.**<br>**2115 E. Beltine Road**<br>**Carrollton, TX  75006** | **Trade Debt** | | $192,352.00 |
| **Weil, Gotschal & Manges LLP**<br>**767 Fifth Avenue**<br>**New York, NY  10153** | **Raymond Gietz**<br>**212-310-8702**<br>**Weil, Gotschal & Manges LLP**<br>**767 Fifth Avenue**<br>**New York, NY  10153** | **Professional Fees** | **DISPUTED** | $165,478.00 |

Form 4 - Page  2

Form B4
(11/92)

In re:    Wickes Inc.
          36-3554758

Case No.

Chapter    **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Barnett Millwork<br>4915 Hammilton Blvd.<br>Theodore, AL  36590 | Dan Barber, President<br>334-443-7710<br>Barnett Millwork<br>4915 Hammilton Blvd.<br>Theodore, AL  36590 | Trade Debt | | $152,222.00 |
| Huttig Building Products<br>555 Maryville University Drive<br>Suite 240<br>St. Louis, MO  63141-5801 | Thomas McHugh, VP Finance & CFO<br>314-216-2673<br>Huttig Building Products<br>555 Maryville University Drive<br>Suite 240<br>St. Louis, MO  63141-5801 | Trade Debt | | $145,495.00 |
| United States Gypsum<br>125 South Franklin Street<br>Chicago, IL  60606 | Brent Seppa, VP National Accounts<br>312-606-3937<br>United States Gypsum<br>125 South Franklin Street<br>Chicago, IL  60606 | Trade Debt | | $140,195.00 |
| Rehkemper & Sons, Inc.<br>17817 St. Rose Road<br>St. Rose, IL  62230 | Mike Rehkemper, President<br>618-526-2269<br>Rehkemper & Sons, Inc.<br>17817 St. Rose Road<br>St. Rose, IL  62230 | Trade Debt | | $129,813.00 |
| Yorktowne Inc.<br>100 Redco Avenue<br>Redlion, PA  17356-0231 | Robert L. Seeley, Executive VP<br>717-244-4011<br>Yorktowne Inc.<br>100 Redco Avenue<br>Redlion, PA  17356-0231 | Trade Debt | | $127,081.00 |
| Kentucky Wholesale Bldg. Prod.<br>P. O. Box 886<br>Lexington, KY  40587 | Bill Chapman<br><br>Kentucky Wholesale Bldg. Prod.<br>914 Deleware<br>Lexington, KY  40505 | Trade Debt | | $125,158.00 |
| Middle Atlantic Whlse<br>10220 S. Dolfield Road<br>Suite 106<br>Owings Mills, MD  21117 | Mary Lou Calson, President<br>410-581-9300<br>Middle Atlantic Whlse<br>10220 S. Dolfield Road<br>Suite 106<br>Owings Mills, MD  21117 | Trade Debt | | $123,843.00 |

Form 4 - Page  3

Form B4
(11/92)

In re:    **Wickes Inc.**
         **36-3554758**

Case No.

Chapter    **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |

I, James J. O'Grady, President and Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:    _1-20-04_

Signature:    _James J. O'Grady_
            **James J. O'Grady**
            **President and Chief Executive Officer**

Form 4 - Page 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WICKES, INC., | ) | Case No. 04 B _____ |
| | ) | |
| | ) | |
| Debtor. | ) | The Honorable _____ |

### EXHIBIT "A" TO VOLUNTARY PETITION

1.  Wickes Inc.'s SEC file number is 1-14967. Wickes Inc. has the following securities registered under section 12 of the Securities and Exchange Act of 1934:

> Common Stock, par value $.01 per share
> 11 5/8% Senior Subordinated Notes due 2003
> 11 5/8% Senior Secured Notes due 2005

2.  The following unaudited financial data is derived from the consolidated books and records of Wickes Inc and its wholly owned subsidiaries as of September 27, 2003, which hare unaudited. The Debtor does not certify as to the accuracy of this information.

| | | |
|---|---|---|
| a. | Total assets | $155,453,000 |
| b. | Total debts (including debts listed in 2.c., below) | $168,199,000 |
| c. | Debt securities held by more than 500 holders | Two |

> Wickes Inc. is the issuer of (i) 11 5/8% Senior Subordinated Notes in the approximate amount of $21,123,000 due 2003 and (ii) 11 5/8% Senior Secured Notes in the approximate amount of $36,974,000 due 2005 (collectively the "Notes"). The Notes are publicly traded and many are held in street name at over fifty different brokerages/banks. Wickes Inc. is unable to ascertain the names of the beneficial owners of the Notes and accordingly, Wickes Inc. is unable to ascertain the actual number of current holders.

219872.1 041224-32323

      d.     Number of shares of preferred stock:     None

      e.     Number of shares of common stock:

      8,307,985[1] shares of Common Stock $.01 par value issued and outstanding.

3.     Brief description of the Debtor's business:

      Wickes Inc., a Delaware corporation, and its consolidated subsidiaries, is a leading supplier of lumber, building materials and manufactured building components in the United States. The Company sells its products and services primarily to residential and commercial building professionals, repair and remodeling contractors and, to a lesser extent, project do-it-yourself consumers involved in major home improvement projects. At September 27, 2003, Wickes Inc. operated 52 sales and distribution facilities and 11 component manufacturing facilities in 19 states in the Midwest, Northeast, and South.

4.     List the names of any person who directly or indirectly ownes, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

      Imagine Investments, Inc., Robert T. Shaw, President.
      Barry Segal

***Please note: The financial information contained herein is derived from unaudited sources. No certification as to its accuracy can be made.**

---

[1] As of October 31, 2003.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WICKES, INC., | ) | Case No. 04 B _____ |
| | ) | |
| | ) | |
| Debtor. | ) | The Honorable _____ |

## VERIFICATION OF LIST OF EQUITY SECURITY HOLDERS

Number of Equity Security Holders: Unknown[1]

The above-named Debtor hereby verifies that the list of equity security holders is true and correct to the best of my knowledge.

Dated: 1-20-04

James J. O'Grady
President and Chief Executive Officer
Wickes, Inc.

---

[1] The equity securities are publicly traded and many of the securities are held in street name at over fifty different brokerages/banks. Wickes Inc. is unable to ascertain the names of the beneficial owners of the equity securities and accordingly, Wickes Inc. is unable to ascertain the actual number of current holders.

224241.1 041224-32323

CUSIP - 001035-967744610
COMMON STOCK

WICKES INC.

PAGE 1
AS OF DATE - 01/07/04

DBFLAP

AMERIFINACC----OOOOA                7,020
AMERICAN FINANCIAL ACQUISITION
CORP
7800 BELFORT PARKWAY
SUITE 100
JACKSONVILLE FL 32256-6941

AMERIFINACC----OOOB               385,125
AMERICAN FINANCIAL ACQUISITION
CORPORATION
7800 BELFORT PARKWAY STE 100
JACKSONVILLE FL 32256-6920

ASPIN-ZARSALL-0100                   70
SALLY ASPIN-ZARLING &
TIM F ZARLING JT TEN
2290 PRETZER RD
HENLOCK MI 48626-9788

BEAVELUMCOL----OOOO                   1
BEAVER LUMBER COMPANY LIMITED
ATT MARK MULL VP
7303 WARDEN AVE
MARKHAM ONT L3R 5Y6
CANADA

BENDULL--ROBE-0100                   50
ROBERT BENDULL &
JOLEEN BENDULL JT TEN
33034 N ASHLEY DR
GRAYS LAKE IL 60030-9030

BEST----GARY-0000                   100
GARY BEST
214 W PEARL
BELLEVILLE WI 53508-9330

BEYER----O----F0100                   25
O FRANK BEYER &
LORRAINE H BEYER
JT TEN
123 HIDDEN LAKE DR
BRUNSWICK GA 31525-9035

BIGECK---PATRA0100                   50
PATRICIA A BIGECK &
DONALD R BIGECK JT TEN
732 E MADISON AVE
VILLA PARK IL 60181-3074

BOHL-----DAVID0100                    5
DAVID T BOHL &
JINA L BOHL JT TEN
BOX 291
MT ORAB OH 45154-0291

BOTSFORD-KEVIN0100                  200
KEVIN M BOTSFORD &
DEBORAH L BOTSFORD JT TEN
865 CAMILLA CT
DUBUQUE IA 52003-0204

BRADCSUPCO-----OOOO             50,000
BRADCO SUPPLY CORP
ATTN BARRY SEGAL
13 PRODUCTION WAY
AVENEL NJ 07001-1628

BRADLEY--RANDD0000                  100
RANDY D BRADLEY
3567 INDUSTRY RD
ROOTSTOWN OH 44272-9715

BREIT----ALLELO100                   50
ALLEN L BREIT &
DAWN M BREIT JT TEN
N2897 DRAHEIM DR
HORTONVILLE WI 54944-9750

BROOKES--PAULR0000                  151
PAUL R BROOKES
42 CANNON FORGE DR
FOXBORO MA 02035-5216

BRUGMANS-ROBEA0100                  400
ROBERT A BRUGMANS &
CORNELIUS H BRUGMANS JT TEN
6 SILVER FOX LN
PISGAH FOREST NC 28768-9609

CUSIP - OO1035-96744610
COMMON STOCK

WICKES INC.

PAGE    2
AS OF DATE - 01/07/04

DBFLAP

BURT------CYNTAO000
CYNTHIA A BURT
2007 WALNUT WAY
NOBLESVILLE IN 46060-9335
50

CAMPBELL-DALEAO000
DALE A CAMPBELL
1057 CRANBOURNE GRANGE
SHELBYVILLE KY 40065
50

CAMPBELL-HARDAO000
HAROLD A CAMPBELL
2415 BRETON SE
GRAND RAPIDS MI 49546-5627
1,000

CANAVAN--RICH-0100
RICHARD CANAVAN &
ROBERTA CANAVAN JT TEN
1217 N STILES ST
LINDEN NJ 07036-6016
1,000

CARLISLE-WAYNCO100
WAYNE C CARLISLE &
MICHELLE C CARLISLE
JT TEN
3495 FOREST INN RD
PALMERTON PA 18071-5453
100

CARLSON--KRISWO000
KRIS WILLIAM CARLSON
2318 WHITETAIL DR
CADILLAC MI 49601-9321
50

CEDE-----FAST--0000
CEDE & CO
PO BOX 20
BOWLING GREEN STATION
NEW YORK NY 10274
2884,276

CLEMONS--WILMS0000
WILMA S CLEMONS
9105 FRONT NINE DR
BLOOMINGTON IN 47401-8147
200

COHN-----ALFRJO000
ALFRED J COHN
4825 OLD LEEDS RD
BIRMINGHAM AL 35213-1805
1

CONWELL--THOM-0000
THOMAS CONWELL
650 CARROLL SQ 2
ELK GROVE VILLAGE IL 60007-1546
200

CORUM----JOHNEO000
JOHNNY E CORUM
296 JOHN HICKS RD
HAZEL GREEN AL 35750-8155
100

CRAIG----RICHLO100
RICHARD L CRAIG &
BERENDA K CRAIG JT TEN
49THOMAS COVE
JACKSON TN 38305
50

CREEKFARCO----0000
CREEK FARMS CORP
C/O GREENEBAUM DOLL AND
MCDONALD
3300 NATIONAL CITY TOWER
101 SOUTH FIFTH STREET
LOUISVILLE KY 40202-3103
25,791

CREEKMOREDEE--0000
DEE CREEKMORE
90 VISTA HILLS
VAN BUREN AR 72956
100

CULVER---ANDRMO000
ANDREW M CULVER
620 HILLSIDE COURT
BARRINGTON IL 60010-4604
300

CUSIP - OO1035-96744610
COMMON STOCK

WICKES INC.

PAGE - 3
AS OF DATE - 01/07/04

DBFLAP

| Account | Shares | Account | Shares | Account | Shares |
|---|---|---|---|---|---|
| CYRIAC---STEPV0000<br>STEPHEN V CYRIAC<br>3847 N LAVERGNE 2ND FLOOR<br>CHICAGO IL 60641-2613 | 50 | DAUGHERTYCHARD0000<br>CHARLES D DAUGHERTY<br>658 COBBLESTONE DR<br>AMHERST OH 44001-1966 | 100 | DAVIS----LOUIT0000<br>LOUIS T DAVIS<br>3301 HADDON HALL DR<br>BUFORD GA 30519-4057 | 867 |
| DIETRICH-FRED0000<br>FRED C DIETRICH<br>486 HAMPTON LN APT 2A<br>WALKER MI 49544-4589 | 2,000 | DUPUIS---PATRR0000<br>PATRICK RICHARD DUPUIS<br>3856 BOEING DR<br>SAGINAW MI 48604-1806 | 50 | EAST-----JAMES0000<br>JAMES STEPHEN EAST<br>1219 CENTURY PARK AVE<br>KENERSVILLE NC 27284-3355 | 10 |
| EAST-ADACO----0000<br>EAST ADAMS CORPORATION<br>C/O GREENEBAUM DOLL AND<br>MCDONALD<br>3300 NATIONAL CITY TOWER<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202-3103 | 42,985 | EIGNER---RYAN-0A00<br>KENNETH EIGNER CUST<br>RYAN EIGNER UNDER THE IL<br>UNIF TRANSFERS TO MINORS ACT<br>1164 TAMARACK<br>LIBERTYVILLE IL 60048-3619 | 50 | ERNEST---ALBE-1000<br>ALBERT ERNEST JR<br>1560 LANCASTER TERRACE<br>SUITE 1400<br>JACKSONVILLE FL 32204-4116 | 1,883 |
| FAZZARY--FRANA0100<br>FRANK A FAZZARY &<br>PAULINE M FAZZARY JT TEN<br>2701 WATKINS TOWNSEND RD<br>WATKINS GLEN NY 14891 | 100 | FLEISCHMAALBE-0000<br>ALBERT FLEISCHMAN<br>W1780 AUBURN ASHFORD DR<br>CAMPBELLSPORT WI 53010-3131 | 100 | FLESCH---WILBL0100<br>WILBUR L FLESCH &<br>SANDRA M FLESCH JT TEN<br>RTE 3 BOX 3280<br>TOWNSEND GA 31331-9426 | 100 |
| FOSTER---JERRLO100<br>JERRY L FOSTER &<br>CHERYL FOSTER JT TEN<br>408 WILSON DR<br>MCCOMB MI 39648-4550 | 50 | FOURIE---R----WO100<br>R W FOURIE &<br>GENEVIEVE C FOURIE<br>JT TEN<br>BOX 329<br>SOMERSET CA 95684-0329 | 800 | GAILES---MONIE0600<br>MARTHA S BIALAS CUST<br>FOR MONICA E GAILES UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>101 ROUND FOREST DR<br>CLANTON AL 35045-2355 | 200 |

CUSIP - 001035-96744610
COMMON STOCK

WICKES INC,

PAGE -        4
AS OF DATE - 01/07/04        DBFLAP

| Account | Shares | | |
|---|---|---|---|
| GALLNOT--RAYM-0000<br>RAYMOND GALLNOT<br>326 LAKE RD<br>ANDOVER CT 06232-1511 | 300 | GEORGE--SMSTA-0000<br>GEORGE E SMITH<br>SPECIAL TRUST ACCOUNT<br>57 S MAIN ST<br>BOX 219<br>HARTFORD WI 53027-0219 | 100 | GLANZ---LESLR0100<br>LESLIE R GLANZ &<br>KATHLEEN GLANZ JT TEN<br>1131 MORRIS LN<br>SLATINGTON PA 18080-1218 | 100 |
| GARY M GRAVER &<br>GARY M GRAVER &<br>ELLEN J GRAVER JT TEN<br>1312 E CAMINO DE MICHAEL<br>TUCSON AZ 85718-2018 | | GROCHOWSKLILLA0100<br>LILLIAN A GROCHOWSKI &<br>DAVID J GROCHOWSKI JT TEN<br>1237 WALTER<br>ALPENA MI 49707-8113 | 200 | HALE-----RICK-0000<br>RICK HALE<br>BOX 1961<br>ALABASTER AL 35007-1961 | 200 |
| GRAVER---GARYM0100 | 10 | | | | |
| HANK-&--CO-----0000<br>HANK & CO<br>C/O CITIBANK N A<br>20 EXCHANGE PLACE<br>NEW YORK NY 10005-3201 | 2,000 | HOFFER---KIP-00100<br>KIP O HOFFER &<br>INGLE J HOFFER JT TEN<br>RRT 3 BOX 5A<br>LINTON IN 47441 | 100 | HUGHELUMCO------0000<br>HUGHES LUMBER COMPANY<br>PO BOX 2220<br>TULSA OK 74101-2220 | 14 |
| IMAGININVIN----0000<br>IMAGINE INVESTMENTS INC<br>8150 NORTH CENTRAL EXPRESSWAY<br>SUITE 1901<br>DALLAS TEXAS 75206-1815 | 652,150 | JOHNSON--ELMEL0100<br>ELMER L JOHNSON &<br>JANET A JOHNSON JT TEN<br>6108 GETTYSBURG AVE N<br>NEW HOPE MN 55428-2622 | 500 | KENNEDY--HERSH0100<br>HERSHEL H KENNEDY &<br>SUE P KENNEDY JT TEN<br>5963 KEATON RD<br>ANGIE LA 70426-2723 | 100 |
| KENNEY---EDWAM1000<br>EDWARD M KENNEY JR<br>610 SOUTH J ST<br>LAKE WORTH FL 33460-4924 | 2,000 | KIRSCHNERKEN--0000<br>KEN KIRSCHNER<br>C/O GREENEBAUM DOLL AND<br>MCDONALD<br>3300 NATIONAL CITY TOWER<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202-3103 | 171,940 | KIRSCHNERWADE-0000<br>WADE KIRSCHNER<br>4654 LYNNHAVEN SQUARE<br>STERLING VA 20165-6443 | 10 |

CUSIP - OO1O35-96744610
COMMON STOCK

WICKES INC.

PAGE   5
AS OF DATE - 01/07/04

DBFLAP

KOTTKA---CHARWOOOO
CHARLES W KOTTKA
9512 BALLARD RD
CRYSTAL LAKE IL 60014-4811
767

KUEHN----KENNDOOOO
KENNETH D KUEHN
613 YARDLEY LANE
DOWNINGTOWN PA 19335-4830
767

LAST-----ROBIJO100
ROBIN J LAST &
BONNIE S LAST JT TEN
5032 PLACID WAY
NEW FRANKLIN WI 54229-0000
100

LLC------LOANDOOOO
LOAN DISPOSITION LLC
C/O LEGG MASON REAL ESTATE SER
ATT DOUGLAS D CALLANTINE
1735 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19103-7505
50,000

LORANCA--SHARLOOOO
SHARON L LORANCA
18260 W OLD PINE CT
GURNEE IL 60031-4254
10

LOVECINC------OOOO
LOVECO INC
C/O GREENEBAUM DOLL AND
MCDONALD
3300 NATIONAL CITY TOWER
101 SOUTH FIFTH STREET
LOUISVILLE KY 40202-3103
17,194

LUERS----WILLHOOOA
WILLIAM H LUERS
C/O WICKES LUMBER CO
706 DEERPATH DRIVE
VERNON HILLS IL 60061-1802
4,872

LUERS----WILLHOOOB
WILLIAM H LUERS
254 EAST 68TH ST
APT 15A
NEW YORK NY 10021-6015
19,930

LUERS----WILLHOOOC
WILLIAM H LUERS
993 FIFTH AVENUE
NEW YORK NY 10028-0105
2,674

LUERS----WILLHOOOD
WILLIAM H LUERS
254 EAST 68TH STREET APT 15A
NEW YORK NY 10021-6015
8,583

LUNDGREN-DONNA1000
DONALD A LUNDGREN JR
8743 SHERIDAN RD LOT 92
KENOSHA WI 53143-6546
10

MADER----WILLJO100
WILLIAM J MADER &
LISA A MADER JT TEN
N5833 HILLSIDE DR
GREEN LAKE WI 54941-9730
125

MARTZALL-JAMEA1000
JAMES A MARTZALL JR
222 W MAIN ST
EPHRATA PA 17522-2015
100

MCCABE---MARGEOOOO
MARGARET E MCCABE
9115 160TH AVE
BRISTOL WI 53104-9235
10

MCCAW----TIMOAOOOO
TIMOTHY A MCCAW
30 LAURELGATE PL
MILLENSVILLE PA 17557
50

CUSIP - 001035-96744610
COMMON STOCK

WICKES INC.

PAGE     6
AS OF DATE - 01/07/04     DBFLAP

| Name / Account | Address | Shares |
|---|---|---|
| MEYER----STEVC0100 | STEVEN C MEYER & SHARON L MEYER JT TEN 1690 FOX DR DUBUQUE IA 52003-7868 | 50 |
| MILLER----JOHNP0000 | JOHN PATRICK MILLER 25 FREDERICK ST MONTCLAIR NJ 07042-4105 | 10 |
| MILLER----MACKHOAOO | ANTHONY R MILLER CUST MACKENZIE H MILLER UNDER THE AL UNIF TRAN MIN ACT 8 SHERWOOD DR MOBILE AL 36606-2458 | 10 |
| MILLER----SEAND0A00 | ANTHONY R MILLER CUST SEAN D MILLER UNDER THE AL UNIF TRAN MIN ACT 8 SHERWOOD DR MOBILE AL 36606-2458 | 10 |
| MORGAN---MARKJ0100 | MARK J MORGAN & JACQUELYN S KLAHN JT TEN N2186 TIMBERLANE DR CAMPBELLSPORT WI 53010-2051 | 500 |
| MRAZEK---JOHNC3100 | JOHN C MRAZEK III & CONNIE M MRAZEK JT TEN 1566 SHELTON LANE CRYSTAL LAKE IL 60014-8975 | 70 |
| MULCAHY--DEID-0000 | DEIDRE MULCAHY 7 DEERDIELD RD MENDHAM NJ 07945 | 125 |
| MULCAHY--ROBEJ0000 | ROBERT J MULCAHY C-7 FARMHOUSE LN MORRISTOWN NJ 07945 | 125 |
| NAUMANN--EUGEJ0100 | EUGENE J NAUMANN & SHERRILL A NAUMANN JT TEN 4004 IL RTE 84 S HANOVER IL 61041-9630 | 700 |
| NORTHAMECOOL&HOOOO | NORTH AMERICAN COMPANY OF LIFE AND HEALTH INSURANCE C/O GREENEBAUM DOLL AND MCDONALD 3300 NATIONAL CITY TOWER LOUISVILLE KY 40202-0000 | 171,940 |
| PEAVLER--RICKJ0000 | RICKI J PEAVLER 500 SNOWS MILL APT. 110 TUSCALOOSA AL 35406-2078 | 250 |
| PETHTEL--RICHL0000 | RICHARD L PETHTEL 673 N KENNEDY ST ROCKPORT IN 47635-8718 | 1,000 |
| REED------ROBEJ0100 | ROBERT JOHN REED & KATHRYN MERCER REED JT TEN 9727 GAS HOUSE PKE FREDERICK MD 21701-3335 | 50 |
| RICHAINDIN----0000 | RICHARDSON INDUSTRIES INC ATTN MARTHA VANDELEEST BOX 904 SHEBOYGAN FLS WI 53085-0904 | 200 |
| RIVERGRDIN----0000 | RIVERSIDE GROUP INC ATTN CATHERINE GRAY 7800 BELFORD PKY 100 JACKSONVILLE FL 32256 | 954,328 |

CUSIP - OO1Q35-96744610
COMMON STOCK

WICKES INC.

RIVERGROIN--1-0000    3,700
RIVERSIDE GROUP INC
7800 BELFORD PKY 100
JACKSONVILLE FL 32256

RIVERGROINAFC-0000    1451,270
RIVERSIDE GROUP INC A FLORIDA
CORPORATION
7800 BELFORT PKY 100
P O BOX 19030
JACKSONVILLE FL 32245-9030

ROLAND---ELMEW1IOO    6,200
ELMER WILLIAM ROLAND JR TR
UA 11 08 76
BY
ELMER WILLIAM ROLAND JR
100 DELTA DR
ALGONAC MI 48001-1303

ROWE-----MARYEOOOO    125
MARY ELIZABETH ROWE
M-11 FARMHOUSE LN
MORRISTOWN NY 07945

SCHERLER-ERNE-0000    85
ERNEST SCHERLER
794 SOUTH DR
BRICK NJ 08724-4834

SCHERLER-SUSA-0100    100
SUSAN SCHERLER &
JASON STOWE JT TEN
794 SOUTH DR
BRICKTOWN NJ 08724-4834

SCHERER-SCOTCO100    1,000
SCOTT C SCHERER &
MARY C SCHERER JT TEN
6739 BRADLEY CT
DOWNERS GROVE IL 60516-3254

SCHULTZ--FREDHOOOA    33,361
FREDERICK H SCHULTZ
BOX 1200
JACKSONVILLE FL 32201-1200

SCHULTZ--FREDHOOOB    26,267
FREDERICK H SCHULTZ
C/O SCHULTZ INVESTMENTS
118 W ADAMS STREET STE 600
JACKSONVILLE FL 32202-3800

SCHULTZ--MARK-0000    18,700
MARK SCHULTZ
C-O CREATIVE CAPITAL
EDIFICIO PARQUE DONA SOFIA
BLOQUE 8 3B
29640 FUENGIROLA
SPAIN

SCHULZ---RONAPOOOO    10
RONALD P SCHULZ
410 SUFFOLK DR
CRYSTAL LAKE IL 60014-7852

SEGAL----BARR-0000    1245,301
BARRY SEGAL
C/O SCHWARTZ COOPER
ATTN RICHARD JAY SILVERSTEIN
180 NORTH LASALLE ST STE 2700
CHICAGO IL 60601-2709

SEGAL----MART-0000    6,000
MARTIN SEGAL
C/O SCHWARTZ COOPER
ATTN RICHARD JAY SILVERSTEIN
180 NORTH LASALLE ST STE 2700
CHICAGO IL 60601-2709

SHIELDS--EDWAJ0000    10
EDWARD J SHIELDS
327 KATHERINE DR
HAINVILLE IL 60030-3647

SIMMS----JOHNTOOOO    1
JOHN T SIMMS
1013 HIDDEN RD
FT WORTH TX 76107-1553

CUSIP - O01035-96744610
COMMON STOCK

WICKES INC.

PAGE - 8
AS OF DATE - 01/07/04

DBFLAP

| Account | Shares | Account | Shares | Account | Shares |
|---|---|---|---|---|---|
| SIMPSON--BRYA-1000<br>BRYAN SIMPSON JR<br>1061 RIVERSIDE AVE<br>JACKSONVILLE FL 32204-4152 | 2,000 | SLACIK---CLAU-000A<br>CLAUDIA SLACIK<br>C/O CITI CORP<br>399 PARK AVE 6TH FL<br>NEW YORK NY 10022-4614 | 2,357 | SLACIK---CLAU-000B<br>CLAUDIA SLACIK<br>BOX 802<br>ORIENT NY 11957-0802 | 13,698 |
| SLACIK---CLAU-000C<br>CLAUDIA SLACIK<br>BOX 428<br>ORIENT NY 11957-0428 | 22,918 | SMALL----DICKD0000<br>DICKSON D SMALL<br>8731 GLEN NEVIS NE<br>ADA MI 49301-9756 | 2,000 | SMITH----DAVIG0000<br>DAVID G SMITH<br>411 1ST STREET<br>NEKOOSA WI 54457-1167 | 100 |
| STARK----WILLE0000<br>WILLIAM E STARK<br>4303 WOODVIEW EAST<br>SAGINAW MI 48603-8616 | 767 | STEINBERGLEO--0000<br>LEO STEINBERG<br>2483 W 16TH ST<br>BROOKLYN NY 11214-7043 | 100 | STEPHEN--DENN-0100<br>DENNIS STEPHEN &<br>MARY A STEPHEN<br>JT TEN<br>2975 84TH ST SE<br>CALEDONIA MI 49316-8360 | 750 |
| STILES---ROSA-0000<br>ROSALIE STILES<br>208 VILLA AVE<br>LAKE VILLA IL 60046-8910 | 100 | TUDIS----JDSET0000<br>JOSEPH T TUDIS<br>48 S ORCHARD ST<br>GIBBSTOWN NJ 08027-1410 | 100 | WERDA----MARLM0000<br>MARLENE M WERDA<br>1107 EVERGREEN AVE<br>ALPENA MI 49707-4201 | 50 |
| WHEELER--BRIA-0000<br>BRIAN WHEELER<br>BOX 153<br>DARIEN WI 53114-0153 | 5 | WHITT----MARVG0100<br>MARVIS G WHITT &<br>OSIE N WHITT JT TEN<br>705 BRANTLY AVE<br>DAYTON OH 45404-1431 | 200 | WILLIAMSOTHOMW0000<br>THOMAS M WILLIAMSON<br>1663 SHIRL LN<br>JACKSONVILLE FL 32207-7762 | 10 |

CUSIP - OO1035-967446IO
- COMMON STOCK

WICKES INC.

PAGE - 9
AS OF DATE - 01/07/04

DBFLAP

WILSON---RUALAOOOO          100
RUAL A WILSON
94 OVERSTREET RD
COLUMBIA KY 42728-9219

WITCZAK--CATHMOOOO          125
CATHLEEN M WITCZAK
62 MOUNTAIN AVE
MENDHAM NJ 07945-1321

WITCZAK--STAN-3000          100
STANLEY WITCZAK III
62 MOUNTAIN AVE
MENDHAM NJ 07945-1321

WOTTA----RICH-0100          60
RICHARD WOTTA &
CAROL WOTTA JT TEN
240 STATE PARK DR
BAY CITY MI 48706-1761

YURGENS--DONAD010A          70
DONALD DUANE YURGENS &
LOUANNE B YURGENS JT TEN
5850 S GRAHAM RD
ST CHARLES MI 48655-9537

CUSIP - OO1035-96744610
COMMON STOCK

WICKES INC.

PAGE -      10
AS OF DATE - 01/07/04

DBFLAP

TOTAL RSTR SHARES        8,307,984.0000

TOTAL HOLDERS        125