UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04 B 02221 |
| | ) | Chapter 11 |
| WICKES INC., | ) | The Honorable Bruce W. Black |
| | ) | Hearing Date: January 29, 2004 |
| Debtor. | ) | Hearing Time: 1:15 p.m. |

**FINAL ORDER DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND ESTABLISHING PROCEDURES FOR DETERMINING <u>REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE</u>**

This matter having come before the Court on the Debtor's motion (the "**Motion**")[1] for the entry of interim and final Orders, pursuant to sections 105(a), 366(b), 503(a) and 507(a) of title 11 of the United States Code (the "**Bankruptcy Code**") (i) prohibiting the Debtor's utility service providers from altering, refusing or discontinuing services on account of outstanding prepetition claims and (ii) establishing procedures for determining requests by the Utility Companies for additional adequate assurance, and the Court being satisfied with the representations made in the Motion that the relief sought would be in the best interest of the Debtor's estate and creditors; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary under the circumstances; and after due deliberation thereon and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted, except that the Debtor shall not pay any prepetition outstanding arrearages, except in connection with a request for additional adequate assurance made in compliance with the procedures described in the Motion.

2. The Utility Companies are deemed to be adequately assured of payment for future

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

220141.1 041224-32323

-2-

utility services in accordance with section 366(b) of the Bankruptcy Code.

3.  No Utility Company may alter, refuse or discontinue service to, or discriminate against, the Debtor solely on the basis of the commencement of the Case or that a debt owed by the Debtor to such Utility Company for service rendered before the Petition Date was not paid when due.

4.  Utility Companies shall be afforded thirty days from the date of service of this Order to make a request to the Debtor for additional adequate assurance. The Utility Companies making such requests are required to include with any request for additional adequate assurance a summary of the Debtor's payment history relevant to the affected account. If the Utility Company and the Debtor are unable to consensually resolve the request, then upon request of the Utility Company, the Debtor will file a motion for determination of adequate assurance of payment ("**Determination Motion**") and set such Determination Motion for a hearing ("**Determination Hearing**") at the next regularly scheduled omnibus hearing occurring more than twenty days after the date of such request, unless another hearing date is agreed to by the parties or ordered by the Court (collectively the "**Determination Procedures**").

5.  Each Utility Company is deemed to have adequate assurance of future payment until further order of the Court, pursuant to the Determination Procedures, which finds that the Utility Company is not adequately assured of future payment. Any Utility Company that does not timely request additional adequate assurance is deemed to have adequate assurance of future payment.

6.  Within five (5) business days of the date of this Order, the Debtor shall mail a copy of the Motion and this Order to the Utility Companies listed on Exhibit A to the Motion.

7. Any Utility Company not currently listed on Exhibit A to the Motion, but subsequently identified, will be served by the Debtor with a copy of the Motion and the Order and will be afforded thirty days from the date of such service to make a request to the Debtor for additional adequate assurance.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

9. Notwithstanding anything to the contrary in the Bankruptcy Rules, the terms and conditions of this Order shall be final, unconditionally effective and enforceable upon its entry.

Dated :January 29, 2004

ENTER: *[signature: Bruce W. Black]*

UNITED STATES BANKRUPTCY JUDGE

| EXHIBIT | A<br>Name | B<br>Adress 1 | C<br>Adress 2 | D<br>City | E<br>ST | Zip |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | JT OIL LLC | 535 EAST MAIN STREET | | JACKSON | TN | 38301 |
| 4 | HOW DEA SERVICE CENTER INC | 106 N ROYAL AVE | | BELGIUM | WI | 53004 |
| 5 | AIRGAS MICHIGAN | 506 W SPRUCE STREET | | SAULT STE MARIE | MI | 49783 |
| 6 | AIRGAS MICHIGAN | 1710 E HIGH STREET | | JACKSON | MI | 49203 |
| 7 | LOU'S ONE STOP | 2721 MANITOWOC RD | | GREEN BAY | WI | 54311 |
| 8 | WRIGHT SUNOCO STATION | HIGHWAY 231 SOUTH | | BLOOMFIELD | IN | 47424 |
| 9 | LEHMAN OIL CO | 157 SOUTH ANDERSON ST | | RHINELANDER | WI | 54501 |
| 10 | LEXINGTON FAYETTE URBAN COUNT | YGOVERNMENT-LANDFILL | PO BOX 13057 | LEXINGTON | KY | 40512 |
| 11 | CINGULAR WIRELESS | PO BOX 70522 | | CHARLOTTE | NC | 28272 |
| 12 | SUNSOUTH DIGITAL | 1938 ST JOHN | | DYERSBURG | TN | 38024 |
| 13 | UNICEL | PO BOX 9120 | | MINNEAPOLIS | MN | 55480 |
| 14 | INTERSTATE PLAZA INC | 4024 HWY 42 NORTH | | SHEBOYGAN | WI | 53083 |
| 15 | GUELIG'S WASTE REMOVAL | N4456 HWY 45 | | EDEN | WI | 53019 |
| 16 | FERRELLGAS | 4234 M-25 | | UNIONVILLE | MI | 48767 |
| 17 | ALPINE ELETRIC CORP | PO BOX 1065 | | TRAVERSE CITY | MI | 49684 |
| 18 | CELLULAR ONE | PO BOX 6405 | | CAROL STREAM | IL | 60197 |
| 19 | TITTABAWASSEE TOWNSHIP | WATER DEPARTMENT | 145 S SECOND ST PO BOX 158 | FREELAND | MI | 48623 |
| 20 | CRYSTAL FLASH PETROLEUM | 5051 E M-115 | | CADILLAC | MI | 49601 |
| 21 | COLES AMOCO | PO BOX 358 | | LOMIRA | WI | 53048 |
| 22 | LOMIRA SEWER & WATER | UTILITIES | 549 CHURCH ST | LOMIRA | WI | 53048 |
| 23 | AGA GAS INC | PO BOX 94706 | | CLEVELAND | OH | 44101 |
| 24 | SOUTHERN WASTE SERVICES | PO BOX 9350 | | PANAMA CITY BEACH | FL | 32417 |
| 25 | TOWNSHIP OF ALPENA | 4385 US 23 NORTH | | ALPENA | MI | 49707 |
| 26 | MERWIN OIL COMPANY | PO BOX 68 | | FOND DU LAC | WI | 54936 |
| 27 | COOPERATIVE PLUS INC | PO BOX 377 | | ELKHORN | WI | 53121 |
| 28 | BUENA VISTA TWP | WATER & SEWER DEPT | 1160 SOUTH OUTER DR | SAGINAW | MI | 48601 |
| 29 | BEAR CREEK TOWNSHIP | 373 DIVIDION RD | ATTN: SEWER ACCT. | PETOSKEY | MI | 49770 |
| 30 | RUDYARD TOWNSHIP | PO BOX 277 | | RUDYARD | MI | 49780 |
| 31 | KEY COMMUNICATIONS | SERVICE INC | PO BOX 109 | NEW ALBANY | IN | 47150 |
| 32 | COASTAL TELEPHONE | PO BOX 348 | | OLD ORCHARD BEACH | ME | 40640 |
| 33 | CARO GAS & OIL CO | PO BOX 730 | | LAPEER | MI | 48446 |
| 34 | SECORY OIL CO INC | 3030 MOAK STREET | | PORT HURON | MI | 48060 |
| 35 | CHROUCH COMMUNICATIONS INC | 7860 MORRISON LAKE ROAD | | SARANAC | MI | 48881 |
| 36 | AT&T WIRELESS | PO BOX 8228 | | AURORA | IL | 60572 |
| 37 | AIRGAS INTERMOUNTAIN INC | PO BOX 271070 | | FORT COLLINS | CO | 80527 |
| 38 | KOUNTRY KORNERS MINI MART | PO BOX 100 | | LOMIRA | WI | 53048 |
| 39 | VILLAGE OF HOWARD | PO BOX 12207 | | GREENBAY | WI | 54307 |
| 40 | BARTKUS OIL CO | 3501 PEARL | | BOULDER | CO | 80301 |
| 41 | JOHNSON REPEATER COMPANY | PO BOX 252 | | WATERS | MI | 49797 |
| 42 | SAYLE OIL COMPANY | 121 MOBILE STREET | | JACKSON | TN | 38301 |
| 43 | PHONE TEC INC | N91 W17174 APPLETON AVE | | MENOMONEE FALLS | WI | 53051 |

| EXHIBIT | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 44 | TOTAL COMMUNICATIONS INC | 333 BURNHAM STREET | | EAST HARTFORD | CT | 06108 |
| 45 | FERRELLGAS | 4521 8TH ST SOUTH | | WISCONSIN RAPIDS | WI | 54494 |
| 46 | T R T COMPANY | 540 E 24TH STREET | | HOLLAND | MI | 49423 |
| 47 | ALLENDALE TELEPHONE CO | 6568 LAKE MICHIGAN DR | | ALLENDALE | MI | 49401 |
| 48 | AT&T WIRELESS SERVICES | PO BOX 78224 | | PHOENIX | AZ | 85062 |
| 49 | GREENVILLE SANITARY DISTRICT | PO BOX 60 | | GREENVILLE | WI | 54942 |
| 50 | AT&T WIRELESS SERVICES | PO BOX 105773 | | ATLANTA | GA | 30348 |
| 51 | BARBECK SERVICES | 3130 N WOODFORD | | DECATUR | IL | 62526 |
| 52 | SANITARY DISTRICT #1 | 5935 S BUSINESS DRIVE STE 2 | | SHEBOYGAN | WI | 53081 |
| 53 | BAY COUNTY DPW | 3933 PATTERSON RD | | BAY CITY | MI | 48706 |
| 54 | METROCALL INC | PO BOX 200457 | | DALLAS | TX | 75320 |
| 55 | HOWARD CENTRAL STATION | 2002 VELP AVE | | GREEN BAY | WI | 54303 |
| 56 | KENNEDY OIL COMPANY INC | PO BOX 5349 | PO BOX 317 | HIGH POINT | NC | 27262 |
| 57 | FERRELLGAS | 10332 S STATE RD | | MILLINGTON | MI | 48746 |
| 58 | STROBEL PROPANE GAS CO | PO BOX 462 | | KEWASKUM | WI | 53040 |
| 59 | WESTERN KENTUCKY GAS | PO BOX 660064 | | DALLAS | TX | 75266 |
| 60 | BANGOR WATER DISTRICT | PO BOX 1129 | | BANGOR | ME | 44021 |
| 61 | WEXFORD COUNTY | DEPT OF PUBLIC WORKS | 3161 S LAKE MITCHELL DR | CADILLAC | MI | 49601 |
| 62 | MOONEY OIL CORPORATION | 4773 W GRAND RIVER | | LANSING | MI | 48906 |
| 63 | FERRELLGAS | 330 N 9TH ST | | OOSTBURG | WI | 53070 |
| 64 | FERRELLGAS | 3223 US 23 SOUTH | | ALPENA | MI | 49707 |
| 65 | FERRELLGAS | 603 US 41 HIGHWAY EAST | PO BOX 229 | NEGAUNEE | MI | 49866 |
| 66 | HOLLIS TELEPHONE COMPANY | PO BOX 419 | | WILTON | NH | 30860 |
| 67 | THUMB CELLULAR | PO BOX 650 | | PIGEON | MI | 48755 |
| 68 | POWER PLAN | DEPT 77871 | PO BOX 77000 | DETROIT | MI | 48277 |
| 69 | FERRELLGAS | E6670 555TH AVE | | ELK MOUND | WI | 54739 |
| 70 | CELLCOM WAUSAU MSA | PO BOX 5547 | | DEPERE | WI | 54115 |
| 71 | BRECHEISEN DIESEL SERVICE INC | PO BOX 700 | | GAYLORD | MI | 49735 |
| 72 | FRANCE PROPANE SERVICE INC | 1153 FOUNDRY ST | | SCHOFIELD | WI | 54476 |
| 73 | HUGGLER OIL CO | 1000 M 32 W | | ALPENA | MI | 49707 |
| 74 | CELLULINK (2002-3) | PO BOX 6002 | | MARION | LA | 71260 |
| 75 | MAINE MATERIAL HANDLING INC | 1554 HAMMOND STREET | | BANGOR | ME | 04402 |
| 76 | KAY COMMUNICATIONS | 1605 N MILLER RD | | SAGINAW | MI | 48609 |
| 77 | FERRELLGAS | 4981 E M-115 | | CADILLAC | MI | 49601 |
| 78 | FERRELLGAS COMPANY | 401 NORTH STRAITS HWY | | INDIAN RIVER | MI | 49749 |
| 79 | ALLTEL | PO BOX 94535 | | PALATINE | IL | 60094 |
| 80 | FERRELLGAS | 2344 CASS RD | | TRAVERSE CITY | MI | 49684 |
| 81 | VAN'S WASTE OMC | N 2061 VANDEN BROEK RD | | KAUKAUNA | WI | 54130 |
| 82 | FRONTIER | PO BOX 340 | | RHINELANDER | WI | 54501 |
| 83 | FERRELLGAS | N1369 US HWY 14 | | WALWORTH | WI | 53184 |
| 84 | CLOYD HOWARD CO INC | PO BOX 361 | 30 SHERMAN AVE | WALDEN | NY | 12586 |

| EXHIBIT | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 85 | FERRELLGAS | 7038 WESTSIDE SAGINAW RD | | BAY CITY | MI | 48706 |
| 86 | MARQUETTE BOARD LIGHT & POWER | 2200 WRIGHT ST | | MARQUETTE | MI | 49855 |
| 87 | CENTURY TELEPHONE OF MICHIGAN | PO BOX 6000 | | MARION | LA | 71260 |
| 88 | WASTE MANAGEMENT OF CENTRAL I | N3200 W BERTHA ST | | INDIANAPOLIS | IN | 46222 |
| 89 | CELLULAR ONE NCB | PO BOX 6408 | | COLUMBUS | OH | 43218 |
| 90 | WEBBER OIL COMPANY | PO BOX 929 | 700 MAIN STREET | BANGOR | ME | 44020 |
| 91 | METRO SANITATION LLC | 9831 TUSCOLA | | CLIO | MI | 48420 |
| 92 | VERIZON SOUTH | | PO BOX 920041 | DALLAS | TX | 75392 |
| 93 | BOB'S CENTURY SERVICE | 4200 BLUFF ROAD | | INDIANAPOLIS | IN | 46217 |
| 94 | CIDS MARATHON | 10197 S CLARE AVE | | CLARE | MI | 48617 |
| 95 | WEILER ENTERPRISES | PO BOX 371 | | MARSHFIELD | WI | 54449 |
| 96 | KK WAY | 1323 S ELEVENTH AVENUE | | WAUSAU | WI | 54401 |
| 97 | CPL RETAIL ENERGY | PO BOX 22136 | | TULSA | OK | 74121 |
| 98 | FOSTER OIL CO | PO BOX 176 | | WEST BRANCH | MI | 48661 |
| 99 | FUELING CENTER OF PETOSKEY | PO BOX 498 | | PETOSKEY | MI | 49770 |
| 100 | BANGOR HYDRO ELECTRIC | PO BOX 9900 | | BANGOR | ME | 44029 |
| 101 | MARQUETTE TOWNSHIP | 161 COUNTY RD 492 | | MARQUETTE | MI | 49855 |
| 102 | DYSARTS SERVICE INC | P O BOX 1889 | | BANGOR | ME | 44021 |
| 103 | EXXON MOBIL FLEET/GECC | PO BOX 530988 | | ATLANTA | GA | 30353 |
| 104 | ENGLEFIELD OIL COMPANY | 3600 ENTERPRISE AVE | | COLUMBUS | OH | 43228 |
| 105 | OHIO EDISON | PO BOX 3690 | | AKRON | OH | 44399 |
| 106 | SHELL FUELING SERVICES | 176 CENTRE STREET | | HOLBROOK | MA | 02343 |
| 107 | NEXTEL PARTNERS | PO BOX 5188 | | CAROL STREAM | IL | 60197 |
| 108 | WRIGHT EXPRESS | UNIVERSAL FLEET | PO BOX 639 | PORTLAND | ME | 04104 |
| 109 | AT&T | PO BOX 2971 | | OMAHA | NE | 68103 |
| 110 | SKYTEL | PO BOX 740577 | | ATLANTA | GA | 30374 |
| 111 | FERRELLGAS | PO BOX 48 | STATE HWY 618 | CONNEAUT LAKE | PA | 16316 |
| 112 | SITE OIL COMPANY | PO BOX 16969 | | ST LOUIS | MO | 63105 |
| 113 | FRONTIER COMMUNICATIONS OF | AMERICA | PO BOX 742599 | CINCINNATI | OH | 45274 |
| 114 | US CELLULAR | PO BOX 0203 | | PALATINE | IL | 60055 |
| 115 | MCI WORLDCOM | PO BOX 600670 | | JACKSONVILLE | FL | 32260 |
| 116 | CELLULAR ONE OF THE NORTHWOOD | S48 W KING ST | | RHINELANDER | WI | 54501 |
| 117 | FERRELLGAS | 303 W PARKDALE AVE | | MANISTEE | MI | 49660 |
| 118 | GREENVILLE CO OP GAS CO | PO BOX 168 | | GREENVILLE | MI | 54942 |
| 119 | VERIZON | PO BOX 28003 | | LEHIGH VALLEY | PA | 18002 |
| 120 | COLLECTION AGENCY DIVISION | 6330 GULFTON | | HOUSTON | TX | 77081 |
| 121 | DALE GAS & OIL CO INC | | | DALE | WI | 54931 |
| 122 | LEMLER OIL INC | PO BOX 76 | | BOURBON | IN | 46504 |
| 123 | FERRELLGAS | N1081 TOWERVIEW DR | | GREENVILLE | WI | 54942 |
| 124 | CITY OF ISHPEMING | 100 E DIVISION ST | | ISHPEMING | MI | 49849 |
| 125 | AT&T | PO BOX 22111 | | TULSA | OK | 74121 |

| EXHIBIT | A<br>Name | B<br>Adress 1 | C<br>Adress 2 | D<br>City | E<br>ST | F<br>Zip |
|---|---|---|---|---|---|---|
| 126 | ONTARIO WATER WORKS | PO BOX 166 | | ONTARIO | OH | 44862 |
| 127 | GLOBAL CROSSING | TELECOMMUNICATIONS | PO BOX 741276 | CINCINNATI | OH | 45274 |
| 128 | VERIZON WIRELESS | PO BOX 630024 | | DALLAS | TX | 75263 |
| 129 | VEST QUIK MART | PO BOX 98 | | WORTHINGTON | IN | 47471 |
| 130 | REDI LUBE INC | 301 E MAIN AT SAGINAW | | OWOSSO | MI | 48867 |
| 131 | UPPER LAKES TIRE DIST | PO BOX 584 | | GAYLORD | MI | 49735 |
| 132 | AT&T | PO BOX 2100 | | MECHANICSBURG | PA | 17055 |
| 133 | FERRELLGAS | 10029 30TH AVE | PO BOX 210 | REMUS | MI | 49340 |
| 134 | CITY OF FRANKLIN | SEWER UTILITY | PO BOX 697 | FRANKLIN | IN | 46131 |
| 135 | FERRELLGAS | 2147 I-75 BUS LOOP | PO BOX 367 | WEST BRANCH | MI | 48661 |
| 136 | TECHAIR | PO BOX 7001 | | YONKERS | NY | 10710 |
| 137 | CITY OF PORTAGE | 7900 S WESTNEDGE | | PORTAGE | MI | 49002 |
| 138 | RHINELANDER WATER | & WASTEWATER UTILITY | CITY HALL | RHINELANDER | WI | 54501 |
| 139 | MAX ARNOLD & SONS INC | PO BOX 568 | | HOPKINSVILLE | KY | 42241 |
| 140 | FERRELLGAS | POB OX 2323 | | HOLLAND | MI | 49422 |
| 141 | AIRGAS GREAT LAKES | 506 W SPRUCE ST | | SAULT STE MARIE | MI | 49783 |
| 142 | DENVER WATER | 1600 WEST 12TH AVE | | DENVER | CO | 80254 |
| 143 | UPPER PENINSULA POWER CO | PO BOX 130 | | HOUGHTON | MI | 49931 |
| 144 | CHARTER TWP OF GRAND BLANC | PO BOX 1833 | | GRAND BLANC | MI | 48439 |
| 145 | INDIANA-AMERICAN WATER | PO BOX 2555 | | DECATUR | IL | 62525 |
| 146 | GARROW OIL CORP | 504 EDGEWOOD DR | | APPLETON | WI | 54915 |
| 147 | FERRELLGAS | 735 WEISE STREET | | GREEN BAY | WI | 54302 |
| 148 | CELLNET COMMUNICATIONS INC | DEPARTMENT # 197101 | PO BOX 55000 | DETROIT | MI | 48255 |
| 149 | FERRELLGAS | 3912 NEWVILLE ROAD | | JANESVILLE | WI | 53545 |
| 150 | ATMOS ENERGY | PO BOX 79073 | | PHOENIX | AZ | 85062 |
| 151 | A PLUS NETWORK INC | A METROCALL COMPANY | PO BOX 740520 | ATLANTA | GA | 30374 |
| 152 | SBC PAGING | PO BOX 5087 | | SAGINAW | MI | 48605 |
| 153 | AMERIGAS CPC RHINELANDER W | PO BOX 399 | | RHINELANDER | WI | 54501 |
| 154 | HANDY SANITARY DISTRICT | PO BOX 987 | | DENTON | NC | 27239 |
| 155 | WESTFIELD PUBLIC WORKS | 2728 E 171ST STREET | | WESTFIELD | IN | 46074 |
| 156 | AT&T | PO BOX 2969 | | OMAHA | NE | 68103 |
| 157 | ELLETTSVILLE UTILITIES | PO BOX 8 | | ELLETTSVILLE | IN | 47429 |
| 158 | FERRELLGAS | W2550 OAK ST | PO BOX 372 | ASHIPPUN | WI | 53003 |
| 159 | VILLAGE OF ONTARIO | PO BOX 166 | | ONTARIO | OH | 44862 |
| 160 | RUUSI VIVIAN OIL CO | 309 GREENWOOD ST | PO BOX 343 | ISHPEMING | MI | 49849 |
| 161 | SUNOCO | PO BOX 104 | | BLOOMFIELD | IN | 47424 |
| 162 | WASTE MANAGEMENT OF CENTRAL W | IPO BOX 9001054 | | LOUISVILLE | KY | 40290 |
| 163 | AVAYA FINANCIAL SERVS | 24009 NETWORK PL | | CHICAGO | IL | 60673 |
| 164 | TOWN OF HOPEDALE | PO BOX 33 | | MEDFORD | MA | 21550 |
| 165 | ELYRIA PUBLIC UTILITIES | | 328 BROAD STREET | ELYRIA | OH | 44035 |
| 166 | AMERITECH | 4075 BAY RD | | SAGINAW | MI | 48663 |

| EXHIBIT | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 167 | OWOSSO TWP CALEDONIA | UTILITY AUTHORITY | PO BOX 127 | CORUNNA | MI | 48817 |
| 168 | AT&T | PO BOX 9001309 | | LOUISVILLE | KY | 40290 |
| 169 | NORTHERN ENERGY | 12620 NORTH 107TH STREET | | LONGMONT | CO | 80501 |
| 170 | J & J SANITARY DISP | PO BOX 402 | | DELAVAN | WI | 53115 |
| 171 | ROXBURY TOWNSHIP | 1715 ROUTE 46 | | LEDGEWOOD | NJ | 78520 |
| 172 | FERRELLGAS | 11867 LINCOLN HWY | | PLYMOUTH | IN | 46563 |
| 173 | FERRELLGAS | PO BOX 26 | | JACKSON | MI | 49204 |
| 174 | CITY OF OWOSSO | 301 W MAIN STREET | | OWOSSO | MI | 48857 |
| 175 | J&S WASTEWATER SYSTEMS INC | 1404 CARROLL AVE | | URBANA | IL | 61801 |
| 176 | CHRIS&HERMANS SERV CENTER INC | 4142 ARENDELL ST | | MOREHEAD CITY | NC | 28557 |
| 177 | ANSER QUICK ENTERPRISES INC | 3716 ARENDELL ST | | MOREHEAD CITY | NC | 28557 |
| 178 | NEWSOUTH COMMUNICATIONS | PO BOX 54363 | | NEW ORLEANS | LA | 70154 |
| 179 | CITY OF DECATUR | 1 CIVIC CENTER PLAZA | | DECATUR | IL | 62523 |
| 180 | WASTE MANAGEMENT OF COLO | 540 ELKTON DR #101 | | COLORADO SPRINGS | CO | 80903 |
| 181 | 5 FLAG'S | 1875 N STEVENS ST | | RHINELANDER | WI | 54501 |
| 182 | FERRELLGAS | 7777 EAST OLD M-78 | | EAST LANSING | MI | 48823 |
| 183 | WATER WORKS | TOWN OF SWITZ CITY | PO BOX 191 | SWITZ CITY | IN | 47465 |
| 184 | CITY WATER INTERNATIONAL LTD | 3370 BROADWAY | | BUFFALO | NY | 14227 |
| 185 | MCI WORLDCOM COMM SERVICE | PO BOX 856059 | | LOUISVILLE | KY | 40285 |
| 186 | FLEETTALK MANAGEMENT SERVICES | PO BOX 1172 | | DENVILLE | NJ | 07834 |
| 187 | CITY OF AURORA UTILITIES | DEPARTMENT 61 | | DENVER | CO | 80281 |
| 188 | AIR TALK COMMUNICATIONS | 1223 W EISENHOWER BLVD | | LOVELAND | CO | 80537 |
| 189 | PEGASUS PROPANE | 515 S PARKER | | MARINE CITY | MI | 48039 |
| 190 | AGRIPRIDE FS INC | 246 WEST ST LOUIS ST | | NASHVILLE | IL | 62263 |
| 191 | GAYLORD GAS INC | PO BOX 628 | 1144 OLD 27 NORTH | GAYLORD | MI | 49735 |
| 192 | UNITED WATER PENNSYLVANIA | HARRISBURG OPERATION | PO BOX 371385 | PITTSBURGH | PA | 15250 |
| 193 | DUNCAN OIL CO | 849 FACTORY ROAD | | DAYTON | OH | 45434 |
| 194 | CITY WATER & SEWAGE DEPT | PO BOX 18 | | ELWOOD | IN | 46036 |
| 195 | AVERY OIL & PROPANE INC | 402 NORTH STREET | PO BOX 163 | MASON | MI | 48854 |
| 196 | VERIZON WIRELESS | PO BOX 489 | | NEWARK | NJ | 71010 |
| 197 | ARCH | PO BOX 660770 | | DALLAS | TX | 75266 |
| 198 | CELLULAR ONE | PO BOX 1670 | | GAYLORD | MI | 49734 |
| 199 | FERRELLGAS | 2770 SPURR ROAD | PO BOX 12010 | LEXINGTON | KY | 40579 |
| 200 | FERRELLGAS | 2027 2400TH STREET | | ATLANTA | IL | 61723 |
| 201 | VALLEY CITY ENVIRONMENTAL SER | V1040 MARKET STREET SW | | GRAND RAPIDS | MI | 49503 |
| 202 | SWATARA TOWNSHIP AUTHORITY | 599 EISENHOWER BLVD | | HARRISBURG | PA | 17111 |
| 203 | NEXTEL COMMUNICATIONS | PO BOX 6220 | | CAROL STREAM | IL | 60197 |
| 204 | VERIZON NORTH | PO BOX 101687 | | ATLANTA | GA | 30392 |
| 205 | WATER WORKS | CITY OF GREENVILLE | PO BOX 483 | GREENVILLE | AL | 36037 |
| 206 | REPUBLIC WASTE SERVICES | PO BOX 9001815 | | LOUISVILLE | KY | 40290 |
| 207 | LUSCO CORPORATION | PO BOX 1596 | | NOBLESVILLE | IN | 46061 |

| EXHIBIT | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Name | Adress 1 | Adress 2 | City | ST | Zip |
| 208 | EASTERN RICHLAND SEWER CORP | PO BOX 8 | | ELLETTSVILLE | IN | 47429 |
| 209 | COLORADO SPRINGS UTILITIES | 7710 DURANT DRIVE | | COLORADO SPRINGS | CO | 80947 |
| 210 | ABBOTT & MILLS OIL HEAT | PO BOX 2550 | | NEWBURGH | NY | 12550 |
| 211 | CELLULAR ONE | PO BOX 17308 | | BALTIMORE | MD | 21297 |
| 212 | CELLCOM GREEN BAY MSA | PO BOX 7000 | | DE PERE | WI | 54115 |
| 213 | VERIZON | PO BOX 37200 | | BALTIMORE | MD | 21297 |
| 214 | WELLS OIL CO INC | PO BOX 226 | | BLOOMFIELD | IN | 47424 |
| 215 | JM DAVIS INDUSTRIES INC | 201 ARENDELL STREET | | MOREHEAD CITY | NC | 28557 |
| 216 | CINGULAR WIRELESS | PO BOX 30523 | | TAMPA | FL | 33630 |
| 217 | SPRINT NORTH SUPPLY LEASING | ATTN: CUSTOMER SERVICE | PO BOX 550599 | JACKSONVILLE | FL | 32255 |
| 218 | INDIANA PAGING NETWORK | 6745 W JOHNSON ROAD | | LAPORTE | IN | 46350 |
| 219 | ACME PROPANE GAS CO INC | 410 GREENVILLE BYPASS | PO BOX 547 | GREENVILLE | AL | 36037 |
| 220 | CENTURY TELEPHONE OF OHIO | PO BOX 6000 | | MARION | LA | 71260 |
| 221 | HOLIDAY FLEET | PO BOX 1216 | | MINNEAPOLIS | MN | 55440 |
| 222 | BP FLEETMANAGER I | PO BOX 9076 | | DES MOINES | IA | 50368 |
| 223 | PIEDMONT NATURAL GAS COMPANY | PO BOX 33068 | | CHARLOTTE | NC | 28233 |
| 224 | FERRELLGAS | 605 C UNITECH | | JACKSON | TN | 38301 |
| 225 | VERIZON | PO BOX 1939 | | PORTLAND | ME | 41045 |
| 226 | IRVING OIL CORPORATION | PO BOX 177 | | PORTSMOUTH | NH | 38020 |
| 227 | AIRGAS MICHIGAN | 905 NORTH DIXIE HIGHWAY | | MONROE | MI | 48162 |
| 228 | W.H. RILEY & SON INC | 448 BROADWAY | PO BOX 189 | TAUNTON | MA | 27800 |
| 229 | COLE OIL CO. | PO BOX 2768 | | LOMIRA | WI | 53048 |
| 230 | IE COMMUNICATIONS INC | PO BOX 67 | | TRENTON | IL | 62293 |
| 231 | TOM WATHEN DISTRIBUTOR INC | PO BOX 386 | | SHELBYVILLE | KY | 40065 |
| 232 | WAUSAU WATER & SEWERAGE | UTILITIES | TREASURERS OFFICE CITY HALL | WAUSAU | WI | 54401 |
| 233 | DIAMOND FUEL OIL CO | PO BOX 596 | | WEST CHESTER | PA | 19381 |
| 234 | TOWN OF HOPEDALE | HOPEDALE WATER & SEWER | PO BOX 559 | MEDFORD | MA | 21550 |
| 235 | STATE LONG DISTANCE TELE CO | PO BOX 230 | | ELKHORN | WI | 53121 |
| 236 | BLODGETT OIL CO INC | PO BOX 39 | | MT PLEASANT | MI | 48804 |
| 237 | METROCALL | PO BOX 740521 | | ATLANTA | GA | 30374 |
| 238 | AIRGAS SOUTH INC | 3440 HIGHWAY 31 SOUTH | | PELHAM | AL | 35124 |
| 239 | WILLIAMS DETROIT DIESEL | ALLISON | 1395 TRIPLETT BOULEVARD | AKRON | OH | 44306 |
| 240 | FERRELLGAS | 120 W MACK AVE | PO BOX 9 | OLNEY | IL | 62450 |
| 241 | J D MCBRIDE OIL CO | 2080 CORUNNA AVE | | OWOSSO | MI | 48867 |
| 242 | TRI PAR OIL CO INC | 100 EAST GREEN BAY AVE | | SAUKVILLE | WI | 53080 |
| 243 | WASTE MANAGEMENT OF EASTERN N | YWIDOW SUSAN ROAD | PO BOX 526 | AMSTERDAM | NY | 12010 |
| 244 | MARSHFIELD ELECTRIC | & WATER DEPT | 2000 RODDIS AVE | MARSHFIELD | WI | 54449 |
| 245 | MAINE RADIO | 89 MUSSEY RD | | SCARBOROUGH | ME | 40707 |
| 246 | DAVE'S ROLLOFF SERVICE | 447 BROSSMAN RD | | EPHRATA | PA | 17522 |
| 247 | COMMERCIAL FUELS INC | PO BOX 375 | | JACKSON | MI | 49204 |
| 248 | VERIZON WIRELESS | PO BOX 17464 | | BALTIMORE | MD | 21297 |

| EXHIB | A Name | B Adress 1 | C Adress 2 | D City | E ST | F Zip |
|---|---|---|---|---|---|---|
| 249 | FRENCHTOWN WATER | 2744 VIVIAN | | MONROE | MI | 48162 |
| 250 | UCI COMMUNICATIONS | PO BOX 1792 | | COLUMBIA | SC | 29202 |
| 251 | PSNC ENERGY | PO BOX 100256 | | COLUMBIA | SC | 29202 |
| 252 | CITY OF EAU CLAIRE | PO BOX 10878 | | EAU CLAIRE | WI | 54702 |
| 253 | HOPKINSVILLE WATER ENV AUTH | 101 NORTH MAIN STREET | PO BOX 628 | HOPKINSVILLE | KY | 42241 |
| 254 | CAROLANE PROPANE GAS | 339 SOUTH MAIN ST | | LEXINGTON | NC | 27292 |
| 255 | CITY OF MANSFIELD | UTILITY COLLECT OFFICE | 30 N DIAMOND ST | MANSFIELD | OH | 44902 |
| 256 | RICKS MOBIL MART INC | 9796 LEE RD | | MINOCQUA | WI | 54548 |
| 257 | VERIZON | PO BOX 15150 | | ALBANY | NY | 12212 |
| 258 | DEPT OF PUBLIC UTILITIES | ONE GOVERNMENT CENTER | 420 MADISON AVE STE 100 | TOLEDO | OH | 43667 |
| 259 | CHARTER TWP PORT HURON | 3800 LAPEER RD | | PORT HURON | MI | 48060 |
| 260 | THE CITY OF AUGUSTA | WATER WORKS DEPART | | AUGUSTA | GA | 30911 |
| 261 | DON HARTMAN OIL CO INC | 2040 RAIBLE AVE | | ANDERSON | IN | 46011 |
| 262 | ALPENA POWER COMPANY | 310 N SECOND AVE | PO BOX 188 | ALPENA | MI | 49707 |
| 263 | EXCEL ENERGY | PO BOX 9477 | | MPLS | MN | 55484 |
| 264 | GRAND CHUTE UTILITIES | 3111 W PROSPECT AVE | PO BOX 1192 | APPLETON | WI | 54912 |
| 265 | AVAYA INC | PO BOX 73061 | | CHICAGO | IL | 60673 |
| 266 | AMERIGAS - SOUTH BEND | 25701 STATE ROAD 2 | | SOUTH BEND | IN | 46619 |
| 267 | NORTHPORT WATER WORKS | PO BOX 627 | | NORTHPORT | AL | 35476 |
| 268 | FERRELLGAS | 3642 STATE ROUTE 5 | | NEWTON FALLS | OH | 44444 |
| 269 | ARCH | PO BOX 4062 | | WOBURN | MA | 18884 |
| 270 | FERRELLGAS | 8070 INDUSTRY RD | | COLORADO SPRINGS | CO | 80915 |
| 271 | US CELLULAR | PO BOX 371345 | | PITTSBURGH | PA | 15250 |
| 272 | PUCKETT OIL CO INC | 7870 PENSACOLA BLVD | | PENSACOLA | FL | 32534 |
| 273 | REVERMANN SHELL SERVICE | PO BOX 343 | | BREESE | IL | 62230 |
| 274 | SPRINT PCS | PO BOX 740602 | | CINCINNATI | OH | 45274 |
| 275 | BLUE SKY SEWER SERVICE CO INC | PO BOX 24255 | | LEXINGTON | KY | 40524 |
| 276 | CITY OF KINGS MOUNTAIN | FINANCE DEPT | PO BOX 429 | KINGS MOUNTAIN | NC | 28086 |
| 277 | CINGULAR | 8888 KEYSTONE CROSSING | SUITE 300 | INDIANAPOLIS | IN | 46240 |
| 278 | SUNSET WASTE SERVICES | PO BOX 109 | 2471 WILSHERE | JENISON | MI | 49429 |
| 279 | KWIK TRIP INC | PO BOX 1597 | | LA CROSSE | WI | 54602 |
| 280 | EDISON SAULT ELEC | PO BOX 359 | | SAULT STE MARIE | MI | 49783 |
| 281 | PELHAM WATER WORKS | PO BOX 277 | | PELHAM | AL | 35124 |
| 282 | SAUDER FUEL | PO BOX 542 | | EPHRATA | PA | 17522 |
| 283 | MONTOUR OIL SERV CO | 112 BROAD ST | PO BOX 128 | MONTOURSVILLE | PA | 17754 |
| 284 | PIPELINE OIL SALES INC | 744 E SOUTH ST | | JACKSON | MI | 49203 |
| 285 | BAY STATE GAS | PO BOX 4310 | | WOBURN | MA | 10884 |
| 286 | GRAND RAPIDS CITY | TREASURER WATER SEWER | 300 MONROE AVE NW RM220 | GRAND RAPIDS | MI | 49503 |
| 287 | CINGULAR WIRELESS | PO BOX 17542 | | BALTIMORE | MD | 21297 |
| 288 | NORTON PETROLEUM CORPORATION | 290 POSSUM PARK ROAD | | NEWARK | DE | 19711 |
| 289 | RICHCOR INC | 700 EAST BAYFRONT PARKWAY | | PENSACOLA | FL | 32502 |

| EXHIB | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 290 | AMERIGAS | RT 2 BOX 39A | | BLOOMFIELD | IN | 47424 |
| 291 | FERRELLGAS | 3306 LAPEER RD | | FLINT | MI | 48503 |
| 292 | FERRELLGAS | PO BOX 3347 | | ALLIANCE | OH | 44601 |
| 293 | XO COMMUNICATIONS | PO BOX 828618 | | PHILADELPHIA | PA | 19182 |
| 294 | FERRELLGAS | 15317 S TELEGRAPH RD | | MONROE | MI | 48161 |
| 295 | GREAT LAKES ENERGY | PO BOX 800 | | NEWAYGO | MI | 49337 |
| 296 | BELLSOUTH | PO BOX 105262 | | ATLANTA | GA | 30348 |
| 297 | CAPITAL TELECOMM INC | 200 WEST MARKET STREET | | YORK | PA | 17401 |
| 298 | EXPANETS | DEPT #1261 | | DENVER | CO | 80271 |
| 299 | VERIZON WIRELESS | PO BOX 828419 | | PHILADELPHIA | PA | 19182 |
| 300 | BRANCH COUNTY FARM BUR | OIL COMPANY | 302 W CHICAGO ROAD | COLDWATER | MI | 49036 |
| 301 | C.G. SWEIGART OIL CO INC | 403 NORTH 6TH STREET | | DENVER | PA | 17517 |
| 302 | PLYMOUTH OIL INC | 1215 EASTERN AVE | PO BOX 237 | PLYMOUTH | WI | 53073 |
| 303 | SBC | PO BOX 1838 | | SAGINAW | MI | 48605 |
| 304 | US OIL CO INC | | PO BOX 159 | COMBINED LOCKS | WI | 54113 |
| 305 | AMERIGAS | P O BOX 131 | 4218 ARENDELL ST | MOREHEAD CITY | NC | 28570 |
| 306 | AT&T | PO BOX 9001310 | | LOUISVILLE | KY | 40290 |
| 307 | JOHNSON OIL CO | PO BOX 629 | | GAYLORD | MI | 49735 |
| 308 | KENTUCKY AMERICAN WATER CO | PO BOX 580491 | | CHARLOTTE | NC | 28258 |
| 309 | SCHMUCKAL OIL CO | 1516 BARLOW | | TRAVERSE CITY | MI | 49684 |
| 310 | NEXTEL | PO BOX 641954 | | PITTSBURGH | PA | 15264 |
| 311 | SPRINT | PO BOX 96031 | | CHARLOTTE | NC | 28296 |
| 312 | PHILLIPS 66 COMPANY | BOX 66 | | BARTLESVILLE | OK | 74005 |
| 313 | ALLTEL | 1020 N LEX SPRINGMILL RD | | MANSFIELD | OH | 44906 |
| 314 | PORTLAND WATER | 225 DOUGLASS ST | | PORTLAND | ME | 41047 |
| 315 | CITY OF ROCHESTER HILLS | DRAWER 0789 | PO BOX 79001 | DETROIT | MI | 48279 |
| 316 | AQUARION WATER COMPANY | PO BOX 821 | | LEWISTON | ME | 42430 |
| 317 | FERRELLGAS | 13021 MICHIGAN AVE | | MARSHALL | MI | 49068 |
| 318 | BELLMAN OIL CO INC | 550 EAST 2ND ST | PO BOX 26 | BREMEN | IN | 46506 |
| 319 | WELD LP GAS CO INC | BOX 365 | | PLATTEVILLE | CO | 80651 |
| 320 | VERIZON WIRELESS MESSAGING SE | RPO BOX 15110 | | ALBANY | NY | 12212 |
| 321 | FERRELLGAS | | 12312 E FULTON | LOWELL | MI | 49331 |
| 322 | AMERIGAS RAVENNA | 5584 SR 5 | P O BOX 310 | RAVENNA | OH | 44266 |
| 323 | ROE COMM INC | 1400 RAMONA AVE | | KALAMAZOO | MI | 49002 |
| 324 | SPRINT | PO BOX 30723 | | TAMPA | FL | 33630 |
| 325 | MAJOR LUBRICANTS CO INC | PO BOX 190 | | PENSACOLA | FL | 32591 |
| 326 | WEST WHITELAND TOWNSHIP | 222 N POTTSTOWN PIKE | | EXTON | PA | 19341 |
| 327 | CHERRYLAND RR ELEC CO | 5930 US 31 SOUTH | PO BOX 500 | GRAWN | MI | 49637 |
| 328 | PROAM NORTHEAST INC. | DBA NISSLEY PROPANE | 1113 STEINMETZ RD PO BOX 157 | EPHRATA | PA | 17522 |
| 329 | J.B.L.P. COMPANY | 423 S SPRING ST | | MISHAWAKA | IN | 46544 |
| 330 | WASTE MANAGEMENT | OF SOUTH SHORE | PO BOX 830003 | BALTIMORE | MD | 21283 |

| EXHIBIT | A Name | B Adress 1 | C Adress 2 | D City | E ST | F Zip |
|---|---|---|---|---|---|---|
| 331 | LIN GAS INC | 2230 PEMBROKE RD | | HOPKINSVILLE | KY | 42240 |
| 332 | WEBER ENERGY FUELS | 27 MAIN ST | | S PORTLAND | ME | 04106 |
| 333 | BY LO | | 2799 WADHAMS RD | PORT HURON | MI | 48061 |
| 334 | O E MEYER CO | PO BOX 479 | | SANDUSKY | OH | 44870 |
| 335 | KURTZMAN SANITATION | PO BOX 365 | | CRESTLINE | OH | 44827 |
| 336 | CLEAR TALK COMMUNICATIONS INC | 11596 IL HWY 1 | | PARIS | IL | 61944 |
| 337 | PIONEER PLAZA | 3230 PIONEER RD | | RICHFIELD | WI | 53076 |
| 338 | SPRINT PCS | P O BOX 62012 | | BALTIMORE | MD | 21264 |
| 339 | VERIZON CABS | PO BOX 37205 | | BALTIMORE | MD | 21297 |
| 340 | T GILL FUELS INC | PO BOX 17026 | | PENSACOLA | FL | 32522 |
| 341 | KLL WIRELESS INC | 21 WEST FRONT STREET | PO BOX 67 | TRENTON | IL | 62293 |
| 342 | M&M SANITATION | PO BOX 9001783 | | LOUISVILLE | KY | 40290 |
| 343 | H&S GAS CO INC | 728 FRANKFORT ROAD | | SHELBYVILLE | KY | 40065 |
| 344 | HUNTERTOWN MUNICIPAL UTILITIE | SPO BOX 188 | 15617 LIMA ROAD | HUNTERTOWN | IN | 46748 |
| 345 | EMPIREGAS INC OF MARION | 3303 S WESTERN AVE | | MARION | IN | 46953 |
| 346 | FREEMAN GAS | PO BOX 4366 | | SPARTANBURG | SC | 29305 |
| 347 | MARION MUNICIPAL UTILITIES | PO BOX 718 | | MARION | IN | 46952 |
| 348 | FUELMAN OF MICHIGAN | PO BOX 1229 | | ROYAL OAK | MI | 48068 |
| 349 | BROWNING-FERRIS INDUSTRIES | LEXINGTON DISTRICT | PO BOX 9001265 | LOUISVILLE | KY | 40290 |
| 350 | FLEET FUELING | PO BOX 6293 | | CAROL STREAM | IL | 60197 |
| 351 | DRAKES FUEL SERVICE INC | PO BOX 248 | | SCHOOLCRAFT | MI | 49087 |
| 352 | NAVTRAK INC | PO BOX 1915 | | SALISBURY | MD | 21802 |
| 353 | FERRELLGAS | PO BOX 260 | | JOHNSTOWN | NY | 12095 |
| 354 | INDIANAPOLIS WATER COMPANY | PO BOX 1990 | | INDIANAPOLIS | IN | 46206 |
| 355 | FERRELLGAS | PO BOX 1068 | | TUSCALOOSA | AL | 35403 |
| 356 | FERRELLGAS | 704 TEMPERANCE WEST 76 | PO BOX 307 | ELLETSVILLE | IN | 47429 |
| 357 | SUNOCO INC | PO BOX 1466 | | NEWARK | NJ | 71011 |
| 358 | NATIONAL FUEL | PO BOX 5036 | | ERIE | PA | 16554 |
| 359 | AMERIGAS | 5601 AURELIUS RD | | LANSING | MI | 48911 |
| 360 | HILLSIDE OIL COMPANY | 40 BROOKHILL DRIVE | | NEWARK | DE | 19702 |
| 361 | ATMOS ENERGY | PO BOX 9001949 | | LOUISVILLE | KY | 40290 |
| 362 | ALLTEL | PO BOX 9001908 | | LOUISVILLE | KY | 40290 |
| 363 | E OSTERMAN GAS SERVICE INC | PO BOX 29 | | WHITINSVILLE | MA | 01588 |
| 364 | ALABAMA GAS CORP | PO BOX 11407 | | BIRMINGHAM | AL | 35246 |
| 365 | HICKSGAS URBANA | 2201 EAST UNIVERSITY AVE | PO BOX 17157 | URBANA | IL | 61801 |
| 366 | FLEET TALK MGMT SVCS | PO BOX 1172 | | DENVILLE | NJ | 07834 |
| 367 | FERRELLGAS | 12275 HIGHLAND ROAD | | HIGHLAND | IL | 62249 |
| 368 | MARATHON OIL CO | PO BOX 81 | | FINDLAY | OH | 45839 |
| 369 | SHEETZ FLEET FUELING | PO BOX 639 | | PORTLAND | ME | 04104 |
| 370 | VERIZON WIRELESS-ATLANTA | PO BOX 740500 | | ATLANTA | GA | 30374 |
| 371 | RAVENNA OIL CO | 102 E LAKE ST | PO BOX 844 | RAVENNA | OH | 44266 |

| EXHIB | A Name | B Adress 1 | C Adress 2 | D City | E ST | F Zip |
|---|---|---|---|---|---|---|
| 372 | SUBURBAN PROPANE | 4450 PAXTON STREET | | HARRISBURG | PA | 17111 |
| 373 | TELRITE COMMUNICATIONS | 4441 CEMETERY ROAD | | PARKESBURG | PA | 19365 |
| 374 | EL HEARD & SON INC | 888 DEPOT ROAD | | WATERFORD | PA | 16441 |
| 375 | U G I | 1500 PAXTON ST | P O BOX 3565 | HARRISBURG | PA | 17105 |
| 376 | SLAPPEY TELEPHONE INC | P O BOX 43127 | | BIRMINGHAM | AL | 35243 |
| 377 | CORN BELT FS INC | BOX 289 | | MACON | IL | 62544 |
| 378 | FOSTER OIL CO | PO BOX 430 | | RICHMOND | MI | 48062 |
| 379 | FERRELLGAS | 5517 WOODVILLE RD | | TOLEDO | OH | 43619 |
| 380 | BAY RING COMMUNICATIONS | 359 CORPORATE DRIVE | | PORTSMOUTH | NH | 03801 |
| 381 | GLASS 66 | 1008 FORTDALE RD | | GREENVILLE | AL | 36037 |
| 382 | CTSI | PO BOX 42935 | | PHILADELPHIA | PA | 19101 |
| 383 | FERRELLGAS | 390 LAKE NEPESSING RD | | LAPEER | MI | 48446 |
| 384 | FERRELLGAS | 8767 SHAVER RD | PO BOX 86 | PORTAGE | MI | 49024 |
| 385 | VERIZON | PO BOX 17577 | | BALTIMORE | MD | 21297 |
| 386 | FORAKER OIL INCORPORATED | PO BOX 298 | | DELAWARE CITY | DE | 19706 |
| 387 | B'S SHOP AND FLY | 1294 EAST CHICAGO ROAD | | QUINCY | MI | 49082 |
| 388 | WISCONSIN PUBLIC SERV | PO BOX 19003 | | GREEN BAY | WI | 54307 |
| 389 | AMERIGAS-EVANS | 4403 EVANS TO LOCKS RD | | EVANS | GA | 30809 |
| 390 | THOMAS PETROLEUM CO INC | PO BOX 338 | | SHELBY | NC | 28151 |
| 391 | NEW JERSEY NATURAL GAS CO | 1415 WYCKOFF RD | | WALL | NJ | 77150 |
| 392 | SNET | PO BOX 1861 | | NEW HAVEN | CT | 65080 |
| 393 | SUBURBAN PROPANE | 301 OLD MILL LANE | | EXTON | PA | 19341 |
| 394 | PORCO ENERGY CORPORATION | YPO BOX 517 | | MARLBORO | NY | 12542 |
| 395 | SPEEDWAY SUPERAMERICA LLC | PO BOX 740587 | | CINCINNATI | OH | 45274 |
| 396 | VERIZON WIRELESS | PO BOX 660108 | | DALLAS | TX | 75266 |
| 397 | FERRELLGAS | 13 DOE RUN RD | PO BOX 37 | MANHEIM | PA | 17545 |
| 398 | FERRELLGAS | 51897 NORTH GRATIOT | | CHESTERFIELD | MI | 48051 |
| 399 | DELAWARE SOLID WASTE AUTHORIT | YPO BOX 517 | | DOVER | DE | 19903 |
| 400 | CENTURYTEL OF ALABAMA | PO BOX 6000 | | MARION | LA | 71260 |
| 401 | FERRELLGAS 2789 | 47 CHURCH STREET | | FRANKLIN | NJ | 07416 |
| 402 | NEXTEL COMMUNICATIONS | PO BOX 54977 | | LOS ANGELES | CA | 90054 |
| 403 | FRONTIER COMMUNICATIONS NY | PO BOX 92789 | | ROCHESTER | NY | 14692 |
| 404 | BERRETH OIL-WASTE/RECLAIM | 1301 WEST 6TH | PO BOX 610 | MISHAWAKA | IN | 46544 |
| 405 | AQUILA | 899 S TELEGRAPH RD | | MONROE | MI | 48161 |
| 406 | LIGHTSHIP TELECOM | PO BOX 847261 | | BOSTON | MA | 22847 |
| 407 | CITIZENS GAS & COKE UTILITY | PO BOX 7056 | | INDIANAPOLIS | IN | 46207 |
| 408 | YANKEE GAS SERVICES COMPANY | PO BOX 1050 | | MERIDEN | CT | 64501 |
| 409 | STECHSCHULTE GAS & OIL | PO BOX 1536 | 917 E MAIN ST | OWOSSO | MI | 48867 |
| 410 | ATX TELECOMMUNICATIONS SERVIC | EPO BOX 57194 | | PHILADELPHIA | PA | 19111 |
| 411 | ESCAMBIA COUNTY UTILITY | AUTHORITY | PO BOX 18870 | PENSACOLA | FL | 32523 |
| 412 | CITY OF PENSACOLA | BOX 12910 | | PENSACOLA | FL | 32521 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| EXHIBIT | Name | Adress 1 | Adress 2 | City | ST | Zip |
| 1 | | | | | | |
| 2 | | | | | | |
| 413 | TELCOM INNOVATIONS GROUP LLC | 125 N PROSPECT | | ITASCA | IL | 60143 |
| 414 | KIRKWOOD GAS | PO BOX 140 | | KIRKWOOD | DE | 19708 |
| 415 | SUBURBAN PROPANE | 100 WATER STREET | PO BOX 278 | DERBY | CT | 64180 |
| 416 | CLARK ENERGY | PO BOX 4117 | | WINCHESTER | KY | 40392 |
| 417 | PENELEC | PO BOX 3687 | | AKRON | OH | 44309 |
| 418 | FERRELLGAS | 1750 W EPLER AVE | | INDIANAPOLIS | IN | 46217 |
| 419 | VERIZON | PO BOX 28000 | | LEHIGH VALLEY | PA | 18002 |
| 420 | CINGULAR WIRELESS | PO BOX 6420 | | CAROL STREAM | IL | 60197 |
| 421 | JACKSON ENERGY AUTHORITY | PO BOX 2288 | | JACKSON | TN | 38302 |
| 422 | FERRELLGAS | 762 B US 250 | | ASHLAND | OH | 44805 |
| 423 | WARNER OIL CO | PO BOX 367 | | COLDWATER | MI | 49036 |
| 424 | CITY OF GASTONIA | PO BOX 8600 | | GASTONIA | NC | 28053 |
| 425 | NORTHERN INDIANA FUEL | PO BOX 526 | | AUBURN | IN | 46706 |
| 426 | DENVER AND EPHRATA | PO BOX 8468 | | LANCASTER | PA | 17604 |
| 427 | FERRELLGAS | 2441 ARROW AVE | PO BOX 2966 | ANDERSON | IN | 46018 |
| 428 | AGWAY ENERGY PRODUCTS | 702 HANCOCK ST | | ITHACA | NY | 14850 |
| 429 | SEMCO ENERGY | PO BOX 79001 | | DETROIT | MI | 48279 |
| 430 | PROGRESS ENERGY CAROLINAS INC | | | RALEIGH | NC | 27698 |
| 431 | KEYTOWN SERVICE & TOWING | PO BOX 1552 | | MEREDITH | NH | 03253 |
| 432 | FERRELLGAS | 1202 EAST PATRICK STREET | | FREDERICK | MD | 21701 |
| 433 | C BARRON & SONS INC | 87 JEROME ST | | MONROE | MI | 48161 |
| 434 | SPRINT | PO BOX 96064 | | CHARLOTTE | NC | 28296 |
| 435 | FERRELLGAS | 3627 PINE LANE | | BESSEMER | AL | 35022 |
| 436 | HICKS OIL CO | 1710 SNOWS MILL AVE | | NORTHPORT | AL | 35476 |
| 437 | ALLTEL | PO BOX 8819 | | LITTLE ROCK | AR | 72231 |
| 438 | CENTENNIAL WIRELESS | PO BOX 9001094 | | LOUISVILLE | KY | 40290 |
| 439 | GROWERS CO-OP | 2500 S 13TH ST | PO BOX 2196 | TERRE HAUTE | IN | 47802 |
| 440 | ALLIANT ENERGY | PO BOX 77002 | | MADISON | WI | 53707 |
| 441 | SMITHVILLE TELEPHONE CO | 1600 W TEMPERANCE ST | PO BOX 728 | ELLETTSVILLE | IN | 47429 |
| 442 | STAFFORD OIL COMPANY INC | 231 COURT ST | | LACONIA | NH | 03246 |
| 443 | WESTERN DISPOSAL SERV | 5880 BUTTE MILL ROAD | PO BOX 9100 | BOULDER | CO | 80301 |
| 444 | VERIZON | PO BOX 4833 | | TRENTON | NJ | 86504 |
| 445 | CLINTON COUNTY ELECTRIC | 475 N MAIN ST | BOX 40 | BREESE | IL | 62230 |
| 446 | UTILITIES DISTRICT OF | WESTERN INDIANA REMC | PO BOX 427 | BLOOMFIELD | IN | 47424 |
| 447 | NSTAR | PO BOX 4508 | | WOBURN | MA | 01888 |
| 448 | VERIZON | PO BOX 15150 | | WORCESTER | MA | 16150 |
| 449 | INDIANAPOLIS POWER & LIGHT CO | PO BOX 110 | | INDIANAPOLIS | IN | 46206 |
| 450 | AMEREN CIPS | PO BOX 710 | | PAWNEE | IL | 62558 |
| 451 | RED HED OIL CO INC | P O BOX 787 | | RICHMOND | KY | 40476 |
| 452 | NORTHERN UTILITIES INC | PO BOX 830015 | | BALTIMORE | MD | 21283 |
| 453 | HILLARD OIL COMPANY | PO BOX 205 | | IVESDALE | IL | 61851 |

Case 04-02221 Doc 62 Filed 01/29/04 Entered 01/30/04 09:54:32 Desc Main Document Page 15 of 17

| EXHIB | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 454 | ILLINI FS INC | 1509 E UNIVERSITY | | URBANA | IL | 61802 |
| 455 | AT&T WIRELESS SERVICES | PO BOX 129 | | NEWARK | NJ | 71012 |
| 456 | VERIZON | PO BOX 15124 | | ALBANY | NY | 12212 |
| 457 | FERRELLGAS | 9699 BRIGHTON ROAD | | HENDERSON | CO | 80640 |
| 458 | VERIZON WIRELESS | PO BOX 6170 | | CAROL STREAM | IL | 60197 |
| 459 | ANDERSON CITY UTILTIES | 120 E 8TH STREET | PO BOX 2100 | ANDERSON | IN | 46016 |
| 460 | GEORGIA POWER COMPANY | AUGUSTA DIVISION | PO BOX 488 | AUGUSTA | GA | 30903 |
| 461 | WISCONSIN ELECTRIC | POWER COMPANY | 333 W EVERETT ST | MILWAUKEE | WI | 53290 |
| 462 | METRO LIFT PROPANE | PO BOX 415 | | EPPING | NH | 03042 |
| 463 | NORTH AMERICAN FLEET SERVICE | 4808 KROEMER RD | | FT WAYNE | IN | 46818 |
| 464 | BELLSOUTH | PO BOX 740144 | | ATLANTA | GA | 30374 |
| 465 | PUBLIC SERVICE COMPANY OF CO | PO BOX 840 | | DENVER | CO | 80201 |
| 466 | GO SAVE CORP | 4700 HUNT CIRCLE | | HARRISBURG | PA | 17112 |
| 467 | ALLEGHENY POWER | PO BOX 1458 | | HAGERSTOWN | MD | 21741 |
| 468 | H & R OIL COMPANY | 1144 FINNEY DRIVE | PO BOX 12210 | LEXINGTON | KY | 40581 |
| 469 | VERIZON | PO BOX 1 | | WORCESTER | MA | 16540 |
| 470 | TESSCO TECHNOLOGIES | PO BX 631091 | | BALTIMORE | MD | 21263 |
| 471 | VALLEY PETROLEUM LTD | 7400 GROVE STREET | | SWARTZ CREEK | MI | 48473 |
| 472 | JCP & L | PO BOX 3687 | | AKRON | OH | 44309 |
| 473 | ILLINOIS POWER CO | PO BOX 2522 | | DECATUR | IL | 62525 |
| 474 | SENSMEIER & SONS OIL CO INC | 375 N MAIN ST | | MANSFIELD | OH | 44902 |
| 475 | EXETER & HAMPTON | ELECTRIC | PO BOX 2014 | CONCORD | NH | 33022 |
| 476 | NORTHEAST UTILITIES | PO BOX 2957 | | HARTFORD | CT | 61042 |
| 477 | ROBERTS CO | PO BOX 184 | | ONTARIO | OH | 44862 |
| 478 | CENTRAL MAINE POWER | | | AUGUSTA | ME | 43321 |
| 479 | NORTHERN IND PUB SERV | PO BOX 13007 | | MERRILLVILLE | IN | 46411 |
| 480 | THE DAYTON POWER | PO BOX 740598 | | CINCINNATI | OH | 45274 |
| 481 | EASTERN PROPANE GAS INC. | PO BOX 7889 | | LOUDON | NH | 03301 |
| 482 | CENTRAL HUDSON GAS | & ELECTYRIC | 284 SOUTH AVE DEPT 100 | POUGHKEEPSIE | NY | 12601 |
| 483 | AT&T | PO BOX 277019 | | ATLANTA | GA | 30384 |
| 484 | DAVISON OIL & GAS CO | 107 MILL STREET | PO BOX 129 | DAVISON | MI | 48423 |
| 485 | COLUMBIA GAS | PO BOX 9001847 | | LOUISVILLE | KY | 40290 |
| 486 | J&M ENTERPRISES | PO BOX 876 MANOR BRANCH | | NEW CASTLE | DE | 19720 |
| 487 | GASCARD OF SE PA | PO BOX 302 | | MOUNT JOY | PA | 17552 |
| 488 | MCCLURE OIL CORP | PO BOX 1750 | | MARION | IN | 46952 |
| 489 | BIRCH TELECOM | PO BOX 860111 | | DALLAS | TX | 75266 |
| 490 | FUELMAN OF N OHIO | PO BOX 11407 | | BIRMINGHAM | AL | 35246 |
| 491 | VECTREN | PO BOX 6248 | | INDIANAPOLIS | IN | 46206 |
| 492 | VERIZON WIRELESS | GREAT LAKES | PO BOX 790292 | ST LOUIS | MO | 63179 |
| 493 | INTERCALL | PO BOX 281866 | | ATLANTA | GA | 30384 |
| 494 | CONECTIV POWER DELIVERY | PO BOX 17000 | | WILMINGTON | DE | 19886 |

| EXHIB | Name | Adress 1 | Adress 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 495 | VERIZON WIRELESS | PO BOX 790406 | | ST LOUIS | MO | 63179 |
| 496 | BLOSSMAN GAS INC | 3075 WEST MICHIGAN AVE | | PENSACOLA | FL | 32526 |
| 497 | HOPKINSVILLE ELECTRIC SYSTEM | PO BOX 728 | PO BOX 544 | HOPKINSVILLE | KY | 42241 |
| 498 | ALLTEL | PO BOX 9001908 | | LOUISVILLE | KY | 40290 |
| 499 | KELLY'S CONST DEBRIS REMOVAL | 880 BERYL STREET | | BROOMFIELD | CO | 80020 |
| 500 | MASSACHUSETTS ELECTRIC | PROCESSING CENTER | | WOBURN | MA | 18070 |
| 501 | DUKE POWER | PO BOX 1090 | | CHARLOTTE | NC | 28201 |
| 502 | LESTER R SUMMERS INC | RD 1 | | EPHRATA | PA | 17522 |
| 503 | LANSING ICE & FUEL CO | 911 CENTER ST | PO BOX 20097 | LANSING | MI | 48901 |
| 504 | NIAGARA MOHAWK POWER | PO BOX 4798 | 300 ERIE BLVD W | SYRACUSE | NY | 13221 |
| 505 | TOLEDO EDISON | 300 MADISON AVE | | TOLEDO | OH | 43652 |
| 506 | PORTS PETROLEUM CO INC | PO BOX 1046 | | WOOSTER | OH | 44691 |
| 507 | AT&T WIRELESS SERVICES-CHICAG | OPO BOX 8220 | | AURORA | IL | 60572 |
| 508 | EXXON MOBIL | PO BOX 4575 | | CAROL STREAM | IL | 60197 |
| 509 | QWEST | | | DENVER | CO | 80244 |
| 510 | SPRINT | PO BOX 740463 | | CINCINNATI | OH | 45274 |
| 511 | NEW YORK STATE | ELECTRIC & GAS | PO BOX 5550 | ITHACA | NY | 14852 |
| 512 | T MOBILE | PO BOX 742596 | | CINCINNATI | OH | 45274 |
| 513 | CITY OF LONGMONT | UTILITY BILLING DIVISION | 350 KIMBARK STREET | LONGMONT | CO | 80501 |
| 514 | CITGO PETROLEUM CORPORATION | PO BOX 659590 | | SAN ANTONIO | TX | 78265 |
| 515 | BELLSOUTH | PO BOX 70529 | | CHARLOTTE | NC | 28272 |
| 516 | ATLAS OIL COMPANY | 24501 ECORSE RD | | TAYLOR | MI | 48180 |
| 517 | NEXTEL COMMUNICATONS | PO BOX 4191 | | CAROL STREAM | IL | 60197 |
| 518 | PHILADELPHIA ELEC CO | PO BOX 13437 | | PHILA | PA | 19101 |
| 519 | FUEL MANAGEMENT SYSTEM | 0-305B LAKE MICHIGAN DRIVE NW | | GRAND RAPIDS | MI | 49504 |
| 520 | MEIJER INC | C.O. 983 COMMERCIAL CHARGE | 2929 WALKER AVE N.W. | GRAND RAPIDS | MI | 49544 |
| 521 | NEW HAMPSHIRE ELECTRIC | COOPERATIVE INC | 579 TENNEY MT HIGHWAY | PLYMOUTH | NH | 32643 |
| 522 | PENNSYLVANIA POWER | TWO NORTH NINTH ST | | ALLENTOWN | PA | 18101 |
| 523 | LONG HEATING AND COOLING | 170 MYRTLE AVE | PO BOX 9006 | ALBANY | NY | 12209 |
| 524 | STOP AND SHOPPE FOODMART | 270 RIVERSIDE STREET | | PORTLAND | ME | 04103 |
| 525 | KENTUCKY UTILITIES CO | PO BOX 14242 | | LEXINGTON | KY | 40512 |
| 526 | FUELMAN | PO BOX 10583 | | BIRMINGHAM | AL | 35202 |
| 527 | MCINTOSH ENERGY | 3377 MAUMEE AVENUE | | FORT WAYNE | IN | 46803 |
| 528 | DEAN OIL CORPORATION | 149 OLD TURNPIKE RD | PO BOX 553 | WAYNE | NJ | 07470 |
| 529 | VERIZON NORTH | PO BOX 920041 | | DALLAS | TX | 75392 |
| 530 | FUELMAN | 1501 S EDGEWOOD ST | SUITE D | BALTIMORE | MD | 21227 |
| 531 | GULF POWER | ONE ENERGY PLACE | | PENSACOLA | FL | 32520 |
| 532 | SOUTHERN LINC | PO BOX 740531 | | ATLANTA | GA | 30374 |
| 533 | SOUTHERN STATES | COOPERATIVE INC | PO BOX 187 | FREDERICK | MD | 21705 |
| 534 | AG ONE CO-OP INC | PO BOX 2009 | | ANDERSON | IN | 46018 |
| 535 | IRVING OIL CORPORATION | PO BOX 424 | | BANGOR | ME | 44020 |

| EXHIB | A<br>Name | B<br>Adress 1 | C<br>Adress 2 | D<br>City | E<br>ST | F<br>Zip |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 536 | PSI ENERGY | PO BOX 740399 | | CINCINNATI | OH | 45274 |
| 537 | QUICK FUEL FLEET SERVICES | BOX 88249 | | MILWAUKEE | WI | 53288 |
| 538 | BP AMOCO | PO BOX 9076 | | DES MOINES | IA | 50368 |
| 539 | TAYLOR OIL NE INC | 176 CENTRE STREET | | HOLBROOK | MA | 02343 |
| 540 | ALABAMA POWER CO | PO BOX 242 | | BIRMINGHAM | AL | 35292 |
| 541 | SBC | BILL PAYMENT CENTER | | SAGINAW | MI | 48663 |
| 542 | SERVICE MOTOR COMPANY | PO BOX 170 | | DALE | WI | 54931 |
| 543 | NEXTEL COMMUNICATIONS | PO BOX 17621 | | BALTIMORE | MD | 21297 |
| 544 | OHIO EDISON | PO BOX 3637 | | AKRON | OH | 44309 |
| 545 | DETROIT EDISON | PO BOX 2859 | | DETROIT | MI | 48260 |
| 546 | AMERICAN ELECTRIC POWER | PO BOX 24407 | | CANTON | OH | 44701 |
| 547 | SBC | BILL PAYMENT CENTER | | CHICAGO | IL | 60663 |
| 548 | CONSUMERS ENERGY | | | LANSING | MI | 48937 |
| 549 | NEXTEL PARTNERS INC | PO BOX 4192 | | CAROL STREAM | IL | 60197 |
| 550 | AT&T | PO BOX 830017 | | BALTIMORE | MD | 21283 |
| 551 | AT&T | PO BOX 9001307 | | LOUISVILLE | KY | 40290 |
| 552 | NEXTEL COMMUNICATIONS | PO BOX 4181 | | CAROL STREAM | IL | 60197 |
| 553 | WASTE INTEGRATION SERVICE CTR | PO BOX 20008 | | TAMPA | FL | 33622 |