IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 04 B 02221 |
| WICKES INC. | ) | (Jointly Administered) |
| a Delaware Corporation, and | ) | |
| GLC DIVISION, INC., | ) | |
| a Delaware Corporation, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | |

## NOTICE OF FINAL ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND UNEXPIRED LEASES

PLEASE TAKE NOTICE that, on June 24, 2004, Wickes Inc. and GLC Division, Inc., the above captioned debtors and debtors-in-possession (collectively, "Debtor"), filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") the Debtor's Motion for an Order: (A) Authorizing Debtor to Conduct a Sale of Substantially all of its Assets; (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Setting Dates for Sale and Hearing on Sale; (D) Approving Form of Notice; and (E) Authorizing Debtor to Enter Into "Stalking Horse" Agreements for the Sale of Certain Assets (the "Sale Motion").

PLEASE TAKE FURTHER NOTICE that on June 28, 2004, the Bankruptcy Court entered an Order: (A) Authorizing Debtor to Conduct a Sale of Substantially all of its Assets; (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Setting Dates for Sale and Hearing on Sale; (D) Approving Form of Notice; and (E) Authorizing Debtor to Enter Into "Stalking Horse" Agreements for the Sale of Certain Assets.

PLEASE TAKE FURTHER NOTICE that on July 20, 2004 at 10:00 a.m. prevailing Chicago time, Debtor held an auction (the "Sale") for substantially all of its assets (the "Sale Assets") at the offices of Piper Rudnick LLP, 203 North LaSalle Street, 18th Floor, Chicago, Illinois 60601.

PLEASE TAKE FURTHER NOTICE that: (i) Lanoga Corporation ("Lanoga"); (ii) Bradco Supply Company ("Bradco"); (iii) Hope Lumber & Supply Company, L.P. ("Hope Lumber"); and (iv) Edward Hines Lumber Company ("Hines") were the successful bidders (collectively, the "Purchasers") at the Sale with respect to the Sale Assets.

PLEASE TAKE FURTHER NOTICE that at the hearing on the Sale (the "Sale Hearing"), which took place before the Honorable Bruce W. Black, United States Bankruptcy Judge, on July 22, 2004 at 1:15 p.m. prevailing Chicago time, at the Bankruptcy Court, Judge Black entered orders (the "Sale Orders") approving each of the successful bids and contracts submitted by the Purchasers and authorized the assumption by the Debtors and the assignment to the Purchasers of certain contracts and unexpired leases (collectively, the "Contracts").

PLEASE TAKE FURTHER NOTICE that on Monday, July 26, 2004, each of the Purchasers closed (the "Closings") on the Sale of the Sale Assets they had bid on.

   PLEASE TAKE FURTHER NOTICE that effective upon the Closings, certain of the Contracts were assumed by the Debtor and assigned to the applicable Purchaser (the "Assigned Contracts").

   PLEASE TAKE FURTHER NOTICE that a list of the aforementioned Assigned Contracts is attached hereto as <u>Exhibit A</u>. Also included in <u>Exhibit A</u> is: (i) the Purchaser to which each of the Assigned Contracts was assigned to; and (ii) the cure amount that shall be payable to each of the non-Debtor parties to the Assigned Contracts within fifteen (15) days of the date of the Closings.

   PLEASE TAKE FURTHER NOTICE that if you need any further information about any of the Purchasers, please contact the applicable Purchaser (or its designated counsel). A list of each of the Purchasers (or their designated counsel) is attached hereto as <u>Exhibit B</u>.

Dated: August 3, 2004

                              WICKES INC. and GLC DIVISION, INC.

                              By: _____
                                      One of its attorneys

David N. Missner (ARDC No. 01928988)
Marc I. Fenton (ARDC No. 06180633)
Steven Christenholz (ARDC No. 06224666)
Brian A. Audette (ARDC No. 06277056)
**PIPER RUDNICK LLP**
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

**Exhibit A**

Assigned Contracts

| VENDOR NAME | DESCRIPTION | CURE AMOUNT | PURCHASER |
|---|---|---|---|
| Alltex | Uniform rental service agreement at Meredith, NH | $123.00 | Bradco Supply Corporation |
| Aramark Uniform Services Inc. | Cleaning equipment services - 1147-000 | $45.00 | Bradco Supply Corporation |
| AT&T Wireless Services | Cellular | $0.00 | Bradco Supply Corporation |
| Boyd Investment Corp | Window storage - Bldg 8 and 7 in Huntertown, IN | $0.00 | Lanoga Corporation |
| Burlington Northern Santa Fe | Rail Siding Agreement at Longmont, CO | $0.00 | Hope Lumber & Supply Company, L.P. |
| Business Electronics Inc | Service Agreement Phone at Newtown, CT - WICK01 | $0.00 | Bradco Supply Corporation |
| Canadian National | Rail Siding Agreement at Decatur, IL | $0.00 | Lanoga Corporation |
| Cintas Corporation #029 | Floor mat rental at Frederick, MD | $25.00 | Bradco Supply Corporation |
| Cintas Corporation #121 | Floor mat service at Ithaca, NY | $60.00 | Bradco Supply Corporation |
| Coffee System | Coffee service at Walden, NY | $0.00 | Bradco Supply Corporation |
| Coverall of Philadelphia | Janitorial services at Exton, PA - 000004816 | $1,074.00 | Bradco Supply Corporation |
| Coyne Textile Services | Floor mat rental at Menands, NY - CHR 5387 | $58.00 | Bradco Supply Corporation |
| CSX | Rail Siding Agreement at Elyria, OH | $0.00 | Bradco Supply Corporation |
| CSX | Rail Siding Agreement at Pelham, AL - CSX-029236 | $0.00 | Bradco Supply Corporation |
| CSX | Rail Siding Agreement at Frederick, MD - B-Dem-79-810 | $0.00 | Bradco Supply Corporation |
| CSX | Rail Siding Agreement at Breese, IL | $0.00 | Lanoga Corporation |
| CSX | Rail Siding Agreement at Vincennes, IN | $0.00 | Bradco Supply Corporation |
| Culligan | Drinking water service at Frederick, MD | $25.00 | Bradco Supply Corporation |
| D&E Communications Inc | Service Maintenance at Ephrata, PA | $58.00 | Bradco Supply Corporation |
| Data Design Associates | Support and Maintenance for A/P System | $0.00 | Bradco Supply Corporation |
| Data Management Assistance Corporation | Support and Maintenance for DMAC Data Entry System | $0.00 | Bradco Supply Corporation |
| Expertcity | Support and Maintenance for Desktop Streaming - DTS100A | $0.00 | Bradco Supply Corporation |
| Ferrellgas | LP Gas at Saegertown, PA | $38.00 | Bradco Supply Corporation |
| Funk Software | Support and Maintenance for Radius Authentication Server - 1SUEL | $0.00 | Bradco Supply Corporation |
| Hypen Solutions LTD | Software services - M2 contract with Wickes at Frederick, MD | $280.00 | Bradco Supply Corporation |
| ICOM Informatics | Allows for field remote access to HQ - 27758 | $0.00 | Bradco Supply Corporation |
| Internet Commerce Corporation | VAN Fees - 31658 | $1,152.00 | Bradco Supply Corporation |
| Keilens Body Shop Inc | Storage Trailer at Menands, NY - 4046 | $0.00 | Bradco Supply Corporation |
| Laser Lab Inc | Preventive Printer Maintenance Contract at Ephrata, PA - 26664 | $0.00 | Bradco Supply Corporation |
| Legato Software | Disaster Recovery Equipment Maintenance | $0.00 | Bradco Supply Corporation |
| Mac Durgin Business Systems | Fax machine service at Meredith, NH - LA2931 | $173.00 | Bradco Supply Corporation |
| Mar Rube Trailer Rental Inc | Rental of Storage Container at Frederick, MD - 51812 | $126.00 | Bradco Supply Corporation |
| Materials Handling Equipment Corp. | Vehicles Maintenance Agreement at Coldwater, MI | $0.00 | Bradco Supply Corporation |
| McAfee - Network Associates Inc. | Maintenance and Upgrade for E500 Webshield | $0.00 | Bradco Supply Corporation |
| McCormick Coffee Company | Coffee service at Saegertown, PA | $56.00 | Bradco Supply Corporation |
| Mitek Industries Inc | Software Maintenance Agreement at Rochester Panel, MI - C10200 | $96.00 | Lanoga Corporation |
| Morristown and Erie Railway | Rail Siding Agreement at Kenvil, NJ - Agreement #7808 | $0.00 | Bradco Supply Corporation |
| Munchie Time | Vending service at Kenvil, NJ - 41304 | $132.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | $491.00 | Bradco Supply Corporation |

~CHG01:30470932.v1

Exhibit A

Assigned Contracts

| | | | |
|---|---|---|---|
| Nextel Communications | Cellular | | $306.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | | $491.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | | $306.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | | $491.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | | $306.00 | Bradco Supply Corporation |
| Nextel Communications | Cellular | | $1,581.00 | Bradco Supply Corporation |
| Nextel Partners Inc | Cellular | | $1,581.00 | Bradco Supply Corporation |
| Nextel Partners Inc | Cellular | | | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Rootstown, OH | $0.00 | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Walden, NY - DDA 5.102 | $0.00 | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Ephrata, PA | $0.00 | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Newtown, CT - 298-123 | $0.00 | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Mason, MI | $0.00 | Bradco Supply Corporation |
| Norfolk Southern | Rail Siding Agreement at Tolono, IL - D 23099W | $0.00 | Lanoga Corporation |
| Norfolk Southern | Rail Siding Agreement at Kalamazoo, MI - 2573 | $0.00 | Lanoga Corporation |
| Norfolk Southern | Rail Siding Agreement at Lexington, KY | $0.00 | Lanoga Corporation |
| Norfolk Southern | Rail Siding Agreement at Mansfield, OH - T21398 | $0.00 | Lanoga Corporation |
| Norfolk Southern | Rail Siding Agreement at Holland, OH | $0.00 | Lanoga Corporation |
| Norfolk Southern | Rail Siding Agreement at Ontario, OH - 8395 | $0.00 | Lanoga Corporation |
| PBCC | Postage service at Kenvil, NJ | $122.00 | Bradco Supply Corporation |
| Pitney Bowes Inc | Postage service at Meredith, NH | $30.00 | Bradco Supply Corporation |
| Porco Energy Corporation | LP Gas Agreement with Walden, NY | $19.00 | Bradco Supply Corporation |
| Precision Systems Concepts LLC | Support and Maintenance for Notes Passport Advantage Agreement | $0.00 | Bradco Supply Corporation |
| Quench | Drinking water contract - 0002-0159321-001 | $635.00 | Bradco Supply Corporation |
| Quest Software | Support and Maintenance for Spotlight on Oracle | $739.00 | Bradco Supply Corporation |
| Quest Software | Support and Maintenance for SQL Navigator | $0.00 | Bradco Supply Corporation |
| Quest Software | Support and Maintenance for VISTA | $0.00 | Bradco Supply Corporation |
| Reichs Ford Truck & Tractor | Trailer Rental at Walden, NY | $36.00 | Bradco Supply Corporation |
| Seacoast Business Machines | Copier Maintenance at Portland, ME - 7725148 | $283.00 | Bradco Supply Corporation |
| Sentinel Technologies Inc. | Maintenance Agreement on HQ Printers - 01413-00 | $1,228.00 | Bradco Supply Corporation |
| Triangle Communications Inc | Cellular | $0.00 | Bradco Supply Corporation |
| Unifirst Corporation | Floor mat service at Saegertown, PA | $40.00 | Bradco Supply Corporation |
| Verizon | Cellular | $20.00 | Bradco Supply Corporation |
| Verizon Data Services Inc. | Offsite Disaster Recovery Service | $65,644.00 | Bradco Supply Corporation |
| Verizon Wireless | Cellular | $441.00 | Bradco Supply Corporation |
| Verizon Wireless Messaging Services | Pagers for HQ IT staff - U1169922 | $82.00 | Bradco Supply Corporation |
| Versatile Office & Storage Inc | Storage Box Container | $70.00 | Bradco Supply Corporation |
| Weeds Inc. | Weed control at Westfield, IN - Q-PB-916 | $0.00 | Bradco Supply Corporation |
| Westfield, IN | Land lease | $10,768.00 | Edward Hines Lumber Co. |
| White Fire Extinguisher Inc. | Fire safety at Saegertown, PA | $0.00 | Bradco Supply Corporation |
| Yellow Pages | Listing service at Westfield, IN - 1084-1073159 | $0.00 | Bradco Supply Corporation |

CH\GO1:30470832.v1

Exhibit A

Assigned Contracts

| LEASE DESCRIPTION | TRUCK/RAIL ADDRESS | CURE AMOUNT | PURCHASER |
|---|---|---|---|
| Facility Lease | 44 Railroad Avenue<br>Meredith, NH 03253 | $0.00 | Bradco Supply Corporation |
| Facility Lease | 391 Broadway<br>Menands, NY 12204 | $3,147.79 | Bradco Supply Corporation |
| Showroom Lease | 742 Rt 46<br>Kenvil, NJ 07847<br>Rail Address: Kenvil, NJ<br>Rail Delivery: M&E<br>No Centerbeam Flatcars | $0.00 | Bradco Supply Corporation |
| Easement | 46 Swamp Road<br>Newtown, CT 06470<br>Rail Address: Newtown, CT<br>Rail Delivery: HRRC | $0.00 | Bradco Supply Corporation |
| Rail Sliding Agreement | Wickes Lumber<br>1500 West Main Street<br>Pensacola, FL 32501<br>Rail Address: Pensacola, FL<br>Rail Delivery: BN | $0.00 | Hope Lumber & Supply Company, L.P. |
| Facility Lease | Wickes Lumber<br>1500 West Main Street<br>Pensacola, FL 32501<br>Rail Address: Pensacola, FL<br>Rail Delivery: BN | $0.00 | Hope Lumber & Supply Company, L.P. |
| Rail Sliding Agreement | Wickes Lumber<br>4252 Arendell Street<br>Morehead City, NC 28557 | $0.00 | Hope Lumber & Supply Company, L.P. |
| Rail Access Lease | 704 S. Sierra Madre Street<br>Colorado Springs, CO 80903<br>Rail Address: Colorado Springs<br>Del: UP Zone 34-Track 788-Spot 00 | $0.00 | Lanoga Corporation |
| Land Lease with Nowells-Brekke | Land located in Longmont, CO - Lease dated May 1, 1995 | $0.00 | Hope Lumber & Supply Company, L.P. |
| | TOTAL: | $92,378.79 | |

## CERTIFICATE OF SERVICE

Nina H. Taylor, a non-attorney, under penalty of perjury, certifies that on the 3rd day of August, 2004, she caused the following *Notice of Final Assumption and Assignment of Certain Contracts and Unexpired Leases* to be served by regular U.S. mail, postage prepaid, upon each of the parties listed on the attached service list.

_____
Nina H. Taylor

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

Roman L. Sukley
Attorney Office of the U.S. Trustee
  Northern District of Illinois
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606

Richard M. Bendix
David E. Beker
Mark B. Butterman
Christopher M. Cahill
Schwartz, Cooper, Greenberger & Krauss
Suite 2700
180 North LaSalle Street
Chicago, IL 60601

Alan P. Solow
Andrew R. Cardonick
David Dranoff
Goldberg Kohn Bell Black
  Rosenbloom & Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603-5802

Fruman Jacobson/Robert E. Richards
Pia N. Thompson/Patrick C. Maxcy
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 8000
233 South Wacker Drive
Chicago, IL 60606

Robert M. Fishman, Esq.
Brian L. Shaw, Esq.
Steven B. Towbin
Shaw Gussis Fishman Glantz Wolfson & Towbin
321 North Clark Street, Suite 800
Chicago, Illinois 60610

Susan Barnes de Resendiz
Jason J. Goitia
Gardner Carton & Douglas LLP
Suite 3700
191 North Wacker Drive
Chicago, IL 60606

James O'Grady
James A. Hopwood
Wickes Inc.
706 Deerpath Drive
Vernon Hills, IL 60061

Tina Nichold Moss
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY 10022-4441

Tom A. Howley
Haynes and Boone, LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David Phelps
Bridge Associates LLC
c/o Wickes Inc.
706 Deerpath Drive
Vernon Hills, IL 60061

Anthony Schnelling
Bridge Associates LLC
Suite 32A
747 Third Avenue
New York, NY 10017

Bankruptcy Management Corp.
Tinamarie Feil
1330 East Franklin Avenue
El Segundo, CA 90245

Carol Berggren
Schwartz, Cooper, Greenberger & Krauss
Suite 2700
180 North LaSalle Street
Chicago, IL 60601

Curt J. Schlom
Jason M. Kuzniar
Wilson, Elser, Moskowitz,
 Edelman & Dicker LLP
26th Floor
120 North LaSalle Street
Chicago, IL 60602

Gerrity Company Inc.
90 Oak Street
P.O. Box 9111
Newton Upper Falls, MA 02464

Michael L. Weinberger
Bradco Supply Corporation
13 Production Way
Avenel, NJ 07001

Robert C. Garbrecht
McAfee & Taft, A.P.C.
10th Floor, 2 Leadership Square
Oklahoma City, OK 73102

David Rosen
Houlihan Lokey Howard & Zukin Capital, Inc.
4th Floor
123 N. Wacker Drive
Chicago, IL 60606-1700

Joseph VanLeuven
Stuart Campbell
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688

Gerrity Company Inc.
ATTN: James Gerrity
90 Oak Street
Newton Upper Falls, MA 02164

Capital Dist Cooperative
ATTN: Anthony Goodyer
381 Broadway
Menands, NY 12204

P&D Realty Associates
ATTN: David P. Romano
Morris Canal Plaza, 1070 US Highway 46
Ledgewood, NJ 07852

Maybrook Railroad Company
ATTN: Ed Rodriguez
8 Davis Road West
Old Lyme, CT 06371

Thomas C. Jenkins
ATTN: Tom Jenkins
125 Bayshore Drive
Pensacola, FL 32507

Union Pacific Railroad
ATTN: Gregg Larsen
1800 Farnham Street
Omaha, NE 68103

North Carolina Railroad Company
2809 Highwoods Boulevard
Raleigh NC 27604

Alltex
324 Taylor Street
PO Box 5246
Manchester NH 03108

AT&T Wireless Services
PO Box 129
Newark NJ 07101-2448

Boyd Investment Corp
10427 Pine Mills Road
Fort Wayne IN 46845

Burlington Northern Santa Fe
176 E Fifth St
St Paul MN  55101

Business Electronics Inc
1701 Highland Ave
Route 10
Cheshire CT  06410

Canadian National
455 North Cityfront Plaza Drive
Attn: Real Estate Dept
Chicago IL  60611

Cintas Corporation #029
6300 Seaforth St
Attn Legal Department
Baltimore MD  21224

Coffee System
157 Carney Road
Ulster Park NY  12487

Coverall of Philadelphia
2250 Hickory Road
Suite 125
Plymouth Meeting PA  19462

Coyne Textile Services
140 Cortland Ave
Syracuse NY  13202

CSX
500 Water Street
SC J180
Jacksonville FL  32202

Culligan
501 Maryland Avenue
Hagerstown, MD  21740

D&E Communications Inc
Attn Cashiers Department
PO Box 511
Ephrata PA  17522

Hypen Solutions LTD
5055 Keller Springs Rd Ste 200
Attn Legal Department
Addison TX  75001

Keilens Body Shop Inc
6 McArthur Road
PO Box 207
Latham NY  12110

Laser Lab Inc
1438 W Main Street
Ephrata PA  17522

Mac Durgin Business Systems
570 Union Ave
Laconia NH  03246

Mar Rube Trailer Rental Inc
4546 Annapolis Road
Baltimore MD  21227

Mitek Industries Inc
14515 North Outer Forty
Ste 300
Chesterfield MO  63017

Morristown and Erie Railway
49 Abbet Avenue
Legal Department
Morristown NJ  07962

Munchie Time
18 Trevino Road
Flanders NJ  07836

Nextel Communications
PO Box 17621
Baltimore MD 21297-1621

Nextel Communications
PO Box 4191
Carol Stream IL  60197-4191

Nextel Communications
PO Box 54977
Los Angeles CA  90054-0977

Nextel Partners Inc
PO Box 4192
Carol Stream IL  60197-4192

Nextel Partners Inc
2001 Edmund Halley Drive
Attn: Legal Department
Reston VA  20191

Norfolk Southern
110 Franklin Road
Miscellaneous Billing
Roanoke VA  24042

PBCC
Attn Stacy Berman
2225 American Dr
Neenah WI  54956

Pitney Bowes Inc
Attn Stacy Berman
2225 American Dr
Neenah WI  54956

Porco Energy Corporation
1455 Route 9W
Marlboro NY  12542-0910

Quench
509 Commerce Street
Franklin Lakes NJ  07417

Reichs Ford Truck & Tractor
8016 Reichs Ford Road
Frederick MD  21704

Seacoast Business Machines
26 Oak Hill Plaza
Scarborough ME  04074

Triangle Communications Inc
940 West Main Street
New Holland PA  17557

Verizon
PO Box 4833
Trenton NJ  08650-4832

Verizon Wireless
PO Box 489
Newark NJ 07101-0489

Versatile Office & Storage Inc
589 Saratoga Road
Gansevoort NY  12831

Aramark Uniform Services Inc.
3701 Progress Drive
South Bend, IN  46619-0906

Ferrellgas
1026 Mercer Road
Franklin, PA  16323

McCormick Coffee Company
Attn: A. Franz
1341 Liberty Street
Erie, PA  16512

Unifirst Corporation
Attn: Debbie
18999 Park Avenue Plaza
Meadville, PA  16335

White Fire Extinguisher Inc.
Attn: Janet
217 Line Road
Mercer, PA  16137

Norfolk Southern
Miscellaneous Billing
110 Franklin Road
Roanoke, VA  24042

Cintas Corporation #121
Attn: Billing Department
6341 Thompson Road
Syracuse, NY  13206

CSX
500 Water Street
Jacksonville, FL  32202

Materials Handling Equipment Corp.
7433 US 30 East
Fort Wayne, IN  46803

Weeds Inc.
250 Bodley Road
Aston, PA  19014

Yellow Pages
Attn: Customer Service
PO Box 50556
Jacksonville, FL  32240-0556

Legato Software
Attn: Legal Department
2350 W. El Camino Real
Mountain View, CA  94040

Verizon Data Services Inc.
One East Telecom Pkwy-FLTDSR5A
PO Box 290152
Temple Terrace, FL  33687