IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 04 B 02221 |
| WICKES INC. | ) | (Jointly Administered) |
| a Delaware Corporation, and | ) | |
| GLC DIVISION, INC., | ) | Honorable Bruce W. Black |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtors. | ) | |

## AGREED FINAL ORDER (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL; AND (B) PROVIDING ADEQUATE PROTECTION TO THE BANK OF NEW YORK, AS SUCCESSOR INDENTURE TRUSTEE

THIS MATTER having been heard by the Court on the Motion (the "Motion")[1] of Wickes Inc. ("Wickes") and GLC Division, Inc. ("GLC" and, collectively with Wickes, the "Debtors") for an Interim and Final Order (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Liens and Providing Adequate Protection and Other Relief to the Bank of New York, as Successor Indenture Trustee (the "Indenture Trustee"); (C) Amending Certain Orders Entered by the Court Authorizing the Debtors to Sell Assets; and (D) Granting Other Relief (the "Motion"); the Court having jurisdiction over both the subject matter of and the parties to the Motion; due and adequate notice of the Motion having been provided to the parties entitled thereto; the Court having examined the Motion, being fully advised of the relevant facts and circumstances surrounding the Motion; the Committee having filed an objection to the Motion, but is willing to consent to the terms of this modified Order; and the parties being in agreement,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted solely as provided herein.

{A0075034.DOC 2}

2.  Debtors are authorized and directed to make the following deposits into the 2005 Account: (a) $40,000,000 immediately upon entry of this Order (which deposit has already been made), and (b) when received in connection with the applicable real property sale closing, any and all proceeds (net of closing costs and prorations) from the sale of the Debtors' remaining real estate, in an aggregate amount not exceed $41,754,068 on or before November 30, 2004.

3.  Subject to (a) the deposit of monies into the 2005 Account, as required by paragraph 2 hereof and (b) the continued payment to the Indenture Trustee of provisional adequate protection payments in the amount of $275,000 per month, with the next such payment being due on October 22, 2004, the Debtors are hereby authorized to use any and all cash proceeds in the estates, besides monies in the 2005 Account, including, but not limited to, the alleged Cash Collateral of the 2005 Noteholders, without further order of the Court or consent of the Indenture Trustee or the 2005 Noteholders.

4.  The Indenture Trustee and the 2005 Noteholders consent to the use of the alleged Cash Collateral as provided herein, conditioned upon the deposit of funds into the 2005 Account, as required by paragraph 2 hereof, and the continued payment to the Indenture Trustee of provisional adequate protection payments in the amount of $275,000. The Indenture Trustee and the 2005 Noteholders expressly reserve the right to seek additional adequate protection of their alleged interest in cash collateral in the future.

5.  The deposit of funds into the 2005 Account, as required by paragraph 2 hereof, and the continued payment to the Indenture Trustee of provisional adequate protection payments

---

[1] Any capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Motion.

in the amount of $275,000 shall be deemed to satisfy any and all provisions of the Sale Orders relating to the funding of the 2005 Account.

6. This Order shall be without prejudice as to all rights, defenses, claims and causes of action relating to the 2005 Notes and their asserted claims and liens or the ultimate application or disposition of funds in the 2005 Account or the interim adequate protection payments.

7. This order is a final order and, notwithstanding any provisions of the Bankruptcy Code or the Bankruptcy Rules to the contrary, shall be effective immediately.

Dated: October 14, 2004

Honorable Bruce W. Black
United States Bankruptcy Judge