## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04 B 02221 |
| | ) | |
| WICKES INC., | ) | Chapter 11 |
| | ) | The Honorable Bruce W. Black |
| | ) | |
| Debtor. | ) | |

### AGREED ORDER OF RESOLUTION OF
### MOTION OF CAROL BAKER FOR RELIEF FROM STAY

This cause coming to be heard on Carol Baker's ("Claimant") Motion for Relief from the

Stay (the "Motion"); Claimant and Wickes Inc. ("Wickes") having reached a settlement; due and

proper notice been given as necessary; and the Court being fully advised in the premises;

### IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    The Motion is hereby withdrawn with prejudice.

2.    Proof of claim no. 827 filed by Claimant and scheduled claim number s22757 are

hereby disallowed.

3.    This order is a final order and is effective immediately.

Dated: Chicago, Illinois
_____, 2005

Bruce W. Black

_____
Honorable Bruce W. Black
United States Bankruptcy Judge

~CHGO1:30596092.v1  |

Agreed as to Form and Substance:

Jonathan Wheeler, Esq.
One Penn Center
1617 JFK Blvd., Suite 1270
Philadelphia, PA 19103
(215) 568-2900

ATTORNEY FOR CAROL BAKER

David N. Missner (ARDC #01928988)
Steven J. Christenholz (ARDC #06224666)
Emily S. Gottlieb (ARDC #06272985)
DLA PIPER RUDNICK
GRAY CARY US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: 312-368-7052
Telecopy: 312-251-5879

ATTORNEYS FOR THE DEBTOR

~CHGO1:30590092.v1