UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| WICKES, INC., | ) | |
| a Delaware Corporation | ) | Case No. 04 B 02221 |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | |

ORDER APPROVING FINAL APPLICATION OF LECG, LLC FOR ALLOWANCE OF ADMINISTRATIVE
CLAIM FOR COMPENSATION FOR THE PERIOD OF
SEPTEMBER 21, 2006 THROUGH FEBRUARY 28, 2007

This matter coming to be heard on the Final Application of LECG, LLC for Allowance of Administrative Claim for Compensation for the Period of September 21, 2006 Through February 28, 2007; it appearing that the Court has jurisdiction over this matter and that notice was sufficient; and LECG having acknowledged that this final allowance is without prejudice to the rights of parties in interest to object to allowance of such fees on a final basis as part of this final fee application; it is

ORDERED that the Application in the amount of $62,264.50 of fees and $27.10 of expenses is approved; and

ORDERED that Debtors shall promptly pay the balance of the allowed fees and expenses to LECG to the extent not already paid under the interim compensation procedures in place.

Signed this ___ day of _____ 2007.

_____
Hon. Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE