# EXHIBIT A

# September 1, 2007 through September 30, 2007



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN:  MICHAEL TRAISON                                                    October 11, 2007
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500                                    **Invoice No. 979471**
DETROIT,   MI   48226

Client: 09807730                                                    Payment Due Upon Receipt

---

**Total This Invoice**                                    **$       33,050.40**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to R. Richards at (312) 876-8000

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404
Dept. 3078
Carol Stream, IL 60132-3078

WICKES COMMITTEE OF UNSECURED CREDITORS                    October 11, 2007
ATTN:  MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE                         **Invoice No. 979471**
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

---

For Professional Services Rendered through September 30, 2007:


**Matter:**          **09807730-0001**
                     **EXPENSES**


### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
|      | Document reproduction | 77.90 |
|      | *SUBTOTAL* | 77.90 |
|      | **Total Disbursements** | **$77.90** |
|      | **Total This Matter** | **$77.90** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                     October 11, 2007
Matter: 09807730-0007
Invoice No.: 979471

**Matter:**      **09807730-0007**
                 **CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/4/07 | R. Richards | 0.60 | Review research on O'Grady claims (0.4); discuss further research with Schlueter (0.2). |
| 9/4/07 | T. Schlueter | 0.30 | Review O'Grady offer letter regarding language that it does not constitute an employment agreement; conference with R. Richards regarding same. |
| 9/19/07 | R. Richards | 0.20 | Creditor call. |
| 9/25/07 | R. Richards | 0.20 | Calls with creditor. |
| **Total Hours** | | **1.30** | |
| **Fee Amount** | | | **$743.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 1.00 | $620.00 |
| T. Schlueter | $410.00 | 0.30 | $123.00 |
| **Totals** | | **1.30** | **$743.00** |

|  |  |
|---|---|
| **Total This Matter** | **$743.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    October 11, 2007
Matter: 09807730-0009
Invoice No.: 979471

**Matter:**         **09807730-0009**
                    **COURT APPEARANCES**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/19/07 | R. Richards | 1.70 | Revise orders (0.3); attend hearing (1.0); circulate orders and follow up emails (0.3); update email for Committee (0.1). |
| **Total Hours** | | **1.70** | |
| **Fee Amount** | | | **$1,054.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 1.70 | $1,054.00 |
| **Totals** | | **1.70** | **$1,054.00** |
| **Total This Matter** | | | **$1,054.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          October 11, 2007
Matter: 09807730-0019
Invoice No.: 979471

**Matter:**      **09807730-0019**
                 **LITIGATION**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/4/07 | F. Jacobson | 0.80 | Analyze settlement issues. |
| 9/4/07 | R. Richards | 0.50 | Work on hearing rescheduling (0.2); work on Travelers comments on settlement and related emails (0.3). |
| 9/5/07 | R. Richards | 0.20 | Emails with Travelers counsel re settlement agreement. |
| 9/5/07 | G. Medina | 1.60 | Drafted Notice of rescheduled hearing filed and e-serve same. (1.2); Conferred with M. Machen re 9019 motion filed and pulled Motion with exhibits. (0.4) |
| 9/5/07 | F. Jacobson | 0.50 | Email exchange re settlement issues. |
| 9/5/07 | P. Maxcy | 2.50 | Email response re inquiry effect on insurance claims (.50); review proofs of claim filed by insurers (.30); review settlement agreements and analyze potential effects on insurance claims (1.70). |
| 9/5/07 | T. Labuda | 0.70 | Review St. Paul correspondence and claims (.40); emails and conferences re same (.30). |
| 9/6/07 | P. Maxcy | 1.00 | Gather information in insurer claims (.80); phone calls with M. Fenton (.20). |
| 9/6/07 | F. Jacobson | 0.80 | Analyze remaining contested issues. |
| 9/7/07 | F. Jacobson | 0.90 | Analyze remaining claims issues. |
| 9/7/07 | G. Medina | 0.40 | Revised amended notice of motion pursuant to request from R.Richards relating to rescheduled 9019 motion hearing. |
| 9/7/07 | P. Maxcy | 5.40 | Review plan provisions re rejection of cost sharing agreement (.50); research re analysis of claims on crediting pool (2.00); research re potential claim allowance issues (2.50); review insurance proofs of claim (.40). |
| 9/9/07 | P. Maxcy | 0.70 | Emails with R. Richards re insurer claims. |
| 9/10/07 | P. Maxcy | 5.00 | Review and analyze cost sharing agreement (.50); memo to R. Richards re effect on claims (1.40); work on language re preservation of claims (.90); phone conference with insurers attorney (2.20). |
| 9/10/07 | F. Jacobson | 0.50 | Review draft order. |
| 9/10/07 | R. Richards | 0.20 | Call and e-mail regarding D and 0 settlement clarification. |
| 9/11/07 | F. Jacobson | 0.50 | Review settlement correspondence. |
| 9/11/07 | P. Maxcy | 1.60 | Review draft order re changes for insurer issues (.40); further analysis of claims (1.20). |
| 9/12/07 | M. Machen | 0.70 | Work on settlement hearing matters. |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    October 11, 2007
Matter: 09807730-0019
Invoice No.: 979471

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/12/07 | P. Maxcy | 3.00 | Gather information on St. Paul claims (1.00); revise order re St. Paul settlement (1.10); emails with G. Calhoun re changes to order (.40); review Calhoun suggestions for edits and respond (.50). |
| 9/13/07 | P. Maxcy | 0.70 | Continue conversations with G. Calhoun re settlement order (.20); make final revisions to order (.50). |
| 9/13/07 | M. Machen | 1.00 | Attend status hearing. |
| 9/14/07 | P. Maxcy | 0.20 | Follow-up re order on St. Paul claim. |
| 9/17/07 | P. Maxcy | 0.40 | Follow-up with counsel re St. Paul closing; distribute claims; gather proofs of claim from register. |
| 9/17/07 | R. Richards | 0.50 | Review changes to order and circulate same (0.2); emails re same and send further diligence materials to Shaw counsel (0.2); review and comment on agenda (0.1). |
| 9/17/07 | F. Jacobson | 0.80 | Email exchange regarding settlement documents. |
| 9/19/07 | F. Jacobson | 0.40 | Review settlement order. |
| **Total Hours** | | **31.50** | |
| **Fee Amount** | | | **$18,393.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| F. Jacobson | $795.00 | 5.20 | $4,134.00 |
| T. Labuda | $640.00 | 0.70 | $448.00 |
| M. Machen | $530.00 | 1.70 | $901.00 |
| P. Maxcy | $565.00 | 20.50 | $11,582.50 |
| R. Richards | $620.00 | 1.40 | $868.00 |
| G. Medina | $230.00 | 2.00 | $460.00 |
| **Totals** | | **31.50** | **$18,393.50** |
| **Total This Matter** | | | **$18,393.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                           October 11, 2007
Matter: 09807730-0021
Invoice No.: 979471

**Matter:**       **09807730-0021**
                  **REORGANIZATION PLAN**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/28/07 | M. Machen | 1.50 | Research re 524(g) and analyze applicability of discharge thereunder to liquidating plan. |
| 9/4/07 | R. Richards | 0.50 | Work on tax changes (0.2); emails and forms re solicitation instructions and procedures (0.3). |
| 9/5/07 | M. Machen | 0.50 | Address insurer claim issues. |
| 9/7/07 | R. Richards | 0.10 | Emails re plan trustee. |
| 9/10/07 | R. Richards | 0.20 | E-mails regarding plan issues. |
| 9/12/07 | R. Richards | 0.50 | Review revised solicitation procedures motion and order (0.4); e-mails regarding liquidating trustee retention terms (0.1). |
| 9/14/07 | R. Richards | 0.10 | E-mails regarding tax issues in plan. |
| 9/18/07 | R. Richards | 0.50 | Review tax emails (0.2); review HSBC comments on solicitation procedures (0.2); call with Jim Wilson (0.1). |
| 9/26/07 | R. Richards | 0.20 | Call from creditor re plan notice. |
| **Total Hours** | | **4.10** | |
| **Fee Amount** | | | **$2,362.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Machen | $530.00 | 2.00 | $1,060.00 |
| R. Richards | $620.00 | 2.10 | $1,302.00 |
| **Totals** | | **4.10** | **$2,362.00** |
| **Total This Matter** | | | **$2,362.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          October 11, 2007
Matter: 09807730-0023
Invoice No.: 979471

**Matter:**      **09807730-0023**
                 **RETENTION/FEE MATTERS (SNR)**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/31/07 | D. Pina | 2.30 | Review invoice for the month of July (.3); analysis of payment history and revise summary of same (.7); review and revise monthly fee statement (.9); prepare exhibits to same (.4). |
| 9/4/07 | D. Pina | 1.60 | Review 10th Interim Fee Application and 41st, 42nd, and 43rd monthly fee statements and begin preparation of 11th Interim fee application. |
| 9/7/07 | D. Pina | 4.60 | Continue analysis of 41st, 42nd and 43rd monthly fee statements and begin drafting and revising summaries of fees by professional and by matter (1.9); review billing and payment history and update summary of monthly statements (.9); review docket and update summary of interim fee applications (.7); review and revise draft of 11th interim fee application (1.1). |
| 9/10/07 | D. Pina | 4.30 | Review 41st, 42nd, and 43rd monthly fee statements and revise summary of fees by professional (1.7); revise summary of fees by matter (.8); revise summary of expenses (.3); revise summary of monthly fee statements (.3); revise draft of 11th interim application (1.2). |
| 9/11/07 | D. Pina | 3.30 | Continue review of 41st, 42nd, and 43rd monthly fee statements and further revise summary of fees by professional (1.0); revise summary of fees by matter (.4); revise summary of expenses (.1); revise draft of 11th interim application (1.8). |
| 9/12/07 | D. Pina | 3.00 | Review invoices for 11th interim fee period and work on revisions to description of services rendered during period (2.5); review invoice for August and draft 44th monthly fee statement (.5). |
| 9/13/07 | D. Pina | 1.10 | Revise 44th monthly statement (.5); file and serve papers (.2); work on incorporating fees and expenses for the 44th fee statement into the 11th interim fee application (.4). |
| 9/14/07 | D. Pina | 2.60 | Continue to incorporate fees and costs for 44th monthly statement into 11th interim fee application; work on further revisions to 11th interim fee application. |
| 9/17/07 | D. Pina | 2.40 | Work on revisions to 11th Interim Fee Application (1.3); review and revise 44th monthly statement (.4);  file and serve 44th monthly (.7). |
| 9/19/07 | D. Pina | 1.80 | Work on 11th interim fee application revisions and summary revisions. |
| 9/20/07 | D. Pina | 1.60 | Revise summaries attached to 11th interim fee application and forward same with exhibits for review and approval by R. Richards. |
| 9/21/07 | D. Pina | 1.00 | Finalize exhibits to 11th Interim fee application and prepare for filing. |

WICKES COMMITTEE OF UNSECURED CREDITORS                         October 11, 2007
Matter: 09807730-0023
Invoice No.: 979471

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 9/25/07 | D. Pina | 0.40 | Revise Exhibit A to fee application. |
| 9/26/07 | D. Pina | 4.20 | Review orders and case management procedures (.7); draft order regarding 11th Interim fee application (.3); review and finalize exhibits to fee application (2.0);  review and revise 11th interim fee application (.6); review and finalize summary statement (.4); file papers electronically and arrange for service (.2). |
| 9/26/07 | R. Richards | 0.40 | Review and revise SNR 11th quarterly fee application. |
| **Total Hours** | | **34.60** | |
| **Fee Amount** | | | **$8,114.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Richards | $620.00 | 0.40 | $248.00 |
| D. Pina | $230.00 | 34.20 | $7,866.00 |
| **Totals** | | **34.60** | **$8,114.00** |
| **Total This Matter** | | | **$8,114.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                          October 11, 2007
Matter: 09807730-0026
Invoice No.: 979471

**Matter:        09807730-0026**
**               TAX MATTERS**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 9/1/07 | T. Santoli | 1.30 | Email to R.Richards re: disclosure statement and liquidating trust agreement; review of same; research re: allocation of trust income. |
| 9/12/07 | T. Santoli | 0.80 | Review of file and discussion with other tax counsel (S. Swibel of Schwartz Cooper). |
| 9/13/07 | T. Santoli | 0.10 | Email to B.Richards re: status of tax issues. |
| 9/14/07 | T. Santoli | 1.00 | Review of tax comments to disclosure statement by S. Swibel; revisions to same; review of T.Santoli comments to disclosure statement to Plan. |
| 9/18/07 | T. Santoli | 0.40 | Review of notes; voicemail to S.Swibel. |
| 9/19/07 | T. Santoli | 0.20 | Review of notes; call to S.Swibel; email to R.Richards re: update. |
| 9/20/07 | T. Santoli | 0.60 | Review of file; discussion with S.Swibel re: tax issues relation to the bankruptcy; email to R.Richards re: update. |
| **Total Hours** | | **4.40** | |
| **Fee Amount** | | | **$2,244.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Santoli | $510.00 | 4.40 | $2,244.00 |
| **Totals** | | **4.40** | **$2,244.00** |

**Total This Matter**                                             **$2,244.00**

WICKES COMMITTEE OF UNSECURED CREDITORS                                    October 11, 2007
Matter: 09807730-0029
Invoice No.: 979471

**Matter:**        **09807730-0029**
                   **AVOIDANCE ACTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 9/27/07 | R. Richards | 0.10 | Email with Reibman re preference settlement discussions. |
| **Total Hours** | | **0.10** | |
| **Fee Amount** | | | **$62.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | <u>0.10</u> | <u>$62.00</u> |
| **Totals** | | **0.10** | **$62.00** |
| | **Total This Matter** | | **$62.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    October 11, 2007
Invoice #: 979471

### COMBINED TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| F. Jacobson | $795.00 | 5.20 | $4,134.00 |
| T. Labuda | $640.00 | 0.70 | $448.00 |
| M. Machen | $530.00 | 3.70 | $1,961.00 |
| P. Maxcy | $565.00 | 20.50 | $11,582.50 |
| R. Richards | $620.00 | 6.70 | $4,154.00 |
| T. Santoli | $510.00 | 4.40 | $2,244.00 |
| T. Schlueter | $410.00 | 0.30 | $123.00 |
| D. Pina | $230.00 | 34.20 | $7,866.00 |
| G. Medina | $230.00 | 2.00 | $460.00 |
| **TOTALS** | | **77.70** | **$32,972.50** |

### COMBINED TOTALS

| | | |
|---|---|---|
| **Total Hours** | | **77.70** |
| **Fee Total, all Matters** | $ | **32,972.50** |
| **Disbursement Total, all Matters** | $ | **77.90** |
| **Invoice Total, all Matters** | $ | **33,050.40** |

# October 1, 2007 through
# October 31, 2007

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN:  MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

November 14, 2007

**Invoice No. 991933**

Client: 09807730

---

**Total This Invoice**                           $        **25,147.81**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to R. Richards at (312) 876-8000

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404
Dept. 3078
Carol Stream, IL 60132-3078

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN:  MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

November 14, 2007

**Invoice No. 991933**

For Professional Services Rendered through October 31, 2007:

**Matter:**      **09807730-0001**
                 **EXPENSES**

### DISBURSEMENT DETAIL

| <u>Date</u> | <u>Description</u> | | <u>Amount</u> |
|---|---|---|---|
| 8/16/2007 | Delivery Delivery - HARRISON ST | CHICAGO MESSENGER to MAIN PO 433 W | 123.20 |
| 8/16/2007 | Delivery Delivery - HARRISON ST | CHICAGO MESSENGER to MAIN PO 433 W | 123.20 |
| 8/16/2007 | Reversing Batch #280442 - Chicago Messenger | | (123.20) |
| | | *SUBTOTAL* | 123.20 |
| | Document reproduction | | 31.50 |
| | | *SUBTOTAL* | 31.50 |
| 8/21/2007 | Ground Transportation Delivery - CONCORD to E 60 ST #375290 CAR FOR D.CHAPMAN | | 54.32 |
| | | *SUBTOTAL* | 54.32 |
| 10/16/2007 | Miscellaneous Hard - - AUDIO CONFERENCE | SOUNDPATH CONFERENCING SERVICES, LLC | 10.79 |
| | | *SUBTOTAL* | 10.79 |
| **Total Disbursements** | | | **$219.81** |
| | **Total This Matter** | | **$219.81** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0007
Invoice No.: 991933

**Matter:**        **09807730-0007**
                   **CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/1/07 | R. Richards | 0.50 | Review Tim White claim and emails re same. |
| 10/17/07 | T. Schlueter | 0.50 | Update research on employee-contract formation; correspondence with R. Richards regarding same. |
| 10/18/07 | T. Schlueter | 3.80 | Research likelihood employees need a valid contract of employment. |
| 10/19/07 | T. Schlueter | 3.60 | Research issue of whether employment contract is enforceable based on offer letters and resignation; draft memorandum to R. Richards regarding same; correspondence with R. Richards regarding same. |
| 10/19/07 | R. Richards | 0.30 | Review draft of memo on O'Grady claim (0.2); and discuss same with Schlueter (0.1). |
| 10/26/07 | R. Richards | 0.20 | Review and forward O'grady claim analysis memo with recommendation. |

**Total Hours**                        **8.90**
**Fee Amount**                                                                    **$3,859.00**


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 1.00 | $620.00 |
| T. Schlueter | $410.00 | 7.90 | $3,239.00 |
| **Totals** | | **8.90** | **$3,859.00** |

|  | | | |
|-----------|------|-------|------|
| **Total This Matter** | | | **$3,859.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0009
Invoice No.: 991933

**Matter:**          **09807730-0009**
                     **COURT APPEARANCES**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/17/07 | R. Richards | 1.00 | Attend court hearing. |
| **Total Hours** | | **1.00** | |
| **Fee Amount** | | | **$620.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 1.00 | $620.00 |
| **Totals** | | **1.00** | **$620.00** |
| **Total This Matter** | | | **$620.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                      November 14, 2007
Matter: 09807730-0019
Invoice No.: 991933

**Matter:**       **09807730-0019**
                  **LITIGATION**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/2/07 | R. Richards | 0.20 | Check docket (0.1); emails re closing settlement (0.1). |
| 10/2/07 | F. Jacobson | 0.60 | Review memos re closing requirements. |
| 10/3/07 | R. Richards | 0.20 | Work on D & O closing matters. |
| 10/4/07 | R. Richards | 0.40 | Review settlement re closing deliveries (0.2) and email re same (0.2). |
| 10/4/07 | F. Jacobson | 0.80 | Deal with closing matters. |
| 10/16/07 | R. Richards | 0.20 | Review form of Riverside note assignment (0.1); e-mails regarding execution of same (0.1). |
| 10/17/07 | R. Richards | 0.30 | Work on D&O settlement closing documents and logistics. |
| 10/18/07 | R. Richards | 0.80 | Finalize Adversary dismissal stip (0.2); e-mails regarding state court dismissal stip (0.2); finalize and circulate a draft of the same (0.4). |
| 10/18/07 | D. Pina | 0.80 | Review and revise Notice of Dismissal of Adversary Proceeding (.3); prepare certificate of service (.2); file and distribute (.3). |
| 10/18/07 | J. Davis | 0.20 | Review of draft dismissal papers; conference with Bob Richards regarding draft dismissal papers. |
| 10/19/07 | R. Richards | 0.20 | Work on state court dismissal stipulation. |
| 10/22/07 | R. Richards | 0.20 | Work on post settlement closing items. |
| 10/23/07 | F. Jacobson | 0.40 | Review memos regarding settlement. |
| 10/24/07 | F. Jacobson | 0.50 | Review memos regarding closing. |
| 10/25/07 | F. Jacobson | 0.80 | Review draft orders. |
| **Total Hours** | | **6.60** | |
| **Fee Amount** | | | **$4,280.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| F. Jacobson | $795.00 | 3.10 | $2,464.50 |
| R. Richards | $620.00 | 2.50 | $1,550.00 |
| J. Davis | $410.00 | 0.20 | $82.00 |
| D. Pina | $230.00 | 0.80 | $184.00 |

WICKES COMMITTEE OF UNSECURED CREDITORS                          November 14, 2007
Matter: 09807730-0019
Invoice No.: 991933

| | | |
|---|---|---|
| **Totals** | **6.60** | **$4,280.50** |
| **Total This Matter** | | **$4,280.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          November 14, 2007
Matter: 09807730-0021
Invoice No.: 991933

**Matter:**      **09807730-0021**
                 **REORGANIZATION PLAN**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/23/07 | D. Chapman | 2.50 | Analyze '40 Act issues for liquidating trust, conference with A. Perricone; review and revise memo to client. |
| 8/23/07 | A. Perricone | 2.00 | Research regarding ICA 1940 and exemptions for Liquidating Trusts; research Section 6 of ICA no action letters related thereto. |
| 8/24/07 | A. Perricone | 3.00 | E-mail to R. Richards regarding Liquidating Trust; research Section 7(a) and 7(b) of ICA regarding exemptions for liquidating entities. |
| 8/24/07 | I. McCalip | 2.30 | Conferences with T. Perricone, Research regarding Investment Company Act exemptions in connection with liquidating trusts. |
| 8/24/07 | D. Chapman | 4.20 | Work on '40 Act analysis for liquidating Trust. |
| 8/27/07 | A. Perricone | 1.00 | Obtain precedent No-action Letters regarding Liquidating Trust and forward to P. Miller. |
| 10/3/07 | R. Richards | 0.40 | Call with Calhoun re plan comments (0.2); emails re same (0.1); creditor call re plan (0.1). |
| 10/4/07 | R. Richards | 0.20 | Emails re insurer comments. |
| 10/9/07 | R. Richards | 0.50 | Analyze insurer comments on plan and reply to same. |
| 10/10/07 | R. Richards | 0.50 | Work on tax/claims trading issues (0.3); and insurer comments (0.2). |
| 10/11/07 | R. Richards | 0.30 | Review Disclosure Statement changes (0.2); e-mails with Calhoun regarding same (0.1). |
| 10/12/07 | R. Richards | 0.30 | E-mails regarding disclosure statement changes and review same. |
| 10/14/07 | R. Richards | 0.50 | Review docket (0.1) and disclosure statement revisions (0.3); e-mails to committee member and attorneys regarding same (0.1). |
| 10/16/07 | R. Richards | 0.40 | Calls with Marc Fenton regarding insurer comment status (0.2); e-mails regarding same (0.2). |
| 10/17/07 | R. Richards | 0.50 | E-mails regarding finalizing plan (0.2); first draft of committee support letter (0.3). |
| 10/18/07 | R. Richards | 0.70 | Call with Smith regarding plan package issues (0.2); calls with Pryor Cashman regarding plan support letter (0.2); revise and circulate same (0.2); creditor call regarding plan (0.1). |
| 10/19/07 | R. Richards | 0.20 | E-mails regarding finalizing solicitation package. |
| 10/22/07 | R. Richards | 0.30 | E-mails regarding confirmation prep (0.1); review open preference case status chart (0.2). |
| 10/25/07 | R. Richards | 0.20 | E-mails regarding diligence information for meeting. |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0021
Invoice No.: 991933

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/26/07 | R. Richards | 1.60 | Review preference and admin claim materials (0.5); meeting at Schwartz Cooper to prepare for confirmation (1.1). |

**Total Hours**                                    **21.60**

**Fee Amount**                                                                    **$11,810.00**


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| A. Perricone | $515.00 | 6.00 | $3,090.00 |
| D. Chapman | $550.00 | 6.70 | $3,685.00 |
| R. Richards | $620.00 | 6.60 | $4,092.00 |
| I. McCalip | $410.00 | 2.30 | $943.00 |
| **Totals** | | **21.60** | **$11,810.00** |
| **Total This Matter** | | | **$11,810.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0023
Invoice No.: 991933

**Matter:**       **09807730-0023**
                 **RETENTION/FEE MATTERS (SNR)**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/15/07 | D. Pina | 4.00 | Review invoice for September 2007 fees and costs (.3); prepare summary of fee application, summary of fees by professional, summary of fees by project category, update summary of monthly fee statements and update summary of interim fee applications (2.2); prepare 45th monthly fee statement with exhibits for approval by R. Richards (.7); review history of interim fee requests and related orders (.8). |
| 10/17/07 | D. Pina | 1.00 | Review order re: Sonnenschein fee application (.2);  continue analysis of history of fee applications and related orders (.8). |
| 10/18/07 | D. Pina | 1.30 | Review and revise 45th monthly fee statement (.4);  file and serve papers (.9). |
| 10/18/07 | R. Richards | 0.20 | Finalize LECG fee app. |
| **Total Hours** | | **6.50** | |
| **Fee Amount** | | | **$1,573.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Richards | $620.00 | 0.20 | $124.00 |
| D. Pina | $230.00 | 6.30 | $1,449.00 |
| **Totals** | | **6.50** | **$1,573.00** |

**Total This Matter**                                                        **$1,573.00**

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0024
Invoice No.: 991933

**Matter:**        **09807730-0024**
                   **RETENTION/FEE MATTERS/OBJECTIONS (OTHERS)**

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 10/17/07 | D. Pina | 0.70 | Assist R. Richards with proposed orders re: fee applications (.2); review orders entered by the Court regarding approved fees and expenses for Committee's professionals (.5). |
| 10/19/07 | D. Pina | 1.30 | Review LECG fee application and prepare same with exhibits for filing (1.0); file papers with the Court and serve by mail (0.3). |
| 10/22/07 | R. Richards | 0.30 | Review and comment on appraiser retention application materials. |
| **Total Hours** | | **2.30** | |
| **Fee Amount** | | | **$646.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Richards | $620.00 | 0.30 | $186.00 |
| D. Pina | $230.00 | 2.00 | $460.00 |
| **Totals** | | **2.30** | **$646.00** |
| **Total This Matter** | | | **$646.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                November 14, 2007
Matter: 09807730-0026
Invoice No.: 991933

**Matter:**      **09807730-0026**
              **TAX MATTERS**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/10/07 | T. Santoli | 0.40 | Review of notes and email from R.Richards re: Code Section 382. |
| 10/11/07 | T. Santoli | 0.50 | Review of notes; discussion with P.Housey re: tax effect of claims trading; review of Code Section 382. |
| 10/12/07 | M. Teitelbaum | 0.30 | Questions from T.Santoli re: Section 382 question from R.Richards. |
| 10/12/07 | T. Santoli | 2.50 | Discussion with S.Swibel re: potential Code Section 382 issue; review of notes of Code Section 382;discussion with M.Teitelbaum re: same. |
| 10/14/07 | T. Santoli | 0.10 | Email to R.Richards re: Code Section 382 issue. |
| 10/17/07 | T. Santoli | 0.10 | Discussion with B. Richards regarding claims trading. |
| **Total Hours** | | **3.90** | |
| **Fee Amount** | | | **$2,077.50** |

### TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| M. Teitelbaum | $805.00 | 0.30 | $241.50 |
| T. Santoli | $510.00 | <u>3.60</u> | <u>$1,836.00</u> |
| **Totals** | | **3.90** | **$2,077.50** |
| **Total This Matter** | | | **$2,077.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    November 14, 2007
Matter: 09807730-0029
Invoice No.: 991933

**Matter:**        **09807730-0029**
                   **AVOIDANCE ACTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 10/3/07 | R. Richards | 0.10 | Email re preference settlements. |
| **Total Hours** | | **0.10** | |
| **Fee Amount** | | | $62.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Richards | $620.00 | 0.10 | $62.00 |
| **Totals** | | **0.10** | **$62.00** |

|  |  |
|--|--|
| **Total This Matter** | **$62.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                        November 14, 2007
Invoice #: 991933

### COMBINED TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| F. Jacobson | $795.00 | 3.10 | $2,464.50 |
| M. Teitelbaum | $805.00 | 0.30 | $241.50 |
| A. Perricone | $515.00 | 6.00 | $3,090.00 |
| D. Chapman | $550.00 | 6.70 | $3,685.00 |
| R. Richards | $620.00 | 11.70 | $7,254.00 |
| I. McCalip | $410.00 | 2.30 | $943.00 |
| J. Davis | $410.00 | 0.20 | $82.00 |
| T. Santoli | $510.00 | 3.60 | $1,836.00 |
| T. Schlueter | $410.00 | 7.90 | $3,239.00 |
| D. Pina | $230.00 | 9.10 | $2,093.00 |
| **TOTALS** | | **50.90** | **$24,928.00** |

### COMBINED TOTALS

| | | |
|---|---|---|
| **Total Hours** | | **50.90** |
| **Fee Total, all Matters** | $ | **24,928.00** |
| **Disbursement Total, all Matters** | $ | **219.81** |
| **Invoice Total, all Matters** | $ | **25,147.81** |

# November 1, 2007 through November 30, 2007

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN: MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT, MI 48226

January 17, 2008

**Invoice No. 1003739**

Client: 09807730

PAYMENT DUE WITHIN 10 DAYS

---

**Total This Invoice**                                   $          13,471.60

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to R. Richards at (312) 876-8000

*Federal Tax I.D. Number 36-1796730*

*Brussels  Charlotte  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  West Palm Beach*


## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404
Dept. 3078
Carol Stream, IL 60132-3078

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN: MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

January 17, 2008

**Invoice No. 1003739**

For Professional Services Rendered through November 30, 2007:

**Matter:**     **09807730-0001**
            **EXPENSES**

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 39.60 |
| | | *SUBTOTAL* | 39.60 |
| | **Total Disbursements** | | **$39.60** |
| | **Total This Matter** | | **$39.60** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Matter: 09807730-0004
Invoice No.: 1003739

**Matter:**        **09807730-0004**
                   **AUTOMATIC STAY RELIEF (STAY ACTIONS)**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/6/07 | R. Richards | 0.10 | E-mail regarding new suit. |
| **Total Hours** | | **0.10** | |
| **Fee Amount** | | | **$62.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 0.10 | $62.00 |
| **Totals** | | **0.10** | **$62.00** |
| **Total This Matter** | | | **$62.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                      January 17, 2008
Matter: 09807730-0006
Invoice No.: 1003739

**Matter:**       **09807730-0006**
                  **CASE ADMINISTRATION**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 11/16/07 | R. Richards | 0.20 | Work on potential additional recovery. |
| **Total Hours** | | **0.20** | |
| **Fee Amount** | | | **$124.00** |

### TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| R. Richards | $620.00 | <u>0.20</u> | <u>$124.00</u> |
| **Totals** | | **0.20** | **$124.00** |
| **Total This Matter** | | | **$124.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Matter: 09807730-0007
Invoice No.: 1003739

**Matter:**          **09807730-0007**
                     **CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/1/07 | R. Richards | 0.40 | Draft settlement offer on O'Grady claim (0.3); discuss same with Jim Wilson (0.1). |
| 11/5/07 | R. Richards | 0.20 | Work on O'Grady claim settlement discussions. |
| 11/5/07 | T. Schlueter | 0.50 | Review correspondence regarding negotiation of O'Grady claim; re-review memo and analyze same; discuss same with R. Richards. |
| 11/6/07 | R. Richards | 0.20 | Work on counteroffer on O'Grady claim. |
| 11/7/07 | R. Richards | 0.10 | Call and e-mail with Wilson regarding O'Grady claim settlement. |
| 11/8/07 | R. Richards | 0.20 | Call from creditor. |
| 11/12/07 | R. Richards | 0.20 | Work on O'Grady settlement pleadings. |
| 11/13/07 | R. Richards | 2.10 | Review Sentry materials (0.3); meeting with Sentry, Bendix and Fenton at Schwartz Cooper (1.8). |
| 11/16/07 | R. Richards | 0.30 | Work on Sentry settlement proposal. |
| 11/20/07 | R. Richards | 0.10 | Work on O'Grady claims settlement. |
| 11/29/07 | R. Richards | 0.30 | E-mails regarding settlement counter from Sentry (0.2); call with Fenton regarding same (0.1). |

**Total Hours**                           **4.60**

**Fee Amount**                                                            **$2,747.00**


**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 4.10 | $2,542.00 |
| T. Schlueter | $410.00 | 0.50 | $205.00 |
| **Totals** | | **4.60** | **$2,747.00** |
| **Total This Matter** | | | **$2,747.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          January 17, 2008
Matter: 09807730-0009
Invoice No.: 1003739

**Matter:**       **09807730-0009**
                  **COURT APPEARANCES**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 11/16/07 | R. Richards | 0.30 | Review and comment on agenda (0.2); work on LECG notice (0.1). |
| 11/19/07 | R. Richards | 0.10 | Review agenda and e-mail regarding same. |
| 11/21/07 | R. Richards | 0.90 | Attend omnibus hearing. |
| **Total Hours** | | **1.30** | |
| **Fee Amount** | | | **$806.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| R. Richards | $620.00 | <u>1.30</u> | <u>$806.00</u> |
| **Totals** | | **1.30** | **$806.00** |
| **Total This Matter** | | | **$806.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          January 17, 2008
Matter: 09807730-0019
Invoice No.: 1003739

**Matter:**     **09807730-0019**
             **LITIGATION**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/12/07 | F. Jacobson | 0.80 | Study settlement structure. |
| 11/13/07 | F. Jacobson | 1.20 | Review settlement terms. |
| 11/15/07 | F. Jacobson | 0.90 | Analyze preference resolutions. |
| **Total Hours** | | **2.90** | |
| **Fee Amount** | | | **$2,305.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| F. Jacobson | $795.00 | 2.90 | $2,305.50 |
| **Totals** | | **2.90** | **$2,305.50** |
| | | | |
| **Total This Matter** | | | **$2,305.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                January 17, 2008
Matter: 09807730-0021
Invoice No.: 1003739

**Matter:**       **09807730-0021**
                  **REORGANIZATION PLAN**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/1/07 | F. Jacobson | 0.90 | Review plan status. |
| 11/6/07 | F. Jacobson | 0.60 | Phone call with Traison regarding distributions. |
| 11/8/07 | F. Jacobson | 0.90 | Analyze changes in claims settlement. |
| 11/14/07 | R. Richards | 0.60 | Review Class 4 report and e-mails regarding same (0.3); review insurer comments and e-mails regarding same (0.3). |
| 11/15/07 | R. Richards | 0.40 | Meet with Labuda regarding asbestos provisions (0.2); e-mails regarding comments on insurer language (0.2). |
| 11/19/07 | R. Richards | 0.30 | Call from Downs (0.1); revise and circulate plan provision (0.2). |
| 11/19/07 | F. Jacobson | 0.70 | Review settlement proposals. |
| 11/20/07 | F. Jacobson | 0.80 | Comment on settlement documents. |
| 11/26/07 | R. Richards | 0.20 | E-mails regarding possible objection to confirmation. |
| 11/27/07 | R. Richards | 0.20 | Work on Phelps affidavit. |
| 11/28/07 | R. Richards | 0.60 | Review revised Phelps affidavit (0.2); review balloting report (0.2); review and comment on revised confirmation order (0.2). |
| 11/29/07 | R. Richards | 0.10 | E-mail BMC regarding ballot report question. |
| **Total Hours** | | **6.30** | |
| **Fee Amount** | | | **$4,588.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| F. Jacobson | $795.00 | 3.90 | $3,100.50 |
| R. Richards | $620.00 | 2.40 | $1,488.00 |
| **Totals** | | **6.30** | **$4,588.50** |

|  | **Total This Matter** | | **$4,588.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Matter: 09807730-0023
Invoice No.: 1003739

**Matter:**       **09807730-0023**
                  **RETENTION/FEE MATTERS (SNR)**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/19/07 | R. Richards | 0.20 | Review and comment on monthly fee app. |
| 11/20/07 | D. Pina | 1.00 | Reviewed, revised, filed and served 46th monthly fee statement of SNR. |
| **Total Hours** | | **1.20** | |
| **Fee Amount** | | | **$354.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 0.20 | $124.00 |
| D. Pina | $230.00 | 1.00 | $230.00 |
| **Totals** | | **1.20** | **$354.00** |

| | |
|---|---|
| **Total This Matter** | **$354.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                       January 17, 2008
Matter: 09807730-0024
Invoice No.: 1003739

**Matter:**      **09807730-0024**
                **RETENTION/FEE MATTERS/OBJECTIONS (OTHERS)**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/14/07 | R. Richards | 0.50 | Review monthly fees for Debtors (0.4); call with Hirsh regarding fee for McGladrey (0.1). |
| 11/16/07 | D. Pina | 0.90 | Prepare notice of LECG Final Fee Application and prepare for filing and service. |
| 11/19/07 | D. Pina | 2.50 | Notice of LECG final fee application (.5); review invoice and prepare 46th monthly fee statement (1.7); review prior monthly fee statements and revise summary of monthly statements (.3). |
| **Total Hours** | | **3.90** | |
| **Fee Amount** | | | **$1,092.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 0.50 | $310.00 |
| D. Pina | $230.00 | 3.40 | $782.00 |
| **Totals** | | **3.90** | **$1,092.00** |
| **Total This Matter** | | | **$1,092.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                      January 17, 2008
Matter: 09807730-0029
Invoice No.: 1003739

**Matter:**   **09807730-0029**
             **AVOIDANCE ACTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/12/07 | M. Machen | 0.20 | Call with Robert Richards and B. Audette to discuss status of preference cases. |
| 11/12/07 | R. Richards | 0.20 | Call with Audette regarding Milliken adversary. |
| 11/27/07 | M. Machen | 1.30 | Attend status hearing regarding Milliken Millwork; follow-up with debtor's counsel regarding draft pretrial order. |
| 11/28/07 | R. Richards | 0.20 | Calls and e-mails regarding potential recharacterization action settlement. |
| **Total Hours** | | **1.90** | |
| **Fee Amount** | | | **$1,043.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Machen | $530.00 | 1.50 | $795.00 |
| R. Richards | $620.00 | 0.40 | $248.00 |
| **Totals** | | **1.90** | **$1,043.00** |
| **Total This Matter** | | | **$1,043.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Matter: 09807730-0030
Invoice No.: 1003739

**Matter:**        **09807730-0030**
                   **COMMITTEE MATTERS**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/14/07 | R. Richards | 0.50 | Compose and send update e-mail to committee; including on settlement proposal (0.4); review reply regarding same (0.1). |
| **Total Hours** | | **0.50** | |
| **Fee Amount** | | | $310.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Richards | $620.00 | 0.50 | $310.00 |
| **Totals** | | **0.50** | **$310.00** |
| **Total This Matter** | | | **$310.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Invoice #: 1003739

### COMBINED TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| F. Jacobson | $795.00 | 6.80 | $5,406.00 |
| M. Machen | $530.00 | 1.50 | $795.00 |
| R. Richards | $620.00 | 9.70 | $6,014.00 |
| T. Schlueter | $410.00 | 0.50 | $205.00 |
| D. Pina | $230.00 | 4.40 | $1,012.00 |
| **TOTALS** | | **22.90** | **$13,432.00** |

### COMBINED TOTALS

| | | |
|---|---|---|
| **Total Hours** | | **22.90** |
| **Fee Total, all Matters** | $ | **13,432.00** |
| **Disbursement Total, all Matters** | $ | **39.60** |
| **Invoice Total, all Matters** | $ | **13,471.60** |

# December 1, 2007 through December 17, 2007

# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN: MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

January 17, 2008

**Invoice No. 1003745**

Client: 09807730

PAYMENT DUE WITHIN 10 DAYS

---

**Total This Invoice**                          $      **26,854.50**


**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*


Questions relating to this invoice should be directed to R. Richards at (312) 876-8000

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404
Dept. 3078
Carol Stream, IL 60132-3078

WICKES COMMITTEE OF UNSECURED CREDITORS
ATTN:  MICHAEL TRAISON
MILLER CANFIELD, PADDOCK AND STONE
150 W. JEFFERSON, SUITE 2500
DETROIT,   MI   48226

January 17, 2008

**Invoice No. 1003745**

For Professional Services Rendered through December 17, 2007:

**Matter:**        **09807730-0001**
                   **EXPENSES**

<u>**DISBURSEMENT DETAIL**</u>

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| | Document reproduction | 145.00 |
| | *SUBTOTAL* | 145.00 |
| | **Total Disbursements** | **$145.00** |
| | **Total This Matter** | **$145.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                January 17, 2008
Matter: 09807730-0007
Invoice No.: 1003745

**Matter:**         **09807730-0007**
                    **CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/4/07 | R. Richards | 1.10 | Draft O'Grady settlement motion (0.8) and order (0.2); emails with Jim Wilson re same (0.1). |
| 12/5/07 | R. Richards | 0.10 | Emails re possible settlement with Sentry. |
| **Total Hours** | | **1.20** | |
| **Fee Amount** | | | **$744.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 1.20 | $744.00 |
| **Totals** | | **1.20** | **$744.00** |

|  | | | |
|---|---|---|---|
| **Total This Matter** | | | **$744.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                          January 17, 2008
Matter: 09807730-0011
Invoice No.: 1003745

**Matter:**          **09807730-0011**
                     **CREDITOR MEETINGS/COMMITTEES**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/17/07 | R. Richards | 0.20 | Call with Committee member re distribution. |
| **Total Hours** | | **0.20** | |
| **Fee Amount** | | | $124.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 0.20 | $124.00 |
| **Totals** | | **0.20** | **$124.00** |
| **Total This Matter** | | | **$124.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                          January 17, 2008
Matter: 09807730-0019
Invoice No.: 1003745

**Matter:**       **09807730-0019**
                  **LITIGATION**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/4/07 | D. Pina | 2.00 | Review and prepare motion for approval of 9019 settlement for electronic service (.3); prepare notice of motion (.3); file papers electronically (.6); effect service of papers (.8). |
| **Total Hours** | | **2.00** | |
| **Fee Amount** | | | **$460.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| D. Pina | $230.00 | 2.00 | $460.00 |
| **Totals** | | **2.00** | **$460.00** |

| | | |
|---|---|---|
| **Total This Matter** | | **$460.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Matter: 09807730-0021
Invoice No.: 1003745

**Matter:**      **09807730-0021**
                 **REORGANIZATION PLAN**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/3/07 | R. Richards | 1.10 | Review revised drafts of plan (0.5); emails re same (0.2); call with Anderson (0.1) and Fenton (0.1); review revised Phelps declaration (0.2). |
| 12/4/07 | R. Richards | 0.20 | Emails re comments on plan. |
| 12/4/07 | F. Jacobson | 0.60 | Analyze objections to plan. |
| 12/5/07 | R. Richards | 1.30 | Review final balloting report (0.3); review two objections (0.3) and docket (0.2); email summary to Committee (0.3); work on analysis of response to objections (0.2). |
| 12/6/07 | O. Pinkas | 0.20 | Reviewed Emers' confirmation objection. |
| 12/7/07 | O. Pinkas | 11.40 | Researched and compiled summary of research on issues relating to Committee/Debtor joint reply. |
| 12/7/07 | R. Richards | 0.10 | Discuss objection response research with Pinkas. |
| 12/10/07 | R. Richards | 3.40 | Review Pinkas research and cases for reply to Emers (1.6); draft reply to confirmation objection (1.3); emails with BMC re any Emers ballot (0.1); call with Fenton and Sentry counsel re Emers (0.2); call with Peg Anderson re possible Emers settlement (0.1); emails re same (0.1). |
| 12/10/07 | O. Pinkas | 1.20 | Researched immaterial modification issue. |
| 12/10/07 | F. Jacobson | 0.80 | Analyze plan objections. |
| 12/11/07 | P. Maxcy | 3.20 | Review and comment on confirmation brief (1.50); review case law and legal issues in connection with confirmation objection (1.70). |
| 12/11/07 | O. Pinkas | 2.20 | Researched standing and classification issues. |
| 12/11/07 | O. Pinkas | 3.00 | Drafted and edited reply to Emers' objection to confirmation. |
| 12/11/07 | R. Richards | 5.10 | Review additional cases (1.9); revise confirmation reply (1.5); review further comments (0.2); review separate classification plans (0.5); finalize objection (1.0). |
| 12/12/07 | R. Richards | 7.80 | Prepare outline of caselaw argument (1.4); review additional cases (0.7); call with Calhoun re final plan change (0.2); review final confirmation order changes (0.2); revised reply (0.2); negotiations with Emers and Sentry (0.5); preparation for hearing at DLA Piper (1.7); further negotiations with Emers (0.8); attend hearing (1.6); update Committee (0.2); review revised Emers stipulation (0.2); emails re same (0.1). |
| 12/12/07 | G. Medina | 1.20 | Worked with R. Richards in Filing Joint Response of the Creditors Committee and the Debtor (0.6); T/c with R. Richards re same (0.1); Filed and Served Objection (0.5) |

WICKES COMMITTEE OF UNSECURED CREDITORS                                      January 17, 2008
Matter: 09807730-0021
Invoice No.: 1003745

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/12/07 | F. Jacobson | 1.10 | Conference with R. Richards re confirmation issues (0.3); analyze objection responses (0.8). |
| 12/13/07 | F. Jacobson | 0.90 | Confirmation issues. |
| 12/13/07 | R. Richards | 0.30 | Calls with Anderson (0.1) and Fenton/Vogt (0.2) re Emers stipulation. |
| 12/14/07 | F. Jacobson | 1.30 | Analyze trust. |
| 12/17/07 | P. Housey | 0.20 | Conference with R.Richards and T.Santoli re: Form W-9. |
| 12/17/07 | F. Jacobson | 1.20 | Final liquidity trustee agreement review. |
| 12/17/07 | R. Richards | 1.50 | Emails re Emers stipulation (0.3); calls with Fenton re same (0.2); calls with Fenton re W-9 forms (0.2); review effective date requirements (0.2); finalize and send liquidating trust agreement (0.6). |
| 12/17/07 | T. Santoli | 0.80 | Review of liquidating trust agreement; forward Form W-9 to R.Richards; discussions with P.Housey re: same. |

**Total Hours**                              **50.10**

**Fee Amount**                                                                    **$25,257.50**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| F. Jacobson | $795.00 | 5.90 | $4,690.50 |
| P. Housey | $695.00 | 0.20 | $139.00 |
| P. Maxcy | $565.00 | 3.20 | $1,808.00 |
| R. Richards | $620.00 | 20.80 | $12,896.00 |
| O. Pinkas | $280.00 | 18.00 | $5,040.00 |
| T. Santoli | $510.00 | 0.80 | $408.00 |
| G. Medina | $230.00 | 1.20 | $276.00 |
| **Totals** | | **50.10** | **$25,257.50** |
| **Total This Matter** | | | **$25,257.50** |

WICKES COMMITTEE OF UNSECURED CREDITORS                          January 17, 2008
Matter: 09807730-0029
Invoice No.: 1003745

**Matter:**      **09807730-0029**
                 **AVOIDANCE ACTIONS**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/10/07 | R. Richards | 0.20 | Review and comment on Portfolio settlement. |
| **Total Hours** | | **0.20** | |
| **Fee Amount** | | | **$124.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Richards | $620.00 | 0.20 | $124.00 |
| **Totals** | | **0.20** | **$124.00** |
| | **Total This Matter** | | **$124.00** |

WICKES COMMITTEE OF UNSECURED CREDITORS                                    January 17, 2008
Invoice #: 1003745

### COMBINED TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| F. Jacobson | $795.00 | 5.90 | $4,690.50 |
| P. Housey | $695.00 | 0.20 | $139.00 |
| P. Maxcy | $565.00 | 3.20 | $1,808.00 |
| R. Richards | $620.00 | 22.40 | $13,888.00 |
| O. Pinkas | $280.00 | 18.00 | $5,040.00 |
| T. Santoli | $510.00 | 0.80 | $408.00 |
| D. Pina | $230.00 | 2.00 | $460.00 |
| G. Medina | $230.00 | 1.20 | $276.00 |
| **TOTALS** | | **53.70** | **$26,709.50** |

### COMBINED TOTALS

| | | |
|---|---|---|
| **Total Hours** | | 53.70 |
| **Fee Total, all Matters** | $ | 26,709.50 |
| **Disbursement Total, all Matters** | $ | 145.00 |
| **Invoice Total, all Matters** | *$* | *26,854.50* |