# EXHIBIT A-1

 **DLA PIPER**

D. Missner
Page: 3

Wickes, Inc.

February 19, 2008

Matter # 311240-000006
Invoice # 2116515

**Matter:**   ***Case Administration***

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/04/07 | Assemble exhibits and application for filing (1.0); draft certificate of service (.2); coordinate filing of application to employ TLP (.3); conference with Deborah Gutfeld re: filing of same (.2). | Taylor, Nina H. | 1.70 |
| 09/06/07 | Call to clerk re: docket entries. | Taylor, Nina H. | 0.30 |
| 09/10/07 | Draft agenda. | Taylor, Nina H. | 0.70 |
| 09/11/07 | Review docket (.3); update agenda (.3). | Taylor, Nina H. | 0.60 |
| 09/12/07 | Revise agenda (.3); conference with Marc Fenton re: same (.1). | Taylor, Nina H. | 0.40 |
| 09/14/07 | Review and modify Omnibus Agenda (.30); confer with N. Taylor re same (.20). | Fenton, Marc I. | 0.50 |
| 09/14/07 | Review judge's calendar (.3); review docket (.3); review list of interested parties (.2); obtain addresses for certificate of service (.2); conference with Marc Fenton (.2); draft e-mail circulating agenda (.2) review docket for specific order per Marc Fenton (.3). | Taylor, Nina H. | 1.70 |
| 09/17/07 | Review R. Richards revisions to agenda and R. Bendix comment re same (.20); review monthly operating report prior to filing (.30). | Fenton, Marc I. | 0.50 |
| 09/17/07 | Revise certificate of service (.2); revise agenda (.3); coordinate filing and service of same (.3); send e-mail re: same (.2). | Taylor, Nina H. | 1.00 |
| 09/18/07 | Draft enclosure letter for operating report (.2); draft certificate of service re: same (.2); draft and assemble orders (1.5); conference with Marc Fenton re: same (.1). | Taylor, Nina H. | 2.00 |
| 09/19/07 | Prepare for and attend Omnibus hearing. | Fenton, Marc I. | 1.30 |
| 09/19/07 | Coordinate filing and service of operating report (.1); review orders (.2) review docket (.3). | Taylor, Nina H. | 0.60 |
| 09/21/07 | Draft letters re: service of orders (1.2); review docket for additional orders (.3). | Taylor, Nina H. | 1.50 |
| 09/24/07 | Respond to various creditor requests for information | Fenton, Marc I. | 1.00 |

 **DLA PIPER**

D. Missner
Page: 4

Wickes, Inc.

February 19, 2008

Matter # 311240-000006
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | resulting from disclosure statement being circulated (.70); review Trustee request for quarterly fees and confer with N. Taylor re same (.30). | | |
| 09/24/07 | Conference with Marc Fenton re: trustee fees (.1); e-mail to trustee re: same (.2). | Taylor, Nina H. | 0.30 |
| 09/25/07 | Comply with two emails for requests re forwarding disclosure information. | Fenton, Marc I. | 0.20 |
| 09/25/07 | Assemble affidavit of service and exhibits for disclosure statement (.5); coordinate filing of same (.2). | Taylor, Nina H. | 0.70 |
| 09/27/07 | Assemble and coordinate filing of affidavits of service. | Taylor, Nina H. | 0.40 |
| 10/01/07 | Memo from D. Weidman re paying franchise fee and filing annual report (.20); review memos from R. Bendix re same (.10); respond re need to avoid claim from estate (.20); review D. Weidman memo to U.S. Trustee re payment of quarterly fee (.10). | Fenton, Marc I. | 0.60 |
| 10/02/07 | Call from creditor re questions with disclosure statement and distribution (.20); memo from R. Bendix re cost of corporate franchise fee and response from R. Richards (.20). | Fenton, Marc I. | 0.40 |
| 10/11/07 | Review monthly operating report (.30); respond to inquiry re tax information (.10); review response of D. Weidman and reply (.20); confer with R. Bendix re same (.10). | Fenton, Marc I. | 0.70 |
| 10/12/07 | Review proposed agenda for omnibus hearing (.3). | Fenton, Marc I. | 0.30 |
| 10/12/07 | Draft agenda (1.1); review docket (.2); review Judge's calendar (.3); Conference with Marc Fenton (.2); circulate same (.3). | Taylor, Nina H. | 2.10 |
| 10/15/07 | Letter from US Trustee regarding fees being current and forward to R. Bendix and R. Richards (.2). | Fenton, Marc I. | 0.20 |
| 10/15/07 | Draft certificate of service, obtain e-filing service list (.4); prepare e-mails (.3); revise agenda (.4); conferences with Marc Fenton re: filing of agenda (.2); e-mails to D. Beker and M. Smith re: agenda (.1); coordinate filing and service of agenda (.5). | Taylor, Nina H. | 1.90 |
| 10/16/07 | Confer with D. Weidman regarding investment of cash of estate (.3). | Fenton, Marc I. | 0.30 |
| 10/16/07 | Review operating report (.2); conference with Marc Fenton re: same (.2); draft enclosure letter (.2); draft and assemble | Taylor, Nina H. | 3.90 |



D. Missner
Page: 5

Wickes, Inc.

February 19, 2008

Matter # 311240-000006
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | orders (3.0); conference with Marc Fenton re: orders and agenda (.3). | | |
| 10/17/07 | Coordinate filing and service of operating report. | Taylor, Nina H. | 0.30 |
| 10/18/07 | Letter from US Trustee regarding fourth quarter fees and forward to D. Weidman (.20); memo from D. Weidman regarding timing of payment and advise US Trustee of same (.20). | Fenton, Marc I. | 0.40 |
| 10/18/07 | Obtain orders from docket (.5); draft enclosure letter re: settlement (.2); e-mail to D. Weidman re: same (.2). | Taylor, Nina H. | 0.80 |
| 10/19/07 | Conference with Marc Fenton (.2); send fee orders to D. Weidman (.3); send claim orders to BMC (.2); draft enclosure letters serving orders (1.7); review docket and obtain order re: disclosure statement (.4). | Taylor, Nina H. | 2.80 |
| 10/22/07 | Review and assemble orders from hearings (.5); coordinate service of orders (.3). | Taylor, Nina H. | 0.80 |
| 10/24/07 | File affidavits of service. | Taylor, Nina H. | 0.30 |
| 10/26/07 | Memos to/from creditor Jwatt Construction regarding need for title for return of vehicle and discuss same with D. Weidman (.8); call from creditor regarding status of funding plan (.2). | Fenton, Marc I. | 1.00 |
| 10/31/07 | Memo from D. Weidman to creditor re truck title (.10); confer with D. Weidman re same (.20); memo from creditor re receiving solicitation package and respond (.20); call from creditors re voting issues and notice (.50). | Fenton, Marc I. | 1.00 |
| 11/01/07 | Call from 2003 bondholder re distribution under plan and timing (.20); memo from D. Weidman re payment of publication invoice and review invoice and respond (.20). | Fenton, Marc I. | 0.40 |
| 11/12/07 | Begin to draft agenda. | Taylor, Nina H. | 0.60 |
| 11/13/07 | Review October monthly report. | Fenton, Marc I. | 0.30 |
| 11/13/07 | Creditor call re: ballots and allowed claims (.3); e-mail to BMC re: same (.1). | Taylor, Nina H. | 0.40 |
| 11/14/07 | Call to creditor. | Taylor, Nina H. | 0.30 |
| 11/15/07 | Review agenda for omnibus hearing (.20); confer with N. Taylor re items missing (.30); call to R. Richards re whether expert fee petition properly noticed (.20). | Fenton, Marc I. | 0.70 |
| 11/15/07 | Conferences with Marc Fenton re: agenda (.2); revise | Taylor, Nina H. | 2.00 |



D. Missner
Page: 6

Wickes, Inc.

February 19, 2008

Matter # 311240-000006
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | agenda (.3); review calendar (.4); review docket (.3); draft enclosure letter for operating report (.2); draft certificate of service re: same (.3); coordinate filing and service (.3). | | |
| 11/16/07 | Memo from R. Richards re addition to agenda (.10); discuss same with N. Taylor and instruct to confer with chambers (.20); respond to R. Richards (.10). | Fenton, Marc I. | 0.40 |
| 11/16/07 | Conference with Marc Fenton (.2); e-mails re: agenda (.2); circulate agenda (.2); call to S. Davis re: calendar (.1); draft certificate of service (.3). | Taylor, Nina H. | 1.00 |
| 11/19/07 | Finalize agenda for omnibus hearing (.20); memo from D. Weidman questioning item relating to Owens Corning (.10); confer with D. Weidman, R. Bendix, R. Nachman to resolve issue (.30); memo from R. Richards re agenda item regarding Wilson (.10). | Fenton, Marc I. | 0.70 |
| 11/19/07 | Conferences with Marc Fenton re: Agenda (.3); coordinate filing and service of Agenda (.5); e-mails re: same (.2); review docket for order (.2). | Taylor, Nina H. | 1.20 |
| 11/20/07 | Draft and assemble orders for omnibus hearing. | Taylor, Nina H. | 1.30 |
| 11/21/07 | Memo to R. Bendix and R. Richards with new omnibus dates. | Fenton, Marc I. | 0.20 |
| 11/26/07 | Send orders to BMC for service (.2); conferences with Marc Fenton re: monthly fee statements (.3); e-mails to/from M. Hirsh re: October invoice (.2). | Taylor, Nina H. | 0.70 |
| 11/28/07 | Obtain and send order to J. Miller of BMC. | Taylor, Nina H. | 0.30 |
| 11/30/07 | Conference with Marc Fenton re: case administrative order and filing of settlement motions. | Taylor, Nina H. | 0.20 |
| 12/03/07 | Memo from D. Weidman re reinstating Wickes and recording same (.10); review form and discuss with N. Taylor (.20); confer with R. Bendix re same (.10). | Fenton, Marc I. | 0.40 |
| 12/03/07 | Conferences with Marc Fenton re: affidavits of service, certificate of publication and corporate documents (.3); coordinate filing of (2) affidavits of service (.4); draft notices and certificates for affidavits of publication (.6). | Taylor, Nina H. | 1.30 |
| 12/04/07 | Conference with Marc Fenton re: filing of certificate of publication, certificate of service and ballot report. | Taylor, Nina H. | 0.20 |
| 12/05/07 | Review and brief review of documents from BMC (.2); conference with Marc Fenton re: same (.2). | Taylor, Nina H. | 0.40 |



D. Missner
Page: 7

Wickes, Inc.                                                                    February 19, 2008

Matter # 311240-000006
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 12/06/07 | Review docket for new filings for agenda (.3); begin to draft agenda and certificate of service for same (.6). | Taylor, Nina H. | 0.90 |
| 12/07/07 | Review and revise agenda for omnibus hearing (.20); confer with N. Taylor re same (.20). | Fenton, Marc I. | 0.40 |
| 12/07/07 | Review docket and calendar (.3); draft agenda (.9); conferences with Marc Fenton re: same (.3); circulate agenda (.2). | Taylor, Nina H. | 1.70 |
| 12/10/07 | Review docket (.2); revise agenda (.3); coordinate filing of agenda and certificate of service (.3); send agenda to S. Davis (.2); circulate agenda (.3). | Taylor, Nina H. | 1.30 |
| 12/11/07 | Conferences with Marc Fenton and R. Nachman re: Owens Corning (.3); draft orders (2.0); assemble same for hearing (.5). | Taylor, Nina H. | 2.80 |
| 12/12/07 | Revise order per Marc Fenton (.3); conference with J. Miller re: chart for objections (.4); draft certificate of service for monthly operating report (.3); draft enclosure letter re: same (.2); conferences with Marc Fenton re: operating report, confirmation hearing and other matters (.3); obtain form notice of plan confirmation (.2). | Taylor, Nina H. | 1.70 |
| 12/13/07 | Review of issues post-confirmation necessary to close case and company. | Fenton, Marc I. | 2.20 |
| 12/13/07 | Coordinate filing and service of monthly operating report (.2); draft letters enclosing orders (.8); Conference with Marc Fenton re: same and notice of entry of order (.2); e-mails to J. Miller enclosing orders (.2). | Taylor, Nina H. | 1.40 |

|  | **Total Hours** | **58.60** |
|--|------------------|-----------|
|  | **Total Fees** | **$17,990.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 14.10 | 550.00 | 7,755.00 |
| Taylor, Nina H. | Paralegal | 44.50 | 230.00 | 10,235.00 |

 **DLA PIPER**

D. Missner
Page: 8

Wickes, Inc.

February 19, 2008

Matter # 311240-000006
Invoice # 2116515

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| **Totals** | | **58.60** | | **17,990.00** |

**Disbursements:**

| Description | Amount |
|---|---|
| Delivery Services | 274.60 |
| Transcripts | 582.70 |
| Meals | 45.20 |
| Lexis Charges | 1,773.71 |
| Westlaw Charges | 203.96 |
| Duplicating | 160.90 |
| Mileage Allowance/Parking | 26.00 |
| Air Fare | 337.60 |
| Car Rental | 100.56 |
| Luncheon Meeting | 179.84 |

**Total Disbursements**                     **$3,685.07**

**Total Current Charges**          **$        21,675.07**

# EXHIBIT A-2



D. Missner
Page: 9

Wickes, Inc.

February 19, 2008

Matter # 311240-000007
Invoice # 2116515

*Matter:* **Claims Administration and Objections**

**Fees:**

| <u>Date</u> | <u>Description</u> | <u>Timekeeper</u> | <u>Hours</u> |
|---|---|---|---|
| 09/19/07 | Review memos to/from R. Bendix and D. Weidman re franchise fee and whether to pay and comment on effect to distribution (.30); confer with R. Bendix re same (.20). | Fenton, Marc I. | 0.50 |
| 09/20/07 | Review claims to determine objections to be filed prior to confirmation. | Fenton, Marc I. | 1.30 |
| 09/21/07 | Review claims charts to determine appropriate objection. | Fenton, Marc I. | 1.50 |
| 09/25/07 | Continued review of claims charts to determine whether further omnibus objections are needed (5.30); confer with R. Bendix re schedule to plan re late claims deemed disallowed (.20). | Fenton, Marc I. | 5.50 |
| 09/26/07 | Claim review to determine whether to file omnibus objections. | Fenton, Marc I. | 5.00 |
| 09/27/07 | Continued claim review for objection purposes. | Fenton, Marc I. | 5.80 |
| 09/28/07 | Confer with R. Bendix re claims assigned to Schwartz Cooper. | Fenton, Marc I. | 0.10 |
| 10/01/07 | Memo to R. Bendix re claims being handled by Schwartz Cooper and status (.30); memo to R. Richards re status of claims he is investigating (.30); review response and forward to J. Miller to forward claim (.20); memo from R. Richards re payments made to T. White and review memo and spreadsheet from D. Weidman re same (.30). | Fenton, Marc I. | 1.10 |
| 10/03/07 | Memo from attorney Balsey re filing proof of claim and respond with bar dates, BMC location. | Fenton, Marc I. | 0.30 |
| 10/04/07 | Query from R. Richards re tort claims filed and memo to J. Miller requesting data on same (.30); confer with J. Miller re form of report to respond to query (.20); confer with R. Bendix re tort claims (.20); memo and chart on tort claims from BMC (.30); review suggested language to plan on insurance claims from R Richards and response of insurers thereto (.30). | Fenton, Marc I. | 1.30 |
| 10/10/07 | Review to determine which claims should be objected to to prohibit receiving solicitation package so objection is timely filed. | Fenton, Marc I. | 1.50 |

 **DLA PIPER**

D. Missner
Page: 10

Wickes, Inc.

February 19, 2008

Matter # 311240-000007
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 10/11/07 | Memo from Whittemore-Dugan re claim, review schedule to see if listed. | Fenton, Marc I. | 0.40 |
| 10/15/07 | Memo from M. Smith regarding recent claims objections (.1). | Fenton, Marc I. | 0.10 |
| 10/16/07 | Call from creditor regarding status of claim and disclosure statement (.2). | Fenton, Marc I. | 0.20 |
| 10/17/07 | Memo from M. Smith regarding classification of certain claims and review chart of same (.2); respond to request (.1); confer with J. Miller regarding late claims (.2); confer with R. Bendix and R. Richards regarding finalizing claim objections (.2); confer with J. Miller regarding late claims issues (.2). | Fenton, Marc I. | 0.90 |
| 10/23/07 | Review memo from J. Miller regarding need for settlement agreements, with claim waivers and discuss with N. Saldinger (.3); review memos regarding same to J. Miller and A. Miller (.2). | Fenton, Marc I. | 0.50 |
| 10/26/07 | Review files and dockets regarding GLC matter and whether Mt. Waldo administrative claim settled (1.0); memo to D. Phelps regarding same (.3); review T. White claim and memo to J. Miller regarding allowance of same (.3). | Fenton, Marc I. | 1.60 |
| 10/31/07 | Confer with D. Weidman re payment of administrative claim to Mt. Waldo (.20); memo form D. Weidman confirming same (.10). | Fenton, Marc I. | 0.30 |
| 11/01/07 | Review memo re status of O'Grady claim settlement and objection. | Fenton, Marc I. | 0.20 |
| 11/07/07 | Review memos from R. Richards and counsel for O'Grady re settlement of O'Grady employment claim. | Fenton, Marc I. | 0.30 |
| 11/16/07 | Review memo and settlement agreement re J. O'Grady proofs of claim and respond (.80); memo from R. Richards re old collection settlement and advise re same (.40); memo from R. Bendix and D. Weidman re same (.20). | Fenton, Marc I. | 1.40 |
| 11/20/07 | Review revised settlement agreement with O'Grady re claims resolution. | Fenton, Marc I. | 0.10 |
| 11/28/07 | Review stipulation re withdrawal of claims by Citicorp (.10); confer with N. Taylor re forwarding to BMC to register (.10). | Fenton, Marc I. | 0.20 |

 **DLA PIPER**

D. Missner
Page: 11

Wickes, Inc.

February 19, 2008

Matter # 311240-000007
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/30/07 | Confer with J. Miller regarding potential administrative claim objections (.30); review various claims discussed with J. Miller regarding determination to filing objections (.80); call from R. Richards regarding filing settlement motion on O'Grady claim (.10); review procedures order for answer (.30); voice mail to Richards regarding same (.10). | Fenton, Marc I. | 1.60 |
| 12/03/07 | Review correspondence from landlord in New York re rejection claim (.20); forward for review to D. Weidman (.10); review response from D. Weidman (.10); review information from D. Phelps re property sold to Bradco (.40); letter to counsel for landlord re assignment of lease to Bradco (.30). | Fenton, Marc I. | 1.10 |
| 12/04/07 | Call from J. Miller re potential claim objections. | Fenton, Marc I. | 0.30 |
| 12/05/07 | Review motion to settle O'Grady claims (.20); memo from R. Richards re withdrawal of claims (.10); confer with counsel for Wausau Insurance re status (.30). | Fenton, Marc I. | 0.60 |
| 12/11/07 | Respond to D. Weidman re Owens Corning claims (.10); confer with N. Taylor to see if settlement entered (.10); discuss with J. Miller (.20). | Fenton, Marc I. | 0.40 |
| 12/12/07 | Meet with J. Miller and D. Weidman post court to discuss open claims and need for new spread sheet for filing objections. | Fenton, Marc I. | 0.20 |
| 12/13/07 | Review latest spread sheets from BMC to determine whether to file new claim objections. | Fenton, Marc I. | 2.80 |
| 12/17/07 | Review list of claims assigned to Argo Partners and forward to D. Weidman and J. Miller (.30); review series of emails between J. Miller and D. Weidman reconciling claims (.40); confer with J. Miller re same (.30). | Fenton, Marc I. | 1.00 |
| | **Total Hours** | | **38.10** |
| | **Total Fees** | | **$20,955.00** |



D. Missner
Page: 12

Wickes, Inc.

February 19, 2008

Matter # 311240-000007
Invoice # 2116515

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fenton, Marc I. | Of Counsel | 38.10 | 550.00 | 20,955.00 |
| **Totals** | | **38.10** | | **20,955.00** |

**Total Current Charges**   $   **20,955.00**

# EXHIBIT A-3



D. Missner
Page: 13

Wickes, Inc.

February 19, 2008

Matter # 311240-000009
Invoice # 2116515

*Matter:* **Court Appearances**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 10/17/07 | Attend disclosure hearing, fee hearing and status (1.0). | Fenton, Marc I. | 1.00 |
| 11/21/07 | Attend November omnibus hearing. | Fenton, Marc I. | 1.00 |
| | **Total Hours** | | **2.00** |
| | **Total Fees** | | **$1,100.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 2.00 | 550.00 | 1,100.00 |
| | **Totals** | **2.00** | | **1,100.00** |

**Total Current Charges**          **$          1,100.00**

# EXHIBIT A-4

 **DLA PIPER**

D. Missner
Page: 14

Wickes, Inc.

February 19, 2008

Matter # 311240-000017
Invoice # 2116515

*Matter:* **Insurance**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/04/07 | Memo form H. Vogt requesting status on Spann claim (.10); review file and respond (.70). | Fenton, Marc I. | 0.80 |
| 09/06/07 | Confer with D. Beker re claimant seeking relief from stay to pursue insurance and procedures for same (.30); call from P. Maxcie at Sonnenschein requesting Cost Sharing Agreement and review files to locate same (1.00). | Fenton, Marc I. | 1.30 |
| 09/17/07 | Review further confirmation on inspection issue re Courtyards at Quail. | Fenton, Marc I. | 0.20 |
| 09/20/07 | Memo from H. Vogt re status on Quail matter. | Fenton, Marc I. | 0.10 |
| 10/03/07 | Memo from H. Vogt re status of plan and meeting re Sentry claim (.20); review file to determine issues on Sentry claim raised by R. Bendix and memo to R. Bendix and R. Richards re same (.30); respond to H. Vogt re plan status (.20); coordinate meeting with Sentry (.20). | Fenton, Marc I. | 0.90 |
| 10/09/07 | Confer with R. Bendix re insurer language to plan (.30); review changes again and draft detailed memo to attorney Calhoun re same per R. Bendix suggestions (1.50); review letter re coverage on Findley matter (.30). | Fenton, Marc I. | 2.10 |
| 10/10/07 | Message from R. Richards re response to coverage language and respond (.20); call from R. Bendix re whether changes needed to disclosure statement due to suggested language (.10). | Fenton, Marc I. | 0.40 |
| 10/11/07 | Call form R. Bendix re whether insurers agreed to new language and case re assignment of policies (.20); memo from R. Richards re same and respond (.20); memos to/from R. Richards and G. Calhoun re tort language to plan (.30). | Fenton, Marc I. | 0.70 |
| 10/16/07 | Confer with attorney Calhoun regarding revised insurance language in plan (.3); confer with R. Bendix and R. Richards regarding same and timing to modify plan (.7). | Fenton, Marc I. | 1.00 |
| 10/22/07 | Call from R. Richards, requesting status in revising insurance language in plan (.1); memo to G. Calhoun and same, review response and forward to R. Richards (.2); | Fenton, Marc I. | 0.70 |



D. Missner
Page: 15

Wickes, Inc.

February 19, 2008

Matter # 311240-000017
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| | review information from D. Weidman regarding Colin & Aikman (.4). | | |
| 10/24/07 | Memo from H. Vogt regarding meeting and denial of coverage (.1); coordinate meeting with Sentry with R. Richards and R. Bendix regarding coverage issues (.2); memo to H. Vogt scheduling meeting and coverage question (.1). | Fenton, Marc I. | 0.40 |
| 10/29/07 | Memo from H. Vogt regarding rescheduling meeting and advise R. Richards and R. Bendix regarding same (.2); confer with R. Bendix and R. Richards regarding new dates and memo to H. Vogt with new dates (.3). | Fenton, Marc I. | 0.50 |
| 10/30/07 | Memo from H. Vogt confirming Sentry meeting and send memo to R. Bendix and R. Richards scheduling same (.2); memo to attorney Calhoun regarding revised plan language (.1). | Fenton, Marc I. | 0.30 |
| 10/31/07 | Memo from H. Vogt re Gore Trail and coverage and forward to R. Bendix and R. Richards for comment. | Fenton, Marc I. | 0.30 |
| 11/12/07 | Memo from D. Beker with attachments to Attorney Ong for Liberty re Madore issues and coverage (.20); review material from D. Weidman re Courtyard claims (.80). | Fenton, Marc I. | 1.00 |
| 11/13/07 | Meet with counsel for Sentry and business people and Attorneys Bendix and Richards re claims and coverage (1.50); memo to H. Vogt re Courtyards litigation (.20). | Fenton, Marc I. | 1.70 |
| 11/16/07 | Review Sentry buy-back proposal from R. Richards (.20); memo to H. Vogt re same (.30); initial review of Sentry expert reports (.80). | Fenton, Marc I. | 1.30 |
| 11/20/07 | Confer with H. Vogt re Sentry deductibles and potential settlement. | Fenton, Marc I. | 0.20 |
| 11/21/07 | Review letter and attachments from H. Vogt to counsel for Courtyards at Quail Lake denying coverage. | Fenton, Marc I. | 1.50 |
| 11/27/07 | Call from R. Richards re whether Sentry responded to offer (.10); memo to H. Vogt re same (.10); memos form H. Vogt re Courtyard issue and respond (.30); memo from H. Vogt re settlement (.10). | Fenton, Marc I. | 0.60 |
| 11/29/07 | Review proposed settlement with Sentry (.20); call form R. Richards discussing same (.20); discuss with R. Bendix (.20); voice mail to H. Vogt re settlement (.10). | Fenton, Marc I. | 0.70 |
| 11/30/07 | Conference call with H. Vogt and R. Bendix regarding | Fenton, Marc I. | 2.40 |



D. Missner
Page: 16

**Wickes, Inc.**

February 19, 2008

Matter # 311240-000017
Invoice # 2116515

| **Date** | **Description** | **Timekeeper** | **Hours** |
|---|---|---|---|
| | Sentry claims and effect on plan (.70); review comments from attorney Calhoun regarding revisions on insurance issues (.40); conference with Calhoun regarding same (.30); per request of H. Vogt, review expert reports regarding Gore Trail litigation (1.0). | | |
| 12/04/07 | Call from R. Richards re status of Sentry settlement. | Fenton, Marc I. | 0.10 |
| 12/05/07 | Memo from H. Vogt re Sentry and settlement (.10); review Plan to see if her language already exists and respond (.30); confer with H. Vogt re revised settlement and Emer claim (.30); memo to R. Richards re revised Sentry offer (.30). | Fenton, Marc I. | 1.00 |
| 12/06/07 | Memo to H. Vogt confirming agreement with Sentry and need to discuss payment (.10); memo from D. Weidman indicating company records on amount being held by Sentry (.10); review memos from H. Vogt re settlement and interpretation (.20); discuss same with H. Vogt (.20); review Sentry memo on amount withheld and advise D. Weidman (.20); review response (.10); memo from D. Weidman with new amount withheld and advise H. Vogt (.20); confer with R. Bendix re settlement (.20). | Fenton, Marc I. | 1.30 |
| 12/13/07 | Memo from H. Vogt re estate contribution to settlement (.20); review Liberty issue (.20); conference call with H. Vogt and Richards re stipulation (.40); confer with M. Anderson re same (.20). | Fenton, Marc I. | 1.00 |

|  |  | **Total Hours** | **22.50** |
|---|---|---|---|
|  |  | **Total Fees** | **$12,375.00** |

### Timekeeper Summary

| **Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Fenton, Marc I. | Of Counsel | 22.50 | 550.00 | 12,375.00 |
| | **Totals** | **22.50** | | **12,375.00** |

| | **Total Current Charges** | | | **$        12,375.00** |
|---|---|---|---|---|

# EXHIBIT A-5


**DLA PIPER**

D. Missner
Page: 17

Wickes, Inc.

February 19, 2008

Matter # 311240-000019
Invoice # 2116515

*Matter:* **Litigation**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/04/07 | Review St. Paul comment to D&O settlement motion and exhibits (.30); memo from R. Richards re same and respond (.10). | Fenton, Marc I. | 0.40 |
| 09/07/07 | Review latest financial information re Beazer and forward to R. Richards. | Fenton, Marc I. | 0.30 |
| 09/14/07 | Review memo and complaint re stores and property damage (.40); memo to D. Weidman re same (.20); review response on same form D. Weidman (.20). | Fenton, Marc I. | 0.80 |
| 09/17/07 | Memo to D. Beker re lift stay for Malore complaint (.30); review revised order for D&O settlement (.10). | Fenton, Marc I. | 0.40 |
| 09/18/07 | Call from attorney Shannan re status of Wells Fargo adversary and continuance of same (.20); confer with attorney Tucker re lift stay issue for property in Indiana (.30). | Fenton, Marc I. | 0.50 |
| 09/19/07 | Memo from D. Weidman re new summons and complaint and initial review of lawsuit in Wisconsin by First national Bank-Fox Valley (.40); confer with D. Gutfeld re order approving collection agent and need to initiate work and D. Gutfeld memo to agent re same (.20). | Fenton, Marc I. | 0.60 |
| 09/21/07 | Correspondence re partial payment on D&O settlement. | Fenton, Marc I. | 0.20 |
| 09/24/07 | Review memos to/from D. Beker re lift stay issue with Malore (.20); call from attorney Tucker re lift stay issue for property in Indiana (.40). | Fenton, Marc I. | 0.60 |
| 09/25/07 | Confer with N. Saldinger re default judgments and forwarding files to C&W (.30); review memo to C&W and review reply re pursuing same (.20); review chart of defaults (.20). | Fenton, Marc I. | 0.70 |
| 10/01/07 | Review memo and attachment from D. Weidman re H. Gosz and whether stay violated. | Fenton, Marc I. | 0.40 |
| 10/03/07 | Review summons and complaint filed by Deutsche Bank and memo to D. Weidman re facts of Wickes judgment on property (.40); review memo and exhibits form attorney Tucker re need to release Wickes lien on Indiana property | Fenton, Marc I. | 2.50 |



DLA PIPER

D. Missner
Page: 18

Wickes, Inc.

February 19, 2008

Matter # 311240-000019
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | (1.80); advise D. Weidman re issues with Deutsche complaint and review his comments (.30). | | |
| 10/04/07 | Review series of memos re status of funding D&O settlement and respond to R. Richards. | Fenton, Marc I. | 0.30 |
| 10/08/07 | Call from attorney Tucker on executing disclosure of interest in R&N Property matter (.20); review disclaimer (.20). | Fenton, Marc I. | 0.40 |
| 10/16/07 | Review assignment between Wickes and Wilson, forward to D. Weidman for signature and explain same to him (.2). | Fenton, Marc I. | 0.20 |
| 10/19/07 | Memo to attorney Tucker seeking release of claims in R&W lawsuit (.2); letter to attorney Richardson for Veazy regarding violation of automatic stay and review portions of complaint (.4). | Fenton, Marc I. | 0.60 |
| 10/22/07 | Memo from attorney Tucker regarding release of claims in R&N litigation (.2); review information from D. Weidman regarding Courtyard litigation (.2). | Fenton, Marc I. | 0.40 |
| 10/30/07 | Review order regarding Veazy dismissal and forward to D. Weidman (.3). | Fenton, Marc I. | 0.30 |
| 11/05/07 | Review motions to default in R&N to see if Wickes included (.20); memo to counsel to R&N requesting release (.10). | Fenton, Marc I. | 0.30 |
| 11/06/07 | Memos from D. Beker and D. Weidman re Madore v. Stevens and respond to same (.70); memo from D. Weidman re Courtyard at Quail summons (.10); forward same to H. Vogt for handling (.10). | Fenton, Marc I. | 0.90 |
| 11/07/07 | Review third party complaint against Wickes by Classic Homes (.50); review property damage procedures order to see if Classic followed or violated stay (.80); memo from D. Phelps re class action lawsuit and whether Wickes involved (.20); review claims docket to see if Classic filed claim (.30); memo to H. Vogt and response re whether Sentry will defend (.20); correspondence to counsel for plaintiff re violation of stay (.30); correspondence to third party plaintiff re violation of stay (.20); memo from R. Bendix re anti-trust litigation (.10). | Fenton, Marc I. | 2.60 |
| 11/09/07 | Memos from H. Vogt re Classic Homes lawsuit, review file to reply and respond (.70); memo from R. Bendix re Mallory lawsuit and tender defense to liberty and respond (.30); memo to D. Weidman re Classic Homes and request | Fenton, Marc I. | 1.30 |



**DLA PIPER**

D. Missner
Page: 19

Wickes, Inc.

February 19, 2008

Matter # 311240-000019
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| | invoices per H. Vogt and review response (.30). | | |
| 11/13/07 | Review motions to dismiss, release and other information from counsel re R&N litigation. | Fenton, Marc I. | 0.60 |
| 11/14/07 | Review memos form counsel for R&N re releases and respond (.20); forward same to D. Weidman (.10); letter from counsel for Courtyards Homeowners re stay and review file re same (.50); letter to counsel responding (.30). | Fenton, Marc I. | 1.10 |
| 11/19/07 | Letter to attorney O'Dell re R&N and execute releases. | Fenton, Marc I. | 0.20 |
| 11/20/07 | Call from attorney O'Dell to finalize R&N litigation documents (.20); call from attorney Wilson re settlement of collection action against R&D (.30). | Fenton, Marc I. | 0.50 |
| 11/26/07 | Letter from counsel for Courtyards at Quail Lake re dismissing Wickes as defendant (.20); memo to H. Vogt re status of third party lawsuit (.30); initial review of proposed anti-trust lawsuit (1.40); respond to R. Shannan re status of claim objection (.30). | Fenton, Marc I. | 2.20 |
| 11/28/07 | Call from attorney Wilson re settlement of collection action and need for mutual release. | Fenton, Marc I. | 0.20 |
| 12/18/07 | Review status of default judgments from C&W and forward to R. Richards and J. Miller for purposes of distribution (.30). | Fenton, Marc I. | 0.30 |

**Total Hours** 19.80

**Total Fees** $10,890.00

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 19.80 | 550.00 | 10,890.00 |
| | Totals | 19.80 | | 10,890.00 |

**Total Current Charges** $      10,890.00

# EXHIBIT A-6

 **DLA PIPER**

D. Missner
Page: 20

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

*Matter:* **Reorganization Plan**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/04/07 | Revise confirmation order, per R. Bendix comment and recirculate (.30); memo re tax issues to plan and disclosure statement (.20); proofread plan and revise accordingly to prepare for filing (3.80); confer with R. Bendix re needed revisions to disclosure statement (.20); review of disclosure statement (.80). | Fenton, Marc I. | 5.30 |
| 09/05/07 | Confer with M. Smith re revisions to disclosure prior to filing (.20); review and revise final documents (3.50); email memo re signature requirements (.20); conferences with N. Taylor to coordinate filing Plan and Disclosure Statement (.60); confer with R. Bendix and S. Swibel re tax treatment in plan (.20); confer with M. Smith re revisions to disclosure (.10); revise ballots per comments and recirculate (1.00). | Fenton, Marc I. | 5.80 |
| 09/05/07 | Multiple conferences with Marc Fenton re: plan and disclosure statement (.3); conference with D. Weidman re: signature page and liquidating trust agreement (.2); send trust agreement to D. Weidman (.2); coordinate delivery of disclosure statement to trustee (.3); coordinate sending plan & disclosure statement to BMC (.3); draft enclosure letter (.3); draft certificates of service (.4); assemble documents and exhibits for filing (2.0); coordinate filing and service of plan and disclosure statement (.5). | Taylor, Nina H. | 4.50 |
| 09/06/07 | Attention to solicitation procedures for bond holders, review prior drafts used in other cases (2.80); discuss same with M. Smith and forward form of order (.20). | Fenton, Marc I. | 3.00 |
| 09/07/07 | Confer with R. Richards re compensation for liquidating trustee (.20); discuss open issues with D. Weidman re same (.20); memo to R. Richards re finalizing compensation (.20). | Fenton, Marc I. | 0.60 |
| 09/11/07 | Review, revise and edit motion for order setting disclosure hearing (.80); confer with M. Smith re decisions (.30); memo from D. Weidman re status of employment of Liquidating Trustee (.10); memo to J. Miller re solicitation procedures (.10); call from creditor re distribution (.20). | Fenton, Marc I. | 1.50 |



D. Missner
Page: 21

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/12/07 | Review revisions to pay structure for trustee and forward to R. Richards for opinion and review response (.20); confer with D. Weidman re same (.20); confer with M. Smith re revisions to disclosure notice motion (.30); conference call with BMC and M. Smith re same (.50). | Fenton, Marc I. | 1.20 |
| 09/14/07 | Review and compare revised ballots from BMC and new Beneficial Owner Ballot (.80); review memos re locating transfer agent (.30). | Fenton, Marc I. | 1.10 |
| 09/17/07 | Review notice of non-voting status (.30); review comment from R. Richards re same (.10). | Fenton, Marc I. | 0.40 |
| 09/18/07 | Review memo and comments from HSBC on solicitation order and forward with comment to M. Smith (.30); confer with R. Bendix and M. Smith re same and timing of disclosure hearing (.30). | Fenton, Marc I. | 0.60 |
| 09/19/07 | Confer with J. Black chambers re dates available for disclosure hearing and advise R. Bendix of same (.20); review revisions to solicitation order (.20); memo to D. Phelps and D. Weidman re ruling on date for disclosure hearing and forward order (.20). | Fenton, Marc I. | 0.60 |
| 09/20/07 | Review revisions to notice procedure from BMC and comment on same. | Fenton, Marc I. | 0.20 |
| 09/26/07 | Request from attorney for landlord re disclosure statement and forward same. | Fenton, Marc I. | 0.10 |
| 09/27/07 | Forward plan and disclosure statement to Sentry Insurance per request. | Fenton, Marc I. | 0.10 |
| 10/03/07 | Memo from R. Richards with insurers revisions to plan and disclosure statement and respond. | Fenton, Marc I. | 0.30 |
| 10/05/07 | Review insurer revisions to plan. | Fenton, Marc I. | 0.40 |
| 10/08/07 | Revise and amend plan based upon comments from insurers (1.80); confer with D. Phelps re status of objection on disclosure statement (.20). | Fenton, Marc I. | 2.00 |
| 10/10/07 | Memo from R. Richards re claims handling, review R. Bendix reply and respond (.20); confer with M. Smith re changes to plan which may effect disclosure statement (.20); memos re issuing solicitation package and discuss same with R. Bendix and memo to R. Richards re same (.40); call from R. Bendix re notice issues (.20); attention to Collins & Atkins issues and memo re same as it effects plan | Fenton, Marc I. | 1.50 |



D. Missner
Page: 22

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | (.50). | | |
| 10/11/07 | Review tax revisions to plan (.60); discuss further revisions re estimated claims with R. Richards and M. Smith (.20); call form M. Smith re amending plan and disclosure statement (.20). | Fenton, Marc I. | 1.00 |
| 10/12/07 | Confer with J. Miller regarding solicitation packages packages (.2); memo to R. Richards regarding tort claimants and voting and review response (.2); review procedures order and memo to all regarding same (.5); request from creditor regarding need to see disclosure statement and forward (.2); memo to/from R. Richards regarding new language to disclosure plan from insurers and meeting regarding same (.2). | Fenton, Marc I. | 1.30 |
| 10/15/07 | Advise parties that no objections received to disclosure statement (.1); confer with R. Richards regarding insurer provisions to plan and revise language (.2); conference call with R. Bendix and J. Miller regarding notices to late claims (.2); start review of recent case law regarding channeling injunction issues (.8). | Fenton, Marc I. | 1.30 |
| 10/16/07 | Conferences with R. Bendix regarding strategy for disclosure hearing and whether to modify plan (.3). | Fenton, Marc I. | 0.30 |
| 10/17/07 | Review recent articles on financial status of Beazer to see if it impacts distribution under plan and forward to R. Bendix and R. Richards (.3); review memos regarding receipt of funds from litigation to final plan (.2); confer with R. Richards and R. Bendix regarding publication and notice issues for plan (.2); memos to R. Richards regarding committee letter in support of plan and timing of same (.2). | Fenton, Marc I. | 0.90 |
| 10/18/07 | Series of emails with R. Richards, R. Bendix, M. Smith and J. Miller regarding preparation to copy and distribute disclosure statement and exhibits and issues related thereto (.50); respond to issues raised by D. Weidman regarding trust (.20); review revised letter in support of plan from Committee (.10); review final revisions to disclosure statement per R. Richards (.80). | Fenton, Marc I. | 1.60 |
| 10/19/07 | Review final documents for solicitation package (.8); memos to/from J. Miller, R. Bendix and R. Richards regarding contents of package (.4). | Fenton, Marc I. | 1.20 |
| 10/22/07 | Memos regarding mailing of solicitation package and review chart from BMC regarding same (.3); confirm | Fenton, Marc I. | 0.70 |



D. Missner
Page: 23

Wickes, Inc.                                                                                                          February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | information of BMC chart with terms of plan (.4). | | |
| 10/23/07 | Memos to/from R. Bendix and R. Richards regarding publication notice and where to publish (.4); memos to/from R. Richards and R. Bendix regarding strategy for confirmation hearings and whether to finalize affidavits (.4); review standards in case law and code for confirmation to determine contents of affidavits (3.2). | Fenton, Marc I. | 4.00 |
| 10/25/07 | Review request for financial information from R. Richards and request same from D. Weidman and N. Saldinger (.2); discuss same with N. Saldinger (.1); attention to gathering financial information requested (1.4); review financial information (.8). | Fenton, Marc I. | 2.50 |
| 10/26/07 | Conferences with N. Saldinger regarding finances to fund plan from preferences, claims etc (.7); review draft charts regarding same (.4); meet with R. Bendix and R. Richards regarding confirmation strategy (1.0). | Fenton, Marc I. | 2.10 |
| 10/29/07 | Review mark-up of ads for Tribune and Wall Street Journal regarding confirmation and memo to J. Miller regarding same (.3); confer with J. Miller and R. Bendix regarding publication and deadlines (.5); discuss same with R. Bendix (.2); confer with D. Weidman regarding confirmation issues (.3). | Fenton, Marc I. | 1.30 |
| 10/30/07 | Call from attorney Bendix regarding notice to creditors (.2); memos regarding authorizing estate to pay indenture trustee to forward ballots (.3); finalize publication notice and dates (.3); advise J. Miller of error in publication and responses regarding same (.3). | Fenton, Marc I. | 1.10 |
| 11/01/07 | Drafting Phelps affidavit in support of confirmation of plan. | Fenton, Marc I. | 4.90 |
| 11/02/07 | Respond to bondholder on balloting and potential distribution (.40); memo from J. Miller re status of solicitation (.10); continue drafting affidavit for confirmation (1.80). | Fenton, Marc I. | 2.30 |
| 11/05/07 | Confer with D. Phelps re recalculating distribution based upon estimated preference recoveries. | Fenton, Marc I. | 0.20 |
| 11/07/07 | Review letter and exhibits from Depository Trust re proxy and voting and call to BMC re same (.30); letter to J. Miller enclosing proxy (.20). | Fenton, Marc I. | 0.50 |
| 11/08/07 | Creditor query re disclosure statement and plan (.10); review issue and call creditor discussing same (.40); call | Fenton, Marc I. | 0.70 |



D. Missner
Page: 24

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | from bondholder re not having received a package (.20). | | |
| 11/09/07 | Call from creditor re administrative bar date and voting. | Fenton, Marc I. | 0.20 |
| 11/12/07 | Review of potential confirmation objections and responses. | Fenton, Marc I. | 3.50 |
| 11/13/07 | Call to J. Miller re whether certain ballots were sent to various creditors. | Fenton, Marc I. | 0.30 |
| 11/14/07 | Memo from J. Miller re tabulation issue, respond and review response of R. Richards (.20); drafting of Phelps affidavit for confirmation (2.50); memo to G. Calhoun to see if insurers have revised language (.10). | Fenton, Marc I. | 2.80 |
| 11/15/07 | Review insurer suggested revisions to plan and R. Richard's memo re same (.60); call from shareholder re voting question (.20); memo to G. Calhoun re suggested changes (.30); initial research and modification of plan (2.50); review further changes from R. Richards (.20); memo form G. Calhoun re same (.20); discuss with Richards (.10); respond to same (.20); confer with J. Miller and R. Bendix re notice to insurers (.30). | Fenton, Marc I. | 4.80 |
| 11/16/07 | Review drafts from BMC of ballot report and other spread sheets (.60); discuss same with J. Miller (.30); call from creditor re claim and ballot issue (.30); research same (1.00); discuss issues with J. Miller and have new ballot forwarded (.30); call to creditor re same (.20); confer with R. Bendix re notice to insurers (.20); review list of those who did not receive notice and R. Bendix direction to serve with solicitation package (.10). | Fenton, Marc I. | 3.00 |
| 11/19/07 | Review memo from R. Richards re Merrill Lynch revision to plan. | Fenton, Marc I. | 0.10 |
| 11/20/07 | Call from bondholder re terms of plan and return of bonds (.20); finalize Phelps affidavit and circulate for comments (2.30); revise confirmation order (.30). | Fenton, Marc I. | 2.80 |
| 11/21/07 | Further revisions to confirmation order and circulate to parties (.30); confer with R. Richards re finalizing plan (.30); review memo from J. Miller re voting status and spreadsheets re same (.40). | Fenton, Marc I. | 1.00 |
| 11/26/07 | Memo from R. Bendix re further revisions to confirmation order (.20); call form attorney Anderson re possible objection (.20); review Anderson comments re objection by review docket as to Emer and claim filed and tort procedures order (1.20); memo to R. Bendix and R. | Fenton, Marc I. | 4.00 |



DLA PIPER

D. Missner
Page: 25

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | Richards re Anderson comments (.40); redraft confirmation order including R. Bendix revisions and new provisions (1.50); review R. Bendix and R. Richards comments re Anderson issues (.30); confer with creditor re voting issue (.20). | | |
| 11/27/07 | Review comments from R. Richards and R. Bendix re Phelps affidavit (.30); memo to D. Phelps re need for information (.10); call from R. Richards re responding to possible class objection (.10); modify Phelps affidavit (.30). | Fenton, Marc I. | 0.80 |
| 11/28/07 | Review latest ballot report (.30); revise and re-circulate Phelps affidavit and confirmation order (.70); revisions to plan per all prior comments and objections (2.80); review comments from D. Phelps re affidavit (.20). | Fenton, Marc I. | 4.00 |
| 11/29/07 | Proofread early revisions to Plan (2.00); further revisions to Plan (2.20); confer with R. Bendix re further revisions to Phelps affidavit (.20); circulate blackline of Plan (.10). | Fenton, Marc I. | 4.50 |
| 11/30/07 | Revise Phelps affidavit (.40); discuss same with R. Bendix and Class 4 issue (.30); confer with J. Miller regarding ballot report (.20); circulate revised affidavit (.10); forward revised plan to G. Calhoun for comment (.10); forward revised plan to H. Vogt for comment (.10). | Fenton, Marc I. | 1.20 |
| 12/03/07 | Review comments from attorney Calhoun on modified plan and compare his new revisions with prior draft (.70); circulate insurance revisions to R. Richards and R. Bendix (.10); review certificates of publication (.30); call from R. Richards re plan objection (.20); review R. Richards comments on insurance revisions (.10); revise plan and re-circulate for more comments (2.50); review docket to see if certificate of service on solicitation filed (.30); confer with N. Taylor re same and J. Miller response (.20); memo to G. Calhoun re revisions (.20); memo from G. Calhoun re limited objection (.10). | Fenton, Marc I. | 4.70 |
| 12/04/07 | Memo from R. Richards accepting revisions and advise G. Calhoun of same (.20); call from R. Bendix re questions with revisions (.20); memo to G. Calhoun posing those questions (.40); memos from R. Richards and D. Phelps to J. Miller re ballot report (.20); call from R. Richards re objections to confirmation (.10); memo from R. Richards to J. Downs re modification (.10); memo to/from R. Richards and J. Miller re new ballot report (.20). | Fenton, Marc I. | 1.40 |
| 12/05/07 | Review affidavit of J. Miller re ballot report and review | Fenton, Marc I. | 1.50 |



**DLA PIPER**

D. Missner
Page: 26

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | final ballot report (.80); memos to/from R. Richards and J. Miller re claims analysis for plan distribution (.20); review Emers objection (.30); confer with R. Richards re same (.20). | | |
| 12/06/07 | Memo to D. Phelps re executing affidavit for filing (.10); confer with N. Taylor re preparing official form for ballot report (.10); review insurers limited objection to confirmation (.10); confer with D. Weidman re objections and hearing (.20); confer with R. Bendix re objection to confirmation and revising order (.40); review and revise filings (.30); revise confirmation order and recirculate to waive appeal period (.30); attention to objections and preparing for confirmation hearing (3.70). | Fenton, Marc I. | 5.20 |
| 12/06/07 | Conferences with Marc Fenton re: filings (.5); draft report on balloting (1.0); review plan for information for same (.3); draft 1126 form (.5); draft notice for plan (.3); obtain exhibits for same (.3); revise certificates of publication (.3); further revisions to documents (.5); assemble documents for filing (.5); e-mails and conferences with docket re: filings (.3); assist with binder preparation (.2). | Taylor, Nina H. | 4.70 |
| 12/07/07 | Review memo form G. Calhoun explaining insurance language and respond (.30); review query from R. Bendix re further clarification needed (.10); memo to R. Richards re filings and strategy for confirmation (.20); research on objections and modification (4.40). | Fenton, Marc I. | 5.00 |
| 12/10/07 | Respond to G. Calhoun query re confirmation order and responding to objection (.30); review research materials from Committee re Emers objection (2.20); 2 conference calls with H. Vogt and R. Richards to try and resolve Emers objection with allowed claim (.80); respond to inquiry from R. Richards re ballot cast by Emers, if any (.20); review memos re claims and voting (.30). | Fenton, Marc I. | 3.80 |
| 12/11/07 | Review memo from R. Richards responding to objections (.30); review R. Bendix comments (.10); comment on same (.10); review Artra and Plibrico dockets and plans to see if separate classes for tort claimants and unsecureds (.70); preparation for confirmation hearing (3.00); confer with H. Vogt re whether Gore Trail / Emers objection can be settled (.20); conferences with R. Richards and R. Bendix re same (.30); review and revise response to objection and draft insert for same (.50). | Fenton, Marc I. | 5.20 |



D. Missner
Page: 27

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 12/12/07 | Voice mail from R. Sukley re revisions to confirmation order and revise accordingly; circulate revised order (.10); confer with G. Calhoun re issue with modified plan and review same and prior drafts re language (.40); confer with R. Richards re Calhoun request (.10); conference call with R. Richards and G. Calhoun re language (.20); revise plan to insert language (.30); conferences with R. Richards re Emers objection to negotiate resolution (.60); conferences with H. Vogt to negotiate solution to Emers litigation (.70); conference calls with R. Richards and H. Vogt re same (.40); conference calls with R. Richards and M. Andersen to negotiate resolution of objection (.40); meet with D. Weidman, D. Phelps, J. Miller prior to confirmation hearing to discuss open claim issues, distribution and prepare for hearing (2.50); attend confirmation hearing (2.00). | Fenton, Marc I. | 8.00 |
| 12/17/07 | Memo to H. Vogt on whether new language drafted for Emers stipulation (.10); confer with J. Miller re notification of confirmation (.10); confer with R. Richards and M. Andersen re stipulation (.20); draft summary of changes and forward to R. Richards and M. Andersen (.30); confer with M. Andersen re language (.20); confer with J. Miller re timing and service of confirmation notice (.20); review revised stipulation and forward to H. Vogt with explanation (.30); review H. Vogt concerns (.20); confer with H. Vogt re same (.20); confer with R. Richards re revised language (.10); confer with M. Andersen objecting to comments from Sentry (.20); forward Sentry comments to M. Anderson (.30); draft and circulate notice of confirmation order (1.80); review revisions from M. Andersen on new draft and forward to H. Vogt (.30); confer with J. Miller and R. Richards re W-9's and distribution (.20); call from J. Miller re 1099's (.20). | Fenton, Marc I. | 4.90 |
| 12/17/07 | Conference with Marc Fenton re: plan confirmation, order date, effective date (.2); review docket re: same (.2). | Taylor, Nina H. | 0.40 |
| 12/18/07 | Attend court hearing on status of stipulation of Emers on plan objection (1.00); review memos re distribution and issuing W-9's (.30); memo to M. Anderson re s status of court hearing (.20); memo to H. Vogt re same (.20); confer with R. Richards re stipulation (.20). | Fenton, Marc I. | 1.90 |

**Total Hours**      136.80

**Total Fees**      $72,168.00

 **DLA PIPER**

D. Missner
Page: 28

Wickes, Inc.

February 19, 2008

Matter # 311240-000021
Invoice # 2116515

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 127.20 | 550.00 | 69,960.00 |
| Taylor, Nina H. | Paralegal | 9.60 | 230.00 | 2,208.00 |
| Totals | | 136.80 | | 72,168.00 |

**Total Current Charges**          $          **72,168.00**

# EXHIBIT A-7



D. Missner
Page: 29

Wickes, Inc.

February 19, 2008

Matter # 311240-000023
Invoice # 2116515

*Matter:*   **_Retention/Fee Matters (PR)_**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/06/07 | Review and revise monthly time records for August fee submission. | Missner, David N. | 0.30 |
| 09/17/07 | Correspondence with Marc Fenton re: RSM McGladrey fees. | Audette, Brian | 0.10 |
| 09/18/07 | Review and revise monthly fee statement for RSM McGladrey. | Audette, Brian | 0.20 |
| 09/25/07 | Review Bridge monthly invoice. | Fenton, Marc I. | 0.20 |
| 09/26/07 | Conferences with Marc Fenton and Nina Taylor re: next quarterly fee application. | Audette, Brian | 0.20 |
| 09/26/07 | Conferences with Marc Fenton and Brian Audette re: filing of interim fee application (.3); obtain proforma and monthly statements (.2). | Taylor, Nina H. | 0.50 |
| 09/27/07 | Review and edit pre-bill for 11th quarterly fee application. | Audette, Brian | 0.80 |
| 09/27/07 | Conferences with Marc Fenton and B. Audette re: drafting of fee application (.3); begin to draft fee application and exhibits thereto (3.5). | Taylor, Nina H. | 3.80 |
| 09/28/07 | Prepare 11th quarterly fee application. | Audette, Brian | 2.80 |
| 09/28/07 | Conferences with David Missner and Marc Fenton re: filing of notice (.4); draft and calculations re: same (.9); e-mails circulating same (.2); coordinate filing and service of same (.4); coordinate with docket department re: same (.2); draft exhibits to fee application (.8). | Taylor, Nina H. | 2.90 |
| 10/01/07 | Draft exhibits (2.4); assemble fee application (1.0); conferences with Marc Fenton and Brian Audette re: same (.2). | Taylor, Nina H. | 3.60 |
| 10/02/07 | Assemble invoices (.3); review/revise application (.6); assemble exhibits (.4); conferences with docket department re: filing (.2); coordinate filing and service of fee applications (.5); draft enclosure letter (.3); conferences with David Missner and Marc Fenton re: same (.3). | Taylor, Nina H. | 2.60 |
| 10/08/07 | Correspondence with Mitch Hirsh re: billing and fee issues. | Audette, Brian | 0.10 |



D. Missner
Page: 30

Wickes, Inc.

February 19, 2008

Matter # 311240-000023
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 10/12/07 | Prepare memo to client regarding August fees due October 15, 2007 (.30). | Missner, David N. | 0.30 |
| 10/17/07 | Attend fee hearing on quarterly fees (1.0). | Missner, David N. | 1.00 |
| 10/17/07 | Correspondence with client and other attorneys regarding fee orders and write off memo to accounting (.40). | Missner, David N. | 0.40 |
| 10/25/07 | Assemble DLA monthly statement for filing. | Taylor, Nina H. | 0.50 |
| 11/27/07 | Review and revise notice for October fees and review submission for DLA Piper, Bridge and McGladrey prior to filing. | Fenton, Marc I. | 0.70 |

**Total Hours** 21.00

**Total Fees** $6,443.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 0.90 | 550.00 | 495.00 |
| Missner, David N. | Of Counsel | 2.00 | 525.00 | 1,050.00 |
| Audette, Brian | Associate | 4.20 | 405.00 | 1,701.00 |
| Taylor, Nina H. | Paralegal | 13.90 | 230.00 | 3,197.00 |
| Totals | | 21.00 | | 6,443.00 |

**Total Current Charges** $    6,443.00

# EXHIBIT A-8



D. Missner
Page: 31

Wickes, Inc.

February 19, 2008

Matter # 311240-000024
Invoice # 2116515

*Matter:* **Retention/Fee Matters/Objections
(Others)**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/18/07 | Review McGladery invoice and memos from B. Audette re same (.30); advise B. Audette re filing appropriate applications for expert (.20). | Fenton, Marc I. | 0.50 |
| 09/18/07 | Draft monthly statement for RSM McGladrey. | Taylor, Nina H. | 0.60 |
| 09/19/07 | Send application to M. Hirsh at RSM. | Taylor, Nina H. | 0.30 |
| 09/25/07 | Obtain RSM signature for monthly statement. | Taylor, Nina H. | 0.20 |
| 09/26/07 | Coordinate filing interim fee applications with other professionals for hearing at October date (.20); confer with N. Taylor and B. Audette re preparation of application and shortening notice (.30). | Fenton, Marc I. | 0.50 |
| 09/27/07 | Respond to memos re preparation of fee applications and notices. | Fenton, Marc I. | 0.20 |
| 09/28/07 | Review and revise fee application (.70); confer with B. Audette re same (.20); call to R. Bendix re notice and whether to include Schwartz Cooper (.10); coordinate filing and notice with N. Taylor and D. Missner (.30). | Fenton, Marc I. | 1.30 |
| 10/01/07 | Review and revise 11th quarterly fee application. | Audette, Brian | 0.40 |
| 10/01/07 | Review Bridge interim fee request. | Fenton, Marc I. | 1.00 |
| 10/01/07 | Assemble Bridge fee application. | Taylor, Nina H. | 1.00 |
| 10/02/07 | Edit and revise interim fee application prior to filing (.90); review memos re issues with Novare fees and respond to same (.50). | Fenton, Marc I. | 1.40 |
| 10/10/07 | Review RSM McGladrey fee request. | Fenton, Marc I. | 0.10 |
| 10/15/07 | Draft RSM monthly statement (.4); conferences with David Missner re: fee applications (.1); obtain copies of interim applications for Miller Canfield, Sonnenschein and Bridge for judge (.4); draft enclosure letter (.2). | Taylor, Nina H. | 1.10 |
| 10/22/07 | Review final fee application of LECG as expert to Committee (.7); review Bridge fee request (.1). | Fenton, Marc I. | 0.80 |


**DLA PIPER**

D. Missner
Page: 32

Wickes, Inc.

February 19, 2008

Matter # 311240-000024
Invoice # 2116515

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 10/23/07 | Revise and assemble monthly fee statements for RSM and Bridge (.9); revise notice (.3); e-mails to/from M. Hirsch re: RSM fee statements (.2). | Taylor, Nina H. | 1.40 |
| 10/24/07 | Draft September statement for RSM (.5); e-mails re: signature (.2); revise notice and certificate of service (.5); assemble fee statements (.5). | Taylor, Nina H. | 1.70 |
| 10/25/07 | E-mails to/from Schwartz Cooper re: dollar amounts (.2); revise notice (.3); conference with Marc Fenton re: filing of statements (.2); coordinate filing and service of monthly statements (.3). | Taylor, Nina H. | 1.00 |
| 11/02/07 | Edit and revise October monthly statement. | Fenton, Marc I. | 0.60 |
| 11/05/07 | Review Novare invoices and Seventh Quarterly Statement. | Fenton, Marc I. | 0.30 |
| 11/12/07 | Memo from R. Richards re RSM McGladrey fees, review retention letter re same. | Fenton, Marc I. | 0.30 |
| 11/26/07 | Coordinate filing October fees with McGladrey and Bridge (.20); forward Miler Canfield fee request to client (.10). | Fenton, Marc I. | 0.30 |
| 11/29/07 | Memo from D. Weidman re payment of McGladrey fees (.10); discuss with N. Taylor whether order entered re same (.10); respond to D. Weidman (.10). | Fenton, Marc I. | 0.30 |
| 11/29/07 | Conference with Marc Fenton re: RSM Applications. | Taylor, Nina H. | 0.20 |
| 12/03/07 | Review and revise November invoice. | Fenton, Marc I. | 0.40 |
| | **Total Hours** | | **15.90** |
| | **Total Fees** | | **$6,287.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Fenton, Marc I. | Of Counsel | 8.00 | 550.00 | 4,400.00 |
| Audette, Brian | Associate | 0.40 | 405.00 | 162.00 |
| Taylor, Nina H. | Paralegal | 7.50 | 230.00 | 1,725.00 |
| **Totals** | | **15.90** | | **6,287.00** |



D. Missner
Page: 33

Wickes, Inc.

February 19, 2008

Matter # 311240-000024
Invoice # 2116515

**Total Current Charges**         **$          6,287.00**