**CERTIFICATE OF SERVICE**

Marc I. Fenton, an attorney, certifies that on February 19, 2008, he caused the foregoing *Twelfth and Final Application of Bridge Associates LLC for Approval and Allowance of Compensation and Reimbursement of Expenses and Success Fee for The Twelfth and Final Period September 1, 2007 through December 18, 2007 and for Approval and Allowance of Compensation and Reimbursement of Expenses and Payment of Success Fee for the Entire Period January 21, 2004 through December 18, 2007 (the "Application")* to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | | |
|---|---|---|
| George P Apostolides<br>gpapostolides@arnstein.com | Thomas V Askounis<br>taskounis@askborst.com | Brian A. Audette<br>baudette@perkinscoie.com |
| Courtney E Barr<br>cbarr@lockelord.com,<br>docket@lockelord.com | Ronit C. Barrett<br>rbarrett@eimerstahl.com,<br>adreyer@eimerstahl.com;fharvey@eimerstahl.com;spainter@eimerstahl.com | David E Beker<br>dbeker@scgk.com,<br>truckman@scgk.com,cclemons@scgk.com |
| Richard M Bendix<br>rbendix@schwartzcooper.com,<br>swhirl@schwartzcooper.com | Darren L Besic<br>dbesic@aol.com | Kara J Bruce<br>kbruce@lockelord.com,<br>docket@lockelord.com |
| Abraham Brustein<br>abrustein@dimonteandlizak.com | Christopher M Cahill<br>ccahill@scgk.com | William J Connelly<br>wconnelly@hinshawlaw.com |
| Steven A. Domanowski<br>sdomanowski@bellboyd.com | Jeremy M Downs<br>jeremy.downs@goldbergkohn.com | Dennis A Dressler<br>ddressler@dresslerpeters.com |
| Denise Firelli<br>denise_firelli@coface.com | David J Frankel<br>dfrankel@sormanfrankel.com,<br>bbehanna@sormanfrankel.com | Stephen E. Garcia<br>stephengarcia312@sbcglobal.net |
| Arlene N Gelman<br>agelman@sachnoff.com | Mark F Hebbeln<br>mhebbeln@gcd.com | Synde B. Keywell<br>synde.keywell@bryancave.com,<br>karen.dalsanto@bryancave.com |
| Micah R Krohn<br>mkrohn@fgllp.com,<br>ccarpenter@fgllp.com;rheiligman@fgllp.com | Neal H Levin<br>nhlevin@freebornpeters.com,<br>bkdocketing@freebornpeters.com | Sara E Lorber<br>slorber@seyfarth.com |
| Brian E. Mahoney<br>brian.mahoney@mclolaw.com | Patrick C. Maxcy<br>pmaxcy@sonnenschein.com | Anne B Miller<br>mposa@epiqsystems.com |
| Denise S. Mondell<br>denise.mondell@po.state.ct.us | Jose G Moreno    nd-one@il.cslegal.com | Sherri Morissette<br>morissettes@gtlaw.com,<br>rodriguezeli@gtlaw.com |

| | | |
|---|---|---|
| Robert D Nachman<br>rnachman@scgk.com,<br>truckman@scgk.com,nrakunas@scgk.com | William T Neary<br>USTPRegion11.ES.ECF@usdoj.gov | David A. Newby<br>dnewby@jnlegal.net,<br>cjohnson@jnlegal.net |
| Susan J. Notarius<br>snotarius@kandpllc.com,<br>jmccomb@kandpllc.com | Yanick Polycarpe<br>ypolycarpe@atty-pierce.com,<br>northerndistrict@atty-pierce.com | Kevin Posen<br>tls@tellerlevit.com |
| Robert E Richards<br>rrichards@sonnenschein.com | Jennifer Rojas<br>rojas@dlec.com | Jeffrey B Rose<br>jrose@tishlerandwald.com |
| Allyson B Russo<br>arusso@vedderprice.com | Peter J Schmidt<br>pschmidt@polsinelli.com | Bryan I Schwartz<br>bschwartz@lplegal.com |
| Brian L Shaw<br>bshaw100@shawgussis.com | Morgan M. Smith<br>msmith@schwartzcooper.com,<br>truckman@schwartzcooper.com | Reiko E. Suber<br>rsuber@mayerbrownrowe.com,<br>mclyle@mayerbrownrowe.com |
| Pia N Thompson<br>pthompson@reedsmith.com,<br>cwilson@reedsmith.com | Deborah L. Thorne<br>dthorne@btlaw.com | Michael Traison<br>traison@millercanfield.com,<br>wysocki@millercanfield.com |
| Katherine D Vega<br>kvega@ngelaw.com | Bruce L Wald<br>bwald@tishlerandwald.com | Kurt A. Winiecki<br>kwiniecki@sachnoff.com |
| Barbara L Yong<br>blyong@golanchristie.com | | |

In addition, the parties listed on the attached service list were served by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's CM/ECF system.

>*/s/ Marc I. Fenton*
>Marc I. Fenton (ARDC #06180633)
>**DLA PIPER US LLP**
>203 North LaSalle Street - Suite 1900
>Chicago, Illinois 60601
>(312) 368-4000

**NOTICE PARTY SERVICE LIST**

Darold Weidman
Wickes, Inc.
7 Birmingham Place
Vernon Hills, IL   60061

Bankruptcy Management Corp.
Tinamarie Feil
1330 East Franklin Avenue
El Segundo, CA   90245

Sonnenschein Nath & Rosenthal LLP
233 S. Wacker Drive – Suite 8000
Chicago, IL   60606
Attn:  Fruman Jacobson and Robert Richards

Schwartz Cooper Greenberger & Krauss
180 N. LaSalle Street – Suite 2700
Chicago, IL   60601
Attn:  Richard M. Bendix

Bridge Associates LLC
747 Third Avenue – Suite 32A
New York, NY   10017
Attn:  Anthony Schnelling and Fred Kraegel

Roman Sukley
Office of the U.S. Trustee
227 W. Monroe Street – Suite 3350
Chicago, IL   60606

Michael Traison
Miller Canfield Paddock and Stone
150 W. Jefferson – Suite 2500
Detroit, MI   48226