# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case Nos. 04 B 02221** |
| **WICKES INC.** | ) | **Honorable Bruce W. Black** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## ORDER ALLOWING COMPENSATION TO RSM MCGLADREY, INC. AS EXPERT WITNESS TO THE DEBTOR AND GRANTING OTHER RELIEF

This cause coming to be heard on the First and Final Application of RSM McGladrey, Inc. as Expert Witness to the Debtor and for Allowance of Compensation and Reimbursement of Expenses and Related Relief (the "Application"); copies of the Application having been served on the proper parties; due notice of the Application having been provided to all parties on the Master and 2002 service lists by first-class mail; the Court having held a hearing on the Application on March 19, 2008; the Court having heard the statements of counsel and having been otherwise fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. RSM McGladrey, Inc. ("RSM"), having requested final compensation in the amount of $74,869.00, is allowed final compensation as crisis manager to the Debtor, in the amount of $_____ for services performed for the Debtor from July 1, 2007 through December 18, 2007.

3. RSM having requested reimbursement of expenses in the amount of $433.63, is allowed $_____ for reimbursement of expenses incurred from July 1, 2007 through December 18, 2007.

CHGO1\31157090.1

4. The Debtor is authorized and directed to pay RSM $_____ in fees, which represent the total amounts awarded pursuant to RSM's Application less amounts previously paid to RSM by Debtor pursuant to the Administrative Order.

5. The Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

6. Notice of the Application is limited for good cause shown to that already provided and notice is appropriate under the circumstances under F.R. Bankr. P. 2002.

7. This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois    **ENTERED**
    March 19, 2008

_____

**ORDER PREPARED BY**:    HONORABLE BRUCE W. BLACK
David N. Missner (ARDC #01928988)    UNITED STATES BANKRUPTCY JUDGE
Marc I. Fenton (ARDC #061806333)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000

CHGO1\31157090.1