**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WICKES, INC. | ) | Case No. 04-B-02221 |
| a Delaware corporation | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    Michael H. Traison, an attorney, certifies that on February 19, 2008, he caused the foregoing ***TENTH AND FINAL INTERIM APPLICATION OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH DECEMBER 18, 2007*** (*the "Application"*) to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | | |
|---|---|---|
| George P Apostolides gpapostolides@arnstein.com | Thomas V Askounis taskounis@askborst.com | Brian A. Audette baudette@perkinscoie.com |
| Courtney E Barr cbarr@lockelord.com, docket@lockelord.com | Ronit C. Barrett rbarrett@eimerstahl.com, adreyer@eimerstahl.com;fharvey@eimerstahl.com;spainter@eimerstahl.com | David E Beker dbeker@scgk.com, truckman@scgk.com,cclemons@scgk.com |
| Richard M Bendix rbendix@schwartzcooper.com, swhirl@schwartzcooper.com | Darren L Besic dbesic@aol.com | Kara J Bruce kbruce@lockelord.com, docket@lockelord.com |
| Abraham Brustein abrustein@dimonteandlizak.com | Christopher M Cahill ccahill@scgk.com | William J Connelly wconnelly@hinshawlaw.com |
| Steven A. Domanowski sdomanowski@bellboyd.com | Jeremy M Downs jeremy.downs@goldbergkohn.com | Dennis A Dressler ddressler@dresslerpeters.com |
| Denise Firelli denise_firelli@coface.com | David J Frankel dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com | Stephen E. Garcia stephengarcia312@sbcglobal.net |
| Arlene N Gelman agelman@sachnoff.com | Mark F Hebbeln mhebbeln@gcd.com | Synde B. Keywell synde.keywell@bryancave.com, karen.dalsanto@bryancave.com |
| Micah R Krohn mkrohn@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com | Neal H Levin nhlevin@freebornpeters.com, bkdocketing@freebornpeters.com | Sara E Lorber slorber@seyfarth.com |
| Brian E. Mahoney | Patrick C. Maxcy | Anne B Miller |

| | | |
|---|---|---|
| brian.mahoney@mclolaw.com | pmaxcy@sonnenschein.com | mposa@epiqsystems.com |
| Denise S. Mondell<br>denise.mondell@po.state.ct.us | Jose G Moreno<br>nd-one@il.cslegal.com | Sherri Morissette<br>morissettes@gtlaw.com,<br>rodriguezeli@gtlaw.com |
| Robert D Nachman<br>rnachman@scgk.com,<br>truckman@scgk.com,nrakunas@scgk.com | William T Neary<br>USTPRegion11.ES.ECF@usdoj.gov | David A. Newby<br>dnewby@jnlegal.net,<br>cjohnson@jnlegal.net |
| Susan J. Notarius<br>snotarius@kandpllc.com,<br>jmccomb@kandpllc.com | Yanick Polycarpe<br>ypolycarpe@atty-pierce.com,<br>northerndistrict@atty-pierce.com | Kevin Posen<br>tls@tellerlevit.com |
| Robert E Richards<br>rrichards@sonnenschein.com | Jennifer Rojas<br>rojas@dlec.com | Jeffrey B Rose<br>jrose@tishlerandwald.com |
| Allyson B Russo<br>arusso@vedderprice.com | Peter J Schmidt<br>pschmidt@polsinelli.com | Bryan I Schwartz<br>bschwartz@lplegal.com |
| Brian L Shaw<br>bshaw100@shawgussis.com | Morgan M. Smith<br>msmith@schwartzcooper.com,<br>truckman@schwartzcooper.com | Reiko E. Suber<br>rsuber@mayerbrownrowe.com,<br>mclyle@mayerbrownrowe.com |
| Pia N Thompson<br>pthompson@reedsmith.com,<br>cwilson@reedsmith.com | Deborah L. Thorne<br>dthorne@btlaw.com | Michael Traison<br>traison@millercanfield.com,<br>wysocki@millercanfield.com |
| Katherine D Vega<br>kvega@ngelaw.com | Bruce L Wald<br>bwald@tishlerandwald.com | Kurt A. Winiecki<br>kwiniecki@sachnoff.com |
| Barbara L Yong<br>blyong@golanchristie.com | | |

In addition, the parties listed on the attached service list were served by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's CM/ECF system.

By /s/ Michael H. Traison
Michael H. Traison, Esq.
ARDC Number: 6285518
225 W. Washington, Suite 2600
Chicago, IL 60606
Ph. (312) 927-9669
Fax: (313) 496-8452
traison@millercanfield.com

## NOTICE PARTY SERVICE LIST

Darold Weidman
Wickes, Inc.
7 Birmingham Place
Vernon Hills, IL  60061

Bankruptcy Management Corp.
Tinamarie Feil
1330 East Franklin Avenue
El Segundo, CA  90245

Sonnenschein Nath & Rosenthal LLP
233 S. Wacker Drive – Suite 8000
Chicago, IL  60606
Attn:  Fruman Jacobson and Robert Richards

Schwartz Cooper Chartered
180 N. LaSalle Street – Suite 2700
Chicago, IL  60601
Attn:  Richard M. Bendix

Bridge Associates LLC
747 Third Avenue – Suite 32A
New York, NY  10017
Attn:  Anthony Schnelling and Fred Kraegel

Roman Sukley
Office of the U.S. Trustee
227 W. Monroe Street – Suite 3350
Chicago, IL  60606

DELIB:2942363.1\125578-00009