**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WICKES, INC. | ) | Case No. 04-B-02221 |
| a Delaware corporation | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | |
| | ) | **Hearing Date:  March 19, 2008 @1:15 p.m.** |
| | | **Objection Deadline: March 12, 2008** |

**AMENDED TENTH AND FINAL INTERIM APPLICATION OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR ALLOWANCE OF
ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE
<u>PERIOD OF NOVEMBER 1, 2004 THROUGH DECEMBER 18, 2007</u>**

To:    THE HONORABLE BRUCE W. BLACK
       UNITED STATES BANKRUPTCY JUDGE

Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield"), special counsel in

matters of Director and Officer Liability for the Official Committee of Unsecured Creditors (the

"Committee") of Wickes, Inc. (the "Debtor"), hereby applies for allowance and payment in full

(the "Application") of an administrative claim for (i) compensation in the amount of

$1,298,198.50 for reasonable and necessary legal services that Miller Canfield has rendered to

the Committee (the "Fees"), and the reimbursement of actual and necessary expenses that Miller

Canfield has incurred (the "Expenses") in the amount of $104,692.72, for the period of

November 1, 2004 through December 18, 2007 (the "Final Application Period") and (ii)

compensation in the amount of $11,172.00 for the reasonable and necessary legal services that

Miller Canfield has rendered to the Committee, and the reimbursement of the actual and

necessary expenses that Miller Canfield has incurred in the amount of $901.84 for the period of

September 1, 2007 through December 18, 2007 (the "Tenth Interim Period").  In support of its

Application, Miller Canfield states as follows:

### Summary

The Tenth Interim Period involved work on the final stages of an exhaustive effort to

recover the value to creditors of insurance coverage related to Director and Officer Liability

claims.  This included the final stages of settlement, securing agreement with various parties with

disparate interests, claims and defenses.  The result to the creditors of the Debtor's Estate was an

additional 4.1 million dollars.

### Background

1.      On January 20, 2004, the Debtor filed a voluntary petition for relief under Chapter

11, Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").  The Debtor has

continued in the operation of its business and in possession of its properties as debtor and debtor-

in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner

has been appointed in this case.

2.      On January 28, 2004, the Office of the United States Trustee for the Northern

District of Illinois (the "United States Trustee") appointed the Committee pursuant to § 1102(a)

of the Bankruptcy Code.

3.      On November 8, 2004, the Committee selected Miller Canfield as its special

counsel in matters of Director and Officer Liability and by Order dated November 18, 2004; the

Court authorized Miller Canfield's retention.

4.      On January 29, 2004, this Court entered an Order pursuant to §§ 105(a) and 331

of the Bankruptcy Code Establishing Procedures for the Periodic Compensation and

Reimbursement of Expenses for Professionals (the "Periodic Compensation Order").

5.    This Application is submitted pursuant to the Periodic Compensation Order, the Federal Rules of Bankruptcy Procedure and all applicable local rules.

6.    This is Miller Canfield's tenth and final interim application for allowance of an administrative claim for compensation of Fees and reimbursement of Expenses.

7.    The Fees and Expenses sought for each month of the Final Application Period are included as part of this Application and the detailed records with respect to such Fees and Expenses for the Tenth Interim Period of September 1, 2007 through December 17, 2007 are attached hereto as Exhibit A.  The detailed records with respect to the fees and expenses for the period of November 1, 2004 through August 31, 2007 were previously filed with the Bankruptcy court and distributed in accordance with the Periodic Compensation Order and therefore have not been attached to this Application.  However, the detailed records have been incorporated herein by reference.

8.    Attached hereto as Exhibit B is a summary showing the name and position of each professional and paraprofessional, together with that person's date of admission to the bar (if applicable), hours worked during the Tenth Interim Period and the Final Application Period, and the hourly billing rate.

## Professional Services Rendered

9.    Miller Canfield's services throughout the Tenth Interim Period have centered on the final stages of recovering the value to creditors of insurance coverage related to Director and Officer Liability claims, which brought an additional 4.1 million dollars to the creditors of the Debtor's Estate.

10.    The rates described are Miller Canfield's hourly rates for services provided during the Final Application Period.  Based on these rates and the services performed by each

professional and paraprofessional, the total reasonable value of the services rendered during the

Final Application Period is $1,298,198.50.  Miller Canfield's attorneys and paraprofessionals

expended a total of 4,617.40 hours working on the Debtor's case during the Final Application

Period.  In accordance with the factors enumerated in § 330 of the Bankruptcy Code, the amount

of fees requested is fair and reasonable given (a) the complexity of this case, (b) the time

expended, (c) the nature and extent of the services rendered, (d) the value of such services, and

(e) the costs of comparable services other than in a case under Bankruptcy Code.

11.     In its role as special counsel to the Committee in matters of Director and Officer

Liability, Miller Canfield is required to call upon the expertise of attorneys from various legal

disciplines within the firm to address various issues.  These various groups replace what might

be otherwise retained special counsel.  Although the number of staff working on this case will

vary from time to time, Miller Canfield strives to avoid duplication of tasks, therefore keeping

billing to only necessary and reasonable fees.

### Miller Canfield's Monthly Fee Applications

12.     Miller Canfield filed its monthly fee applications for the Final Application Period

pursuant to the Periodic Compensation Order.[1]  The chart attached hereto as Exhibit C

summarizes the current status of those fee applications, including amounts received.

13.     Miller Canfield filed its September, October and November (2007) monthly fee

applications pursuant to the Periodic Compensation Order. The monthly fee application for

December 2007 was filed on January 25, 2008.  The chart attached hereto as Exhibit C

summarizes the current status of those fee applications, including amounts received.

---

[1] The monthly fee applications, as listed in Exhibit C, are available on the docket of the Bankruptcy Court for the
Northern District of Illinois at their respective docket numbers listed in Exhibit C under case number 04-2221 and
are also available upon request from Miller Canfield by contacting the undersigned.

14.     On October 25, 2007, Miller Canfield filed and served its Thirty-Fifth Monthly Statement for the period of September 1, 2007 through September 30, 2007 (the "Thirty-Fifth Fee Period").  No objections were received.  Miller Canfield has been paid $5,404.05 (90% of $6,004.50) of its fees and $794.31 of its expenses for the Thirty-Fifth Fee Period.

15.     On November 26, 2007, Miller Canfield filed and served its Thirty-Sixth Monthly Statement (the "Monthly Statement") for the period of October 1, 2007 through October 31, 2007 (the "Thirty-Sixth Fee Period").  No objections were received.  Miller Canfield has been paid $3,057.75 (90% of $3,397.50) of its fees and $57.97 of its expenses for the Thirty-Sixth Fee Period.

16.     On January 3, 2008, Miller Canfield filed and served its Thirty-Seventh Monthly Statement for the period of November 1, 2007 through November 30, 2007 (the "Thirty-Seventh Fee Period").  No objections were received.  Miller Canfield has been paid $297.00 (90% of $330.00) of its fees and $49.56 of its expenses for the Thirty-Seventh Fee Period.

17.     On January 25, 2008, Miller Canfield filed and served its Thirty-Eighth Monthly Statement for the period of December 1, 2007 through December 31, 2007 (the "Thirty-Eighth Fee Period").  As of the date of the Application for the Final Application Period, Miller Canfield has not received payment on this invoice.

**Miller Canfield's Quarterly Fee Applications**

18.     On January 25, 2005, Miller Canfield filed its First Interim Application for Allowance of Administrative Claim for Compensation for the Period of November 1, 2004 through December 31, 2004 (the "First Interim Application).  On March 22, 2005, the Bankruptcy Court entered an Order granting the First Interim Application and approving fees in the amount of $94,449.50 and expenses in the amount of $10,582.37.

5

19.     On May 26, 2005, Miller Canfield filed its Second Interim Application for Allowance of Administrative Claim for Compensation for the Period of January 1, 2005 through April 30, 2005 (the "Second Interim Application"). On July 21, 2005, the Bankruptcy Court entered an Order granting the Second Interim Application and approving fees in the amount of $237,541.00 and expenses in the amount of $20,093.95.

20.     On September 26, 2005, Miller Canfield filed its Third Interim Application for Allowance of Administrative Claim for Compensation for the Period of May 1, 2005 through August 31, 2005 (the "Third Interim Application"). On November 17, 2005, the Bankruptcy Court entered an Order granting the Third Interim Application and approving fees in the amount of $111,955.50 and expenses in the amount of $7,722.18.

21.     On January 26, 2006, Miller Canfield filed its Fourth Interim Application for Allowance of Administrative Claim for Compensation for the Period of September 1, 2005 through December 31, 2005 (the Fourth Interim Application). The fees requested by Miller Canfield in the Fourth Interim Application were reduced by $6,734.00 and the expenses were reduced by $1,262.50. On July 25, 2006, the Bankruptcy Court entered an Order approving fees in the amount of $159,205.50 and expenses in the amount of $16,738.05 for the Fourth Interim Application period.

22.     On May 30, 2006, Miller Canfield filed its Fifth Interim Application for Allowance of Administrative Claim for Compensation for the Period of January 1, 2006 through April 30, 2006 (the "Fifth Interim Application"). The fees requested by Miller Canfield in the Fifth Interim Application were reduced by $3,452.75 and the expenses were reduced by $731.74. On July 25, 2006, the Bankruptcy Court entered an Order approving fees in the amount of $194,406.50 and expenses in the amount of $11,159.70 for the Fifth Interim Application period.

23.     On September 25, 2006, Miller Canfield filed its Sixth Interim Application for Allowance of Administrative Claim for Compensation for the Period of May 1, 2006 through August 31, 2006 (the "Sixth Interim Application"). The fees requested by Miller Canfield in the Sixth Interim Application were reduced by $1,992.00 and the expenses were reduced by $440.04. On November 22, 2006, the Bankruptcy Court entered an Order approving fees in the amount of $184,036.50 and expenses in the amount of $16,140.18 for the Sixth Interim Application Period.

24.     On January 29, 2007, Miller Canfield filed its Seventh Interim Application for Allowance of Administrative Claim for Compensation for the Period of September 1, 2006 through December 31, 2006 (the "Seventh Interim Application"). The fees requested by Miller Canfield in the Seventh Interim Application were reduced by $4,548.00. On March 21, 2007, the Bankruptcy Court entered an Order approving fees in the amount of $108,828.25 and expenses in the amount of $8,178.17 for the Seventh Interim Application period.

25.     On May 25, 2007, Miller Canfield filed its Eighth Interim Application for Allowance of Administrative Claim for Compensation for the Period of January 1, 2007 through April 30, 2007 (the "Eighth Interim Application"). The fees requested by Miller Canfield in the Eighth Interim Application were reduced by $1,032.00 and the expenses were reduced by $181.28. On July 18, 2007, the Bankruptcy Court entered an Order approving fees in the amount of $112,431.00 and expenses in the amount of $5,618.56 for the Eighth Interim Application Period.

26.     On September 26, 2007, Miller Canfield filed its Ninth Interim Application for Allowance of Administrative Claim for Compensation for the Period of May 1, 2007 through August 31, 2007 (the "Ninth Interim Application"). The fees requested by Miller Canfield in the

Ninth Interim Application were reduced by $722.00.  On October 17, 2007, the Bankruptcy

Court entered an Order approving fees in the amount of $65,692.00 and expenses in the amount

of $4,942.16 for the Ninth Interim Application period.

27.     On January 25, 2008, Miller Canfield filed its Tenth Interim Application for

Allowance of Administrative Claim for Compensation for the Period of September 1, 2007

through December 31, 2007 (the "Tenth Interim Application").  The Tenth Interim Application is

still pending before the Bankruptcy Court and should be considered superseded by this

Application..

**Services Rendered by Matter Category**

28.     In order to track the value of services performed on behalf of the Committee,

Miller Canfield assigned a matter number for each of the individual categories of services.  The

professional services that Miller Canfield rendered during the Tenth Interim Period in each of the

numbered and titled categories in each of the monthly invoices are described below.  Additional

details on the various services provided under each matter category is available by reviewing the

monthly invoices attached as Exhibit A or as part of other interim applications filed in this case.

Matter 0001 Committee Matters

Time spent in this matter includes work on issues which affect the interests of the

Committee and in communications with the Committee.

(Fees:  $0;  0 Hours)

Matter 0003  Retention/Fee Matters

Time spent in this matter includes time compiling billing information and drafting
Monthly Fee Statements and Interim Applications for Compensation.

(Fees:  $1,668.00;  13.90 Hours)

Matter 0004  Case Administration

Time in this category relates to activities including (1) administering, reviewing, analyzing and summarizing pleadings, motions and other documents prepared by the Debtor and the Debtor's professionals, and (2) strategic meetings regarding pending issues and matters.

(Fees:  $5,008.50;  13.00 Hours)

0008 Litigation

Time spent in this category includes pursuing settlement negotiations related to the Committee's claims against Wickes' former officers and directors and their corporate affiliates in the Circuit Court for Cook County, Illinois as well as in the Bankruptcy Court for the Northern District of Illinois

(Fees:  $4,495.50;  11.10 Hours)

**Actual and Necessary Expenses**

29.      It is Miller Canfield's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with client's cases that would not have been incurred except for representation of that particular client.  Miller Canfield charges its clients only the amount actually incurred by Miller Canfield in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, photocopying, airfare and lodging.  With respect to airfare expenses, all travel, by all individuals, is billed at the coach class rate.

30.      To ensure compliance with all applicable deadlines in this complex case, Miller Canfield's personnel often incur expenses for overtime meals and transportation because of the constant attention required by this case.  Except for rare instances, those costs are absorbed by individuals or the firm.

31.      A summary of expenses by type, as well as a detailed itemization and description of the expenses, incurred by Miller Canfield on the Committee's behalf during the Tenth Interim Period, is attached hereto as Exhibit D.  All of these disbursements comprise the requested sum

for Miller Canfield's out-of-pocket expenses, totaling $104,692.72.  Expenses just for the Tenth

Interim Period are also summarized in Exhibit D hereto ant total $901.84.

32.    This Application is Miller Canfield's Tenth Interim Application pursuant to the

Periodic Compensation Order, covering the period from November 1, 2004 through December

18, 2007.

3.    In summary, by this Application, Miller Canfield requests allowance of Fees and

Expenses in the total amount of $1,402,891.22, consisting of (i) $1,298,198.50 for the reasonable

and necessary professional services rendered and (ii) $104,692.72 for actual and necessary costs

and expenses incurred during the Tenth Interim Period.

## Conclusion

WHEREFORE, Miller Canfield requests (i) that an allowance be made to it, as fully

described above for the reasonable and necessary professional services Miller Canfield has

rendered to the Committee during the Final Application Period, and (ii) that both Fees and

Expenses be payable as administrative expenses of the estate.


Dated: March 3, 2008

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


By  /s/ Michael H. Traison
        Michael H. Traison, Esq.
        ARDC Number: 6285518
        225 W. Washington, Suite 2600
        Chicago, IL 60606
        Ph. (312) 927-9669
        Fax: (313) 496-8452
        traison@millercanfield.com

# EXHIBIT A

**THIRTY-FIFTH MONTHLY FEE STATEMENT AND SUMMARY STATEMENT OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR THE PERIOD OF
<u>SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007</u>**

Matter 00001:
**EXPENSES**
For Expenses Incurred Through September 30, 2007

<u>**COSTS**</u>

| | | |
|---|---|---:|
| **Copying** | | 69.00 |
| **Delivery services/messengers** | | |
| | VENDOR: DHL Express (USA) Inc.; INVOICE#: F7671274; DATE: 9/26/2007 | 8.46 |
| **Local travel - parking** | | |
| | VENDOR: Michael H. Traison; INVOICE#: 08/22/07D; DATE: 8/22/2007 | 66.07 |
| **Out-of-town travel - airfare** | | |
| | VENDOR: Michael H. Traison; INVOICE#: 08/21/07; DATE: 8/21/2007 | 248.81 |
| **Telephone** | | |
| | VENDOR: Michael H. Traison; INVOICE#: 09/27/07; DATE: 9/27/2007 | 401.97 |

**COSTS DUE THIS MATTER**............................................. **$ 794.31**

**COMPENSATION BY MATTER DURING THE THIRTY-FIFTH FEE PERIOD**

| MATTER NUMBER | MATTER DESCRIPTION | TOTAL HOURS | TOTAL FEE REQUESTED |
|---|---|---|---|
| 0003 | Retention /Fee Matters | 8.80 | $1,056.00 |
| 0004 | Case Administration | 12.50 | $4,948.50 |
| 0005 | Court Appearances | 0 | 0 |
| 0006 | Research | 0 | 0 |
| 0007 | Document Management | 0 | 0 |
| 0008 | Litigation | 0 | 0 |
| | **TOTAL** | **21.30** | **$6,004.50** |

Matter 00003:
**RETENTION/FEE MATTERS**

| DATE | TIMEKEEPER | HOURS | NARRATIVE |
|------|-----------|-------|-----------|
| 09/10/07 | RMW | 1.90 | Draft 34th Monthly Fee Statement. |
| 09/11/07 | RMW | 2.40 | Begin draft of 9th Interim Fee Application. |
| 09/20/07 | RMW | 0.50 | Further work on 9th Interim Fee Application. |
| 09/21/07 | RMW | 1.80 | Complete draft of 9th Interim Fee Application and 9th Interim Fee Summary.  Draft Certificates of Service and Notices of Filing for both as well as for 34th Monthly Fee Statement. |
| 09/25/07 | RMW | 0.40 | Finalize 34th Monthly Fee Statement and related documents for filing. |
| 09/26/07 | RMW | 1.80 | Finalize 9th Interim Application for Compensation and related documents for filing. |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| | | | |
| R. Wysocki (RMW) | $120.00 | 8.80 | $1,056.00 |
| | | | |
| | **Total for this matter:** | **8.80** | **$1,056.00** |

Matter 00004:
**CASE ADMINISTRATION**

| DATE | TIMEKEEPER | HOURS | NARRATIVE |
|---|---|---|---|
| 09/04/07 | MHT | 0.60 | Letter from counsel and letter to counsel and examination of Traveler's letter regarding asbestos versus director and officer claims and response. |
| 09/05/07 | MHT | 1.00 | Receipt and review of Notice Rescheduling Hearing regarding Motion to Compromise or Settlement per Rule 9019 and multiple correspondence between and among counsel regarding settlement. |
| 09/06/07 | MHT | 1.00 | Receipt and review of disclosure statement of first amended plan of liquidation and schedules. |
| 09/10/07 | MHT | 1.00 | Receipt and review of First Amended Joint Plan of Liquidation of Wickes and Official Committee of Unsecured Creditors and receipt and review of Disclosure Statement and correspondence to clients enclosing same. |
| 09/10/07 | MHT | 1.00 | Correspondence from Jim Wilson and review of order regarding adjournment and regarding settlement and consult with Committee and correspondence to Wilson regarding same. |
| 09/11/07 | MHT | 0.20 | Receipt and review of Agreed Order. |
| 09/17/07 | MHT | 0.90 | Receipt and review of the revised form of the main settlement order in redlined and clean forms that we intend to present for the main D&O settlement based on discussions with George Calhoun of Steptoe & Johnson related to his comments on the non-D&O side of St. Paul/Travelers; correspondence and attention to settlement. |
| 09/17/07 | MHT | 0.20 | Receipt and review of agenda notice of 9/19/07 hearing. |
| 09/19/07 | MHT | 0.40 | Correspondence with client regarding Wickes Settlement Funds. |
| 09/19/07 | MHT | 0.20 | Receipt and review of Order Granting Motion of Official Committee of Unsecured Creditors of Wickes, Inc. for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving |

|          |       |      | Settlement Agreement with Cybermax, Inc. |
|----------|-------|------|------------------------------------------|
| 09/19/07 | MHT   | 0.20 | Receipt and review of Order and Notice for Hearing on Disclosure Statement. |
| 09/19/07 | MHT   | 0.20 | Receipt and review of Order Approving Solicitation and Voting Procedures. |
| 09/19/07 | MHT   | 0.40 | Correspondence with client regarding Main Settlement Order. |
| 09/19/07 | MHT   | 0.20 | Receipt and review of Order Approving the settlement with Ennovative. |
| 09/19/07 | MHT   | 0.20 | Receipt and review of main settlement order as entered by Judge Black. |
| 09/19/07 | MHT   | 0.20 | Receipt and review Order Granting Motion of Official Comma. of Unsecured Creditors of Wickes, Inc.for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement with Jon Hanson. |
| 09/19/07 | RMW   | 0.40 | Make arrangements for payment to be made from amount held in trust, per terms of settlement. |
| 09/21/07 | MHT   | 0.20 | Correspondence to Marc Fenton enclosing $3,000 settlement check. |
| 09/21/07 | MHT   | 2.00 | Work on application and submission to court regarding costs and recovery of settlement proceeds. |
| 09/27/07 | MHT   | 2.00 | Work on preparation of applications quarterly and monthly regarding fees and expenses of Creditors' Committee and special counsel costs after settlement of $4.1 million claim. |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
|            |      |       |      |
| M. Traison (MHT) | $405.00 | 12.10 | $4,900.50 |
| R. Wysocki (RMW) | $120.00 | .40 | $48.00 |
|            |      |       |      |
|            | **Total for this matter:** | **12.50** | **$4,948.50** |

## COMBINED TIMEKEEPER SUMMARY

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael H. Traison | $405.00 | 12.10 | $4,900.50 |
| Robin Wysocki | $120.00 | 9.20 | $1,104.00 |
| | **Total** | **21.30** | **$6,004.50** |

## COMBINED TOTALS

| | |
|---|---|
| Total Hours | 21.30 |
| | |
| Fee Total, all Matters: | $6,004.50 |
| Disbursement Total, all Matters: | $794.31 |
| **Invoice Total, all Matters:** | **$6,798.81** |

**THIRTY-SIXTH MONTHLY FEE STATEMENT AND SUMMARY STATEMENT OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR THE PERIOD OF
<u>OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007</u>**

Matter 00001:
**EXPENSES**
For Expenses Incurred Through October 31, 2007

<u>**COSTS**</u>

|  |  |
|---|---|
| **Copying** | 0.40 |
| **Local travel - parking** | |
| VENDOR: Michael H. Traison; INVOICE#: 10/08/07A; DATE: 10/8/2007 | 18.00 |
| **Telephone** | |
| VENDOR: Michael H. Traison; INVOICE#: 10/29/07A; DATE: 10/29/2007 | 31.31 |
| VENDOR: Michael H. Traison; INVOICE#: 10/31/07; DATE: 10/31/2007 | 8.26 |
| **COSTS DUE THIS MATTER**............................................ | **$ 57.97** |

**COMPENSATION BY MATTER DURING THE THIRTY-SIXTH FEE PERIOD**

| MATTER NUMBER | MATTER DESCRIPTION | TOTAL HOURS | TOTAL FEE REQUESTED |
|---|---|---|---|
| 0003 | Retention /Fee Matters | 2.50 | $300.00 |
| 0004 | Case Administration | .50 | $60.00 |
| 0005 | Court Appearances | 0 | 0 |
| 0006 | Research | 0 | 0 |
| 0007 | Document Management | 0 | 0 |
| 0008 | Litigation | 7.50 | $3,037.50 |
| | **TOTAL** | **10.50** | **$3,397.50** |

Matter 00003:
**RETENTION/FEE MATTERS**

DATE | TIMEKEEPER | HOURS | NARRATIVE

| | | | |
|---|---|---|---|
| 10/17/07 | RMW | 1.10 | Work on draft of 35th Monthly Fee Statement. |
| 10/18/07 | RMW | 0.30 | Further work on draft of 35th Monthly Fee Statement. |
| 10/25/07 | RMW | 1.10 | Finalize fee statement and all related pleadings for filing and service. |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |
| R. Wysocki (RMW) | $120.00 | 2.50 | $300.00 |
| | **Total for this matter:** | **2.50** | **$300.00** |

Matter 00004:
**CASE ADMINISTRATION**

DATE | TIMEKEEPER | HOURS | NARRATIVE

| | | | |
|---|---|---|---|
| 10/03/07 | RMW | 0.50 | Begin draft of Stipulation and Order for Dismissal of Cook County action per settlement. |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |
| R. Wysocki (RMW) | $120.00 | .50 | $60.00 |
| | **Total for this matter:** | **.50** | **$60.00** |

Matter 00008:
**LITIGATION**

| DATE | TIMEKEEPER | HOURS | NARRATIVE |
|------|------------|-------|-----------|
| 10/01/07 | MHT | 0.30 | Receipt and review of Notice of Hearing on Quarterly Interim Fee Applications for Allowance of Compensation. |
| 10/03/07 | MHT | 0.20 | Correspondence from Stacy Lane regarding Wickes settlement closing. |
| 10/15/07 | MHT | 1.00 | Review application and prepare for possible clarifications and explanations at hearing and correspondence to Creditors' Committee counsel. |
| 10/17/07 | MHT | 0.30 | Multiple correspondence from Darold Weidman and correspondence from Bob Richards, all regarding the settlement. |
| 10/17/07 | MHT | 0.40 | Correspondence from Bob Richards and review of approved disclosure statement; correspondence from Bob Richards and review notice of dismissal. |
| 10/18/07 | MHT | 1.60 | Multiple correspondence from Defendants' counsel and Creditors' Committee counsel and correspondence to parties' counsel; also regarding dismissal of state proceedings. |
| 10/18/07 | MHT | 0.40 | Correspondence from Bob Richards and review draft of Committee's support letter. |
| 10/22/07 | MHT | 0.20 | Correspondence to and correspondence from Bob Richards regarding status of settlement. |
| 10/23/07 | CHv | 0.20 | E-mail to Wilson regarding entry of dismissal order in state case |
| 10/23/07 | MHT | 1.50 | Multiple correspondence to and from Alan Wilburn regarding Riverside note assignment and director and officer liability issues and correspondence to and from Creditors' Committee counsel regarding same, additional work regarding closing of settlement of director and officer liability issues. |
| 10/23/07 | MHT | 0.80 | Correspondence from local counsel regarding |

|  |  |  |  |
|---|---|---|---|
| | | | Creditors' Committee action in state court in Florida and response to same and correspondence to Creditors' Committee and action on follow-up. |
| 10/29/07 | MHT | 0.60 | Correspondence from Richards and correspondence from Dallas Albaugh regarding Jim O'Grady claim. |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |
| M. Traison (MHT) | $405.00 | 7.30 | $2,956.50 |
| C. von Ende (CHv) | $405.00 | .20 | $81.00 |
| | **Total for this matter:** | **7.50** | **$3,037.50** |

### COMBINED TIMEKEEPER SUMMARY

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael H. Traison | $405.00 | 7.30 | $2,956.50 |
| Carl von Ende | $405.00 | 0.20 | $81.00 |
| Robin Wysocki | $120.00 | 3.00 | $360.00 |
| **Total** | | **10.50** | **$3,397.50** |

### COMBINED TOTALS

| | |
|---|---|
| Total Hours | 10.50 |
| | |
| Fee Total, all Matters: | $3,397.50 |
| Disbursement Total, all Matters: | $57.97 |
| **Invoice Total, all Matters:** | **$3,455.47** |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT AND SUMMARY STATEMENT
OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR THE PERIOD OF
<u>NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007</u>**

Matter 00001:
**EXPENSES**
For Expenses Incurred Through November 30, 2007

<u>**COSTS**</u>

     **Telephone**

          VENDOR: Michael H. Traison; INVOICE#: 11/30/07B;     49.56
          DATE: 11/30/2007

          **COSTS DUE THIS MATTER............................................. $ 49.56**

**COMPENSATION BY MATTER DURING THE THIRTY-SEVENTH FEE PERIOD**

| MATTER NUMBER | MATTER DESCRIPTION | TOTAL HOURS | TOTAL FEE REQUESTED |
|---|---|---|---|
| 0003 | Retention /Fee Matters | 1.40 | $168.00 |
| 0004 | Case Administration | 0 | 0 |
| 0005 | Court Appearances | 0 | 0 |
| 0006 | Research | 0 | 0 |
| 0007 | Document Management | 0 | 0 |
| 0008 | Litigation | .40 | $162.00 |
| | **TOTAL** | **1.80** | **$330.00** |

Matter 00003:
**RETENTION/FEE MATTERS**

<u>DATE</u>    <u>TIMEKEEPER</u>    <u>HOURS</u>    <u>NARRATIVE</u>

11/26/07    RMW        1.40    Draft 36th Monthly Fee Statement and accompanying
                                pleadings.

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |
| R. Wysocki (RMW) | $120.00 | 1.40 | $168.00 |
| | **Total for this matter:** | **1.40** | **$168.00** |

Matter 00008:
**LITIGATION**

<u>DATE</u>    <u>TIMEKEEPER</u>    <u>HOURS</u>    <u>NARRATIVE</u>

11/05/07    MHT        0.40    Correspondence to and correspondence from Bob
                                Richards regarding settlement negotiations.

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |
| M. Traison (MHT) | $405.00 | .40 | $162.00 |
| | **Total for this matter:** | **.40** | **$162.00** |

## COMBINED TIMEKEEPER SUMMARY

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Michael H. Traison | $405.00 | .40 | $162.00 |
| Robin Wysocki | $120.00 | 1.40 | $168.00 |
| | **Total** | **1.80** | **$330.00** |

## COMBINED TOTALS

| | |
|---|---|
| Total Hours | 1.80 |
| | |
| Fee Total, all Matters: | $330.00 |
| Disbursement Total, all Matters: | $49.56 |
| **Invoice Total, all Matters:** | **$379.56** |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT AND SUMMARY STATEMENT OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR THE PERIOD OF
<u>DECEMBER 1, 2007 THROUGH DECEMBER 18, 2007</u>**

**COMPENSATION BY MATTER DURING THE THIRTY-EIGHTH FEE PERIOD**

| MATTER NUMBER | MATTER DESCRIPTION | TOTAL HOURS | TOTAL FEE REQUESTED |
|---|---|---|---|
| 0003 | Retention /Fee Matters | 1.20 | $144.00 |
| 0004 | Case Administration | 0 | 0 |
| 0005 | Court Appearances | 0 | 0 |
| 0006 | Research | 0 | 0 |
| 0007 | Document Management | 0 | 0 |
| 0008 | Litigation | 3.20 | $1,296.00 |
| | **TOTAL** | **4.40** | **$1,440.00** |

Matter 00003:
**RETENTION/FEE MATTERS**

DATE         TIMEKEEPER      HOURS    NARRATIVE

12/17/07     RMW              1.20    Draft 37th Monthly Fee Statement and related pleadings.

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
|  |  |  |  |
| R. Wysocki (RMW) | $120.00 | 1.20 | $144.00 |
|  | **Total for this matter:** | **1.20** | **$144.00** |

Matter 00008:
**LITIGATION**

DATE         TIMEKEEPER      HOURS    NARRATIVE

12/04/07     MHT              0.50    Receipt and review of Notice of Motion of the
                                      Committee for an Order Approving Settlement of
                                      O'Grady Claims and to Approve Shortened Notice.

12/11/07     MHT              0.20    Receipt and review of agenda for the hearing
                                      scheduled for December 12.

12/11/07     MHT              2.00    Prepare for confirmation hearing and other Creditors'
                                      Committee and issues including correspondence from
                                      Creditors' Committee counsel.

12/11/07     MHT              0.50    Correspondence from Bob Richards regarding strategy
                                      with Emers.

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
|  |  |  |  |
| M. Traison (MHT) | $405.00 | 3.20 | $1,296.00 |
|  | **Total for this matter:** | **3.20** | **$1,296.00** |

## COMBINED TIMEKEEPER SUMMARY

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael H. Traison | $405.00 | 3.20 | $1,296.00 |
| Robin Wysocki | $120.00 | 1.20 | $144.00 |
| | **Total** | **4.40** | **$1,440.00** |

## COMBINED TOTALS

| Total Hours | 4.40 |
|---|---|
| | |
| Fee Total, all Matters: | $1,440.00 |
| Disbursement Total, all Matters: | 0 |
| **Invoice Total, all Matters:** | **$1,440.00** |

# EXHIBIT B

**PROFESSIONALS AND PARAPROFESSIONALS
WHO RENDERED SERVICES IN THIS CASE
FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH DECEMBER 18, 2007**

| NAME | YEAR OF ADMISSION MICHIGAN | RATE | TENTH INTERIM PERIOD | | FINAL APPLICATION PERIOD | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | HOURS | AMOUNT | HOURS | AMOUNT |
| **PARTNERS** | | | | | | |
| Michael H. Traison | 1983 | $405.00 | 23.00 | $9,315.00 | 1665.50 | $674,527.50 |
| Carl von Ende | 1968 | $405.00 | .20 | $81.00 | 505.90 | $204,889.50 |
| Donald Hutchinson | 1986 | $295.00 | | | 271.70 | $80,151.50 |
| Jonathan S. Green | 1981 | $370.00 | | | 7.90 | $2,923.00 |
| | | $380.00 | | | 4.90 | $1,862.00 |
| Marta A Manildi | 1982 | $345.00 | | | 8.00 | $2,760.00 |
| Vince Wellman | 1989 | $320.00 | | | 5.25 | $1,680.00 |
| Todd A.Holleman | 1999 | $305.00 | | | 12.20 | $3,721.00 |
| | | $375.00 | | | 7.70 | $2,887.50 |
| | **Total for Partners:** | | **23.20** | **$9,396.00** | **2489.05** | **$975,402.00** |
| **SENIOR ATTORNEYS** | | | | | | |
| Timothy Fusco | 1971 | $295.00 | | | 10.10 | $2,979.50 |
| | **Total for Senior Attorneys** | | | | **10.10** | **$2,979.50** |
| **ASSOCIATES** | | | | | | |
| David O'Brien | 2003 | $170.00 | | | 1057.60 | $179,792.00 |
| Hideaki Sano | 2000 | $170.00 | | | 75.10 | $12,767.00 |
| Holly Osterholm Swanson | 2000 | $160.00 | | | .50 | $80.00 |
| Brian L. Levine | 2005 | $150.00 | | | 5.50 | $825.00 |
| Eric D. Carlson | 1999 | $150.00 | | | 132.20 | $19,830.00 |
| Tamira Cason | 2007 | $140.00 | | | 12.70 | $1,778.00 |
| Marc Swanson | 2007 | $140.00 | | | 62.30 | $8,722.00 |
| Heather R.Bozimowski | 2005 | $160.00 | | | 17.20 | $2,752.00 |
| Marcy L.Rosen | 2004 | $195.00 | | | 12.80 | $2,496.00 |
| Nicole Kaseta | 2001 | $235.00 | | | 9.50 | $2,232.50 |
| | **Total for Associates:** | | | | **1385.40** | **$231,274.50** |
| **PARAPROFESSIONALS** | | | | | | |
| Cindy Langan | | $170.00 | | | 1.50 | $255.00 |
| Jill Jonas | | $185.00 | | | 9.00 | $1,665.00 |
| Dawn Kraft | | $120.00 | | | 100.05 | $12,006.00 |
| Robin Wysocki | | $120.00 | 14.80 | $1,776.00 | 609.60 | $73,152.00 |
| Penny Damore | | $120.00 | | | 1.10 | $132.00 |
| Kim Espy | | $105.00 | | | .90 | $94.50 |
| Khalid Hanifi | | $115.00 | | | 9.95 | $1,144.25 |
| Nancy Higgerson | | $125.00 | | | .75 | $93.75 |
| | **Total for Paraprofessionals:** | | **14.80** | **$1,776.00** | **732.85** | **$88,542.50** |
| | | **Total:** | **38.00** | **$11,172.00** | **4,617.40** | **$1,298,198.50** |

# EXHIBIT C

### PRIOR MONTHLY FEE STATEMENTS

| DATE FILED | DOCKET NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | FEES PAID | EXPENSE PAID |
|---|---|---|---|---|---|---|
| 12/29/04 | 1064 | 11/1-31/04 | $19,620.50 | $596.41 | $17,658.45 | $596.41 |
| 1/25/05 | 1106 | 12/1-31/04 | $74,829.00 | $9,985.96 | $67,346.10 | $9,985.96 |
| 2/25/25 | 1170 | 1/1-31/05 | $44,272.50 | $3,102.37 | $39,845.25 | $3,102.37 |
| 3/28/05 | 1224 | 2/1-28/05 | $97,389.00 | $9,007.00 | $87,650.10 | $9,007.00 |
| 4/25/05 | 1265 | 3/1-31/05 | $59,809.50 | $6,121.50 | $53,828.55 | $6,121.50 |
| 5/25/05 | 1314 | 4/1-31/05 | $36,070.00 | $1,863.08 | $32,463.00 | $1,863.08 |
| 6/27/05 | 1363 | 5/1-31/05 | $32,136.50 | $2,083.84 | $28,922.85 | $2,083.84 |
| 7/27/05 | 1507 | 6/1-31/05 | $18,774.00 | $3,031.41 | $16,896.60 | $3,031.41 |
| 8/26/05 | 1608 | 7/1-31/05 | $26,237.00 | $1,391.32 | $23,613.00 | $1,391.32 |
| 9/26/05 | 1711 | 8/1/-31/05 | $34,808.00 | $1,216.61 | $31,327.00 | $1,216.61 |
| 10/25/05 | 1917 | 9/1/-31/05 | $25,216.00 | $899.73 | $22,694.40 | $899.73 |
| 11/28/05 | 1993 | 10/1-31/05 | $29,139.00 | $1,137.91 | $26,225.10 | $1,137.91 |
| 12/28/05 | 2018 | 11/1-31/05 | $48,021.00 | $340.57 | $43,218.90 | $340.57 |
| 1/25/06 | 2362 | 12/1-31/05 | $63,563.50 | $15,622.34 | $57,207.15 | $15,622.34 |
| 2/27/06 | 2450 | 1/1-31/06 | $72,400.50 | $6,782.35 | $65,160.45 | $6,782.35 |
| 3/27/06 | 2580 | 2/1-2/28/06 | $51,079.00 | $1,596.85 | $45,971.10 | $1,596.85 |
| 4/25/06 | 2651 | 3/1-3/31/06 | $51,015.75 | $2,323.69 | $45,914.18 | $2,323.69 |
| 5/25/06 | 2750 | 4/1-4/31/06 | $23,364.00 | $1,188.55 | $21,027.60 | $1,188.55 |
| 6/26/06 | 2856 | 5/1-5/31/06 | $44,944.50 | $2,898.34 | $40,450.05 | $2,898.34 |
| 7/25/06 | 2924 | 6/1-6/31/06 | $39,322.50 | $1,299.12 | $35,390.25 | $1,299.12 |
| 8/25/06 | 3101 | 7/1-7/31/06 | $58,469.00 | $9,581.73 | $52,622.10 | $9,581.73 |
| 9/25/06 | 3152 | 8/1-8/31/06 | $43,292.50 | $2,801.03 | $38,963.25 | $2,801.03 |
| 10/25/06 | 3100 | 9/1-9/31/06 | $26,187.75 | $1,817.73 | $23,568.98 | $1,817.73 |
| 11/27/06 | 3166 | 10/1-10/31/06 | $41,323.00 | $3,687.90 | $37,190.70 | $3,687.90 |
| 12/26/06 | 3212 | 11/1-11/31/06 | $26,998.00 | $1,793.22 | $24,298.20 | $1,793.22 |
| 1/25/07 | 3265 | 12/1-12/31/06 | $18,867.50 | $879.32 | $16,980.75 | $879.32 |
| 2/26/07 | 3326 | 1/1-1/31/07 | $28,659.50 | $1,981.98 | $25,793.55 | $1,981.98 |
| 3/26/07 | 3382 | 2/1-2/28/07 | $33,869.50 | $1,637.06 | $31,482.55 | $1,637.06 |
| 4/25/07 | 3425 | 3/1-3/31/07 | $33,410.50 | $1,116.12 | $31,069.45 | $1,116.12 |
| 5/25/07 | 3480 | 4/1-4/30/07 | $17,523.50 | $1,064.68 | $15,771.15 | $1,064.68 |
| 6/26/07 | 3516 | 5/1-5/31/07 | $49,803.00 | $1,307.84 | $44,822.70 | $1,307.84 |
| 7/26/07 | 3568 | 6/1-6/30/07 | $5,301.00 | $2,205.30 | $4,770.90 | $2,205.30 |
| 8/27/07 | 3596 | 7/1-7/31/07 | $6,893.00 | $701.35 | $6,203.70 | $701.35 |
| 9/25/07 | 3645 | 8/1-8/31/07 | $4,417.00 | $727.67 | $3,975.30 | $727.67 |
| 10/25/07 | 3713 | 9/1-9/30/07 | $6,004.50 | $794.31 | $5,404.05 | $794.31 |
| 11/26/07 | 3743 | 10/1-10/31/07 | $3,397.50 | $57.97 | $3,057.75 | $57.97 |
| 1/3/08 | 3824 | 11/1-11/30/07 | $330.00 | $49.56 | $297.00 | $49.56 |
| 1/25/08 | 3836 | 12/1-12/31/07 | $1,440.00 | 0 | 0 | 0 |

**PRIOR QUARTERLY FEE APPLICATIONS**

| DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | FEES APPROVED | EXPENSES APPROVED |
|---|---|---|---|---|---|
| 1/25/05 | 11/1/04-12/31/04 | $94,449.50 | $10,582.37 | $94,449.50 | $10,582.37 |
| 5/26/05 | 1/1/05-4/31/05 | $237,541.00 | $20,093.95 | $237,541.00 | $20,093.95 |
| 9/26/05 | 5/1/05-8/31/05 | $111,955.50 | $7,722.18 | $111,955.50 | $7,722.18 |
| 1/26/06 | 9/1/05-12/31/05 | $165,939.50 | $18,000.55 | $159,205.50 | $16,738.05 |
| 5/31/06 | 1/1/06-4/31/06 | $197,859.25 | $11,891.44 | $194,406.50 | $11,159.70 |
| 9/25/06 | 5/1/06-8/31/06 | $186,028.50 | $16,580.22 | $184,036.50 | $16,140.18 |
| 1/29/07 | 9/1/06-12/31/06 | $113,376.25 | $8,178.17 | $108,828.25 | $8,178.17 |
| 5/25/07 | 1/1/07-4/30/07 | $113,463.00 | $5,799.84 | $112,431.00 | $5,618.56 |
| 9/26/07 | 5/1/07-8/31/07 | $66,414.00 | $4,942.16 | $65,692.00 | $4,942.16 |
| | **Totals** | **$1,287,026.50** | **$103,790.88** | **$1,268,545.75** | **$101,175.32** |

**SUMMARY OF THE TENTH INTERIM PERIOD**

| DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | FEES APPROVED | EXPENSES APPROVED |
|---|---|---|---|---|---|
| | 9/1/07-12/18/07 | $11,172.00 | $901.84 | pending | pending |

# EXHIBIT D

### SUMMARY OF EXPENSES INCURRED DURING THE TENTH INTERIM AND FINAL COMPENSATION PERIODS

| | TENTH INTERIM PERIOD | FINAL COMPENSATION PERIOD |
|---|---|---|
| **Service Description** | | |
| Out of town travel: Misc. | 0 | $628.30 |
| Out of town travel:  Airfare | $248.81 | $16,465.82 |
| Out of town travel:  Taxi | 0 | $5,053.20 |
| Out of town travel:  Parking | 0 | $878.53 |
| Out of town travel:  Mileage | 0 | $174.51 |
| Out of town travel:  Meals | 0 | $3,382.19 |
| Out of town travel:  Lodging | 0 | $7,455.35 |
| Duplicating | $69.40 | $9,936.40 |
| Delivery Service/Messengers | $8.46 | $1,352.46 |
| Local Travel: Misc. | 0 | $947.51 |
| Local travel:  Mileage | 0 | $1,564.65 |
| Local travel:  Parking | $84.07 | $989.57 |
| Phone Charges | $491.10 | $9,992.49 |
| Online Research | 0 | $24,662.57 |
| Document Retrieval | 0 | $472.00 |
| Service of Process | 0 | $1,511.52 |
| Postage | 0 | $1,567.53 |
| Court/Filing Fees | 0 | $230.00 |
| Outside Printing | 0 | $1,229.07 |
| Clerical Overtime | 0 | $223.50 |
| Deposition Transcripts | 0 | $3,883.88 |
| Conference Facility Fees | 0 | $3,992.17 |
| Private Investigator | 0 | $2,499.50 |
| Arbitrators/Mediators | 0 | $5,600.00 |
| **TOTALS:** | **$901.84** | **$104,692.72** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WICKES, INC. | ) | Case No. 04-B-02221 |
| a Delaware corporation | ) | |
| | ) | Honorable Bruce W. Black |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING AMENDED TENTH AND FINAL INTERIM APPLICATION OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., FOR ALLOWANCE OF
ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE
PERIOD OF NOVEMBER 1, 2004 THROUGH DECEMBER 18, 2007**

This matter coming to be heard on the Amended Tenth and Final Interim Application of

Miller, Canfield, Paddock and Stone, P.L.C., for Allowance Of Administrative Claim For

Compensation for the Period of November 1, 2004 through December 18, 2007; it appearing that

the Court has jurisdiction over this matter and that notice was sufficient; and Miller Canfield

having acknowledged that this interim allowance is without prejudice to the right of the parties in

interest to object to allowance of such fees; it is

ORDERED that the Application in the amount of $1,298,198.50 of fees and $104,692.72

of expenses is approved on a final basis; and it is

ORDERED that Debtors shall promptly pay the balance of the allowed fees and expenses

to Miller Canfield to the extent not already paid under the interim compensation procedures in

place.

Signed this _____ day of _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

DELIB:2941794.1\125578-00009