UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| WICKES, INC., | ) | |
| a Delaware Corporation | ) | Case No. 04 B 02221 |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | |

### ORDER APPROVING TWELFTH AND FINAL INTERIM APPLICATION OF SONNENSCHEIN NATH & ROSENTHAL LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF JANUARY 26, 2007 THROUGH DECEMBER 17, 2007

This matter coming to be heard on the Twelfth and Final Interim Application of Sonnenschein Nath & Rosenthal LLP for Allowance of Administrative Claim for Compensation for the Period of January 26, 2007 Through December 17, 2007; it appearing that the Court has jurisdiction over this matter and that notice was sufficient; and Sonnenschein having acknowledged that this interim and final allowance is without prejudice to the rights of parties in interest to object to allowance of such fees; it is

ORDERED that the Application in the amount of $2,460,420.00 of fees and $56,257.69 of expenses is approved on a final basis; and it is

ORDERED that Debtors shall promptly pay the balance of the allowed fees and expenses to Sonnenschein to the extent not already paid under the interim compensation procedures in place.

Signed this 19th day of MARCH 2008.

_____
UNITED STATES BANKRUPTCY JUDGE