IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 04 B 02221 |
| WICKES INC. | ) | Honorable Bruce W. Black |
| | ) | |
| Debtor. | ) | Hearing Date: Wednesday, |
| | ) | March 19, 2008 at 1:15 p.m. |

## ORDER ALLOWING FINAL COMPENSATION PURSUANT TO THE TWELFTH AND FINAL FEE APPLICATION OF DLA PIPER US LLP, AS COUNSEL FOR DEBTOR, AND GRANTING OTHER RELIEF

This cause coming to be heard on the Twelfth and Final Fee Application of DLA Piper US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from January 20, 2004 through and including December 18, 2007 (the "Application");[1] copies of the Application having been served on the proper parties; notice of the Application having been provided to all parties on the Master and 2002 service lists by first-class mail; and no further notice being necessary; the Court having held a hearing on the Application on March 19, 2008; the Court having heard the statements of counsel and having been otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided herein.

2. DLA Piper US LLP ("DLA Piper"), having requested final compensation in the amount of $3,475,347.80 is allowed final compensation as counsel to the Debtor in the amount of $3,475,347.80 for legal services performed for the Debtor from January 20, 2004 through December 18, 2007.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.
CHGO1\31185045.1

3. DLA Piper, having requested reimbursement of expenses in the amount of $113,323.75 is allowed $113,323.75 for reimbursement of expenses incurred from January 20, 2004 through December 18, 2007.

4. The Debtor is authorized and directed to pay DLA Piper $3,588,671.55 in fees, which represents the total amounts awarded pursuant to the Application, less amounts previously paid to DLA Piper by the Debtor, pursuant to the Administrative Order.

5. The Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

6. This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois
MARCH 19, 2008

**ENTERED**

HON. BRUCE W. BLACK
UNITED STATES BANKRUPTCY JUDGE

**ORDER PREPARED BY:**
Marc I. Fenton (ARDC #06180633)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000