IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04 B 02221 |
| | ) | Chapter 11 |
| Wickes Inc. | ) | The Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | Hearing Date: Wednesday |
| | ) | March 19, 2008 at 1:15 p.m. |
| | ) | |
| | ) | |

**ORDER APPROVING TWELFTH AND FINAL APPLICATION OF BRIDGE
ASSOCIATES LLC FOR APPROVAL AND ALLOWANCE OF
COMPENSATION FOR THE TWELFTH AND FINAL PERIOD
SEPTEMBER 1, 2007 THROUGH DECEMBER 18, 2007 AND APPROVAL OF
ALLOWANCE FOR COMPENSATION AND SUCCESS FEE AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 21, 2004
THROUGH DECEMBER 18, 2007**

The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly the Application is GRANTED, on an final basis.

Final Approval and Allowance for Compensation is hereby given Bridge in respect of its actual, reasonable and necessary fees in the amount of $12,765.00 (100% of fees billed from September 1, 2007 through December 18, 2007). The Debtor is also authorized and directed to pay Bridge $1,276.50 (100% of outstanding holdbacks).

Final Approval and Allowance is hereby given Bridge for Compensation of $2,961,527.88 in fees, a Success Fee of $1,012,725.34 and reimbursement of $211,665.19 for the actual, reasonable and necessary expenses that Bridge incurred for the period January 21, 2004 through December 18, 2007.

Dated: 3-19-2008

_____
U. S. Bankruptcy Judge

CHGO1\31157047.1