UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WICKES INC., | ) | Case No. 04 B 02221 |
| | ) | |
| | ) | The Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | |

### ORDER ALLOWING FINAL COMPENSATION TO SCHWARTZ COOPER CHARTERED AS SPECIAL COUNSEL TO DEBTOR AND GRANTING OTHER RELIEF

This cause coming to be heard on the Final Application Of Schwartz Cooper Chartered ("**Schwartz Cooper**") For (A) Allowance Of Compensation, (B) Allowance Of Reimbursement Of Expenses, And (C) Payment of Fees Requested For The Period Covering May 1, 2007 Through December 17, 2007 (the "**Final Fee Application**"); copies of the Final Fee Application having been served on the proper parties; due notice of the Final Fee Application having been provided to all parties on the Master and 2002 service lists by first-class mail; the Court having held a hearing on the Final Fee Application on March 19, 2008; the Court having heard the statements of counsel and having been otherwise fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Schwartz Cooper, having requested final approval of compensation in the amount of $2,618,566.25, is allowed final compensation as counsel to the Debtor, in the amount of $2,618,566.25 for legal services performed for the Debtor as Special Counsel from January 20, 2004 through and including December 17, 2007.

470135.1 050495-33001

2. Schwartz Cooper, having requested final approval of reimbursement of expenses in the amount of $134,933.45, is allowed $134,933.45 for reimbursement of expenses incurred from January 20, 2004 through and including December 17, 2007.

3. The Debtor is authorized and directed to pay Schwartz Cooper $21,252.12 in fees, which represents the total unpaid amount requested pursuant to the Final Fee Application less amounts previously paid to Schwartz Cooper by the Debtor pursuant to the Administrative Order Establishing Procedures For Periodic Compensation And Reimbursement Of Expenses Of Professionals entered on January 29, 2004.

4. The Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

5. This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois

March 19, 2008

**ENTERED**

_____
UNITED STATES BANKRUPTCY JUDGE

Richard M. Bendix, Jr. (#0168130)
Morgan M. Smith (#06287435)
SCHWARTZ COOPER CHARTERED
180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
(312) 346-1300

470135.1 050495-33001