UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 04-02221 |
| | ) | |
| WICKES INC. | ) | Chapter: 11 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CASE OF WICKES INC.**

Upon the Liquidating Trustee's Motion For Entry of a Final Decree Closing Case of Wickes Inc. and For Relief From Local Bankruptcy Rule 3022-1 ("Motion") seeking entry of a final decree closing the above-captioned bankruptcy case ("Case"); no such previous application for such relief having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Plan; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157; and upon consideration of the Liquidating Trustee's Motion and no responses thereto having been filed or the Court having overruled any such responses; and the Court being satisfied that the Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and due and proper notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED:

1. The above-captioned bankruptcy case shall be closed as provided for in Bankruptcy Rule 3022, effective as of the date this order is entered;

2. Notice of the Motion shall be deemed good and sufficient, and notice of such Motion and the requirements of Rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois are satisfied by such notice;

3. The Liquidating Trustee is hereby authorized to take any and all actions and to execute all documents necessary to wind up the affairs of the Liquidating Trust, including, without limitation, (a) terminating the Liquidating Trust; (b) terminating the services of BMC Group, Inc. as claims agent; and (c) terminating the services of Corporation Service Company as agent for service of process.

4. The Liquidating Trustee will be discharged of his duties as liquidating trustee upon tendering a letter of resignation to Mr. Robert E. Richards, counsel for the post-confirmation creditors' committee.

5. The Liquidating Trustee is hereby authorized to pay the United States Trustee $6,500, which represents the quarterly trustee fee for the fourth quarter of 2010;

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order;

7. All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Enter: *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: DEC 23 2010

**Prepared by counsel of Movant:**

Richard M. Bendix, Jr. (ARDC # 168130)
Maria A. Diakoumakis (ARDC # 6289309)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 876-1700
Fax: (312) 876-1155
rbendix@dykema.com
mdiakoumakis@dykema.com

Rev: 20101008_bko